3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 06 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Roberts, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-34 |
| City of Harlingen, et al. | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on July 6, 2001, the Court **ORDERED** the Parties to submit a Joint Discovery/Case Management Plan that complies with this Court's Chamber Rules by Monday, July 9, 2001 at 4:00 p.m. A previous order required the Parties to submit a Joint Discovery/Case Management at least 14 days before the initial pretrial conference set for July 10, 2001 [Dkt. No. 2]. They have not done so.

DONE at Brownsville, Texas, this 6th day of July 2001.

_____
Hilda G. Tagle
United States District Judge