5

## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

JUL 1 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo    ■ Koerner |
| DATE | 07 — 10 — 01 |
| TIME | ___ a.m.   ___ a.m. <br> 2:10 p.m.   2:15 p.m. |
| CIVIL ACTION | B — 01 — 034 |
| STYLE | Roberts <br> *versus* <br> City of Harlingen, et al. |

DOCKET ENTRY

(HGT)   ■ Initial Pre-trial Conference;   ☐ Motion Hearing;   (Rptr. Breck Record)

Hugo Xavier de los Santos       for     ■ Ptf. # ____   ☐ Deft. # ____

Ricardo Navarro                 for     ☐ Ptf. # ____   ■ Deft. # ____

☐  All motions not expressly decided are denied without prejudice.

☐  Evidence taken [exhibits or testimony].

☐  Argument heard on:   ☐ all pending motions;   ☐ Following motions

☐  Motions taken under advisement: _____

■  Scheduling order to be entered.

☐  Miscellaneous review set: _____

■  Rulings orally rendered on:

1. Parties are **ORDERED** to confer with the case manager so a scheduling order may be entered today.

2. Continuances will not be granted as a matter of course even if the Parties agree.

3. Plaintiff will amend pleadings by 4:00 p.m. July 25, 2001 and then responsive pleadings will be due by 4:00 pm August 1, 2001.

Comments:

1