6

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

Rabuts

§
§
§
§

**CIVIL ACTION B-** 01-34

*versus*

City of Harlingen

JUL 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial:  Estimated time to try: 3-5 days.                 ☐ Bench   ☒ Jury

2. New parties must be joined by:                          10-1-01

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   11-30-01

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                         4-10-02

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by:                   4/30/02

7. Joint pretrial order is due:                            6/13/02

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   6/27/02

9. Jury Selection is set for 9:00 a.m. on:                 7/1/02

The case will remain on standby until tried.

Signed   July 17   , 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

Counsel for _Plaintiff_

Counsel for _City Defendants_
City of Harlingen et al.

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____