United States District Court
Southern District of Texas
FILED

JAN 14 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, <br> Plaintiff | § § § | Civil Action |
| v. | § § | No. B-001-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, <br> CONNIE DE LA GARZA, INDIVIDUALLY, <br> CHIEF OF POLICE MICHAEL BLAKE, <br> INDIVIDUALLY, ACTING CITY MANAGER <br> ROY RODRIGUEZ, INDIVIDUALLY, <br> INSPECTOR DAN SERNA, INDIVIDUALLY, <br> LT. JIM SCHEOPNER, INDIVIDUALLY, <br> INSPECTOR RUBEN MARES, INDIVIDUALLY, <br> INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, <br> LA FERIA WRECKER SERVICE, <br> DOUBLE A WRECKER CO., <br> T & T TOWING SERVICE, <br> T AND T WRECKER SERVICE, <br> TIM WILKINSON IRON & METAL INC., <br> Defendants | § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY |

## CERTIFICATE OF SERVICE ON PLAINTIFFS' NOTICE OF INTENTION TO TAKE VIDEOTAPED ORAL DEPOSITION OF DAN SERNA

TO THE HONORABLE JUDGE OF SAID COURT:

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of the PLAINTIFF'S NOTICE OF INTENTION TO TAKE VIDEOTAPED ORAL DEPOSITION OF DAN SERNA, on January 10, 2002, in a manner consistent with the Texas Rules of Civil Procedure as designated hereinbelow.

*City of Harlingen, Cameron County, Texas, Connie de la Garza, Individually, Chief of Police Michael Blake, Individually, Acting City Manager Roy Rodriguez, Individually, Inspector Dan Serna, Individually, Lt. Jim Scheopner, Individually, Inspector Ruben s*

Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:   U.S. Certified Mail, Return Receipt Requested
USPS Postal Receipt #7001 0320 0000 0392 6504

## CERTIFICATE OF SERVICE                                  No. B-001-34

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date:   January 10, 2002

By: _____
       HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
       Texas Bar Identification #05653300

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227      FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

*****************************************************************