*12*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Roberts, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-34 |
| | § | |
| City of Harlingen, et al. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on February 19, 2002, in response to the City Defendants' Motion to Dismiss Individually-Named Defendants Based on Qualified Immunity [Dkt. No. 9], the Court **ORDERED** the Plaintiff to reply to Defendants' asserted defense of qualified immunity pursuant to Fed. R. Civ. P. 7(a). The Court directs the Plaintiff to demonstrate specific facts which directly tie the individually named defendants to the alleged constitutional violation. Schultea v. Wood, 47 F.3d 1427 (5th Cir. 1995) (en banc); Thompkins v. Belt, 828 F.2d 298, 304 (5th Cir. 1987). Such reply will be filed by March 13, 2002 at 3 p.m. C.S.T.

Further, the Court **GRANTS** the Motion to Stay Discovery [Dkt. No. 9] and hereby **LIMITS** discovery in the case to issues regarding the resolution of the qualified immunity issue. Schultea, 47 F.3d at 1433-34 ("[t]he district court may ban discovery at this threshold pleading stage and may limit any necessary discovery to the defense of qualified immunity.")

DONE at Brownsville, Texas, this 19th day of February 2002.

Hilda G. Tagle
United States District Judge