13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 20 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| Roberts, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-34 |
| City of Harlingen, et al. | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on February 19, 2002, the Court considered the City Defendants' First Supplemental Motion to Stay Discovery & Motion for Protection as to Plaintiff's Requests for Production of Individual Defendants' Personnel Files [Dkt. No. 10]. In light of the Court's Order compelling Plaintiff's reply to Defendants' asserted defense of qualified immunity pursuant to Fed. R. Civ. P. 7(a) and limiting discovery to issues regarding qualified immunity, the Court **MOOTS** the Motion.

DONE at Brownsville, Texas, this 19th day of February 2002.

Hilda G. Tagle
United States District Judge