United States District Court
Southern District of Texas
FILED

MAR 0 4 2002

Michael N. Milby
Clerk of Court

14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | Civil Action |
|       Plaintiff | § | |
| | § | |
|    v. | § | No. B-001-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, | § | |
| CONNIE DE LA GARZA, INDIVIDUALLY, | § | |
| CHIEF OF POLICE MICHAEL BLAKE, | § | |
| INDIVIDUALLY, ACTING CITY MANAGER | § | |
| ROY RODRIGUEZ, INDIVIDUALLY, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| LT. JIM SCHEOPNER, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, | § | |
| DOUBLE A WRECKER CO., | § | |
| T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, | § | |
| TIM WILKINSON IRON & METAL INC., | § | |
|       Defendants | § | JURY |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
### AND
## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
### AGAINST DEFENDANTS
## LA FERIA WRECKER SERVICE AND T & T TOWING SERVICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, JOHN OCIE ROBERTS, plaintiff in the above-entitled and numbered cause, moves for judgment by default against defendants LA FERIA WRECKER SERVICE and T & T TOWING SERVICE, jointly and severally, and would show the court as follows:

1.    In January, 2001, plaintiff JOHN OCIE ROBERTS instituted this action by filing Plaintiff's Original Petition in the Cameron County State District Court, to wit the 107th Judicial District Court of Cameron County, Texas, under cause number 2000-10-004247-A. That action was styled and entitled, JOHN OCIE ROBERTS, Plaintiff v. CITY OF HARLIN-GEN, CAMERON COUNTY, TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY, INSPECTOR DAN SERNA, INDIVIDUALLY, LT.

Case 1:01-cv-00034   Document 14   Filed in TXSD on 03/04/2002   Page 2 of 12

JIM SCHEOPNER, INDIVIDUALLY, INSPECTOR RUBEN MARES, INDIVIDUALLY, INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, LA FERIA WRECKER SERVICE, DOUBLE A WRECKER CO., T & T TOWING SERVICE, T AND T WRECKER SERVICE, TIM WILKINSON IRON & METAL INC., Defendants.

  2. On January 11, 2001, plaintiff JOHN OCIE ROBERTS filed the Plaintiff's First Amended Original Petition in the aforesaid state court action, cause number 2000-10-004247-A.[1]

  3. On February 5, 2001, the Cameron County Constable's office served defendant LA FERIA WRECKER SERVICE with citation and a copy of the plaintiff's original petition by hand delivering same to the said defendant in person.[2] The officer's return, combined with the state court issued citation, was filed with the state district court on March 6, 2001. The said return of service and citation have been on file among the papers of the said cause since that date.

  4. On February 13, 2001, the Cameron County Constable's office served defendant T & T TOWING SERVICE with citation and a copy of the plaintiff's original petition by hand delivering same to the said defendant in person.[3] The officer's return, combined with the state court issued citation, was filed with the state district court on March 6, 2001. The said return of service and citation have been on file among the papers of the said cause since that date.

  5. The "CITY DEFENDANTS" consisting of defendants CITY OF HARLINGEN,

--------------------

1. The Plaintiff's First Amended Original Petition is on file among the papers of the state court action, and the same was on file prior to the removal of this action to this honorable court. Plaintiff respectfully requests that the court take judicial notice of the Plaintiff's First Amended Original Petition.

2. A true and correct copy of the deputy constable's officer's return, together with the state court issued citation, establishing that this defendant was duly served with process, is attached hereto, marked Exhibit "A" and incorporated herein by reference.

3. A true and correct copy of the deputy constable's officer's return, together with the state court issued citation, establishing that this defendant was duly served with process, is attached hereto, marked Exhibit "B" and incorporated herein by reference.

Case 1:01-cv-00034   Document 14   Filed in TXSD on 03/04/2002   Page 3 of 12

CAMERON COUNTY, TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY, INSPECTOR DAN SERNA, INDIVIDUALLY, LT. JIM SCHEOPNER, INDIVIDUALLY, INSPECTOR RUBEN MARES, INDIVIDUALLY, INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, removed the aforesaid state court action, Cause Number 2000-10-004247-A, to this honorable court in March, 2001.

6.     Defendants LA FERIA WRECKER SERVICE and T & T TOWING SERVICE both failed to appear or answer in this cause within the time allowed by law.

7.     Neither defendant LA FERIA WRECKER SERVICE nor defendant T & T TOWING SERVICE has filed a responsive pleading or otherwise defended this lawsuit. Furthermore, neither the undersigned counsel in charge for plaintiff JOHN OCIE ROBERTS nor the plaintiff have received any answer or other response to the plaintiff's lawsuit from either defendant LA FERIA WRECKER SERVICE or defendant T & T TOWING SERVICE.

8.     If this action had not been removed to federal court, the answer to this lawsuit for Defendant LA FERIA WRECKER SERVICE was due and required to be filed by 10:00 o'clock a.m. on Monday, February 26, 2001. Thus, this defendant had already defaulted in the state court proceedings prior to the removal of this action. However, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, since the said Defendant had not filed its answer at the time this action was removed to this honorable court on March 2, 2001, said Defendant's answer was due to be filed within five (5) days after the filing of the petition for removal, or by March 7, 2001.[4] LA FERIA WRECKER SERVICE failed to file an answer by March 7, 2001. Said Defendant has in fact wholly failed to file an answer or any responsive pleading, whatsoever, in this action as of the date of this motion, and has also failed to defend this suit.

9.     If this action had not been removed to federal court, the answer to this action

--------------------

4.     The twentieth day after this defendant's receipt through service orotherwise of a copy of the Plaintiff's petition precedes this date. Therefore, per the provisions of Rule 81(c), Fed.R.Civ.P., the later date is the deadline for this defendant's answer date.

for Defendant T & T TOWING SERVICE was due and required to be filed by 10:00 o'clock a.m. on Monday, March 11, 2001. However, since this defendant had been served with process prior to the date of removal and had not filed an answer in this action, Rule 81(c) of the Federal Rules of Procedure, provides that the deadline for this defendant's answer is actually March 7, 2001.[5] Defendant T & T TOWING SERVICE failed to file an answer by March 7, 2001. Said Defendant has in fact wholly failed to file an answer or any responsive pleading, whatsoever, in this action as of the date of this motion, and has also failed to defend this suit.

10.    Plaintiff JOHN OCIE ROBERTS is therefore entitled to entry of default pursuant to Rule 55(a), Fed.R.Civ.P., and to a default judgment rendered by the court against defendants LA FERIA WRECKER SERVICE and T & T TOWING SERVICE, jointly and severally, granting the relief sought in Plaintiff's First Amended Original Petition, all as set forth in the proposed Default Judgment submitted by Plaintiff in connection with this motion, pursuant to Rule 55(b), Fed.R.Civ.P.

11.    The clerk of the court may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Rule 55(a), Federal Rules of Civil Procedure; New York Life Ins. Co. v. Brown, 84 F.3d 137, 141 (5th Cir. 1996).

12.    The clerk should enter a default because these defendants did not file an answer by 10:00 o'clock a.m. on the Monday being the first Monday following the expiration of twenty (20) days after the respective dates the defendants were served.

13.    On information and belief, Defendants LA FERIA WRECKER SERVICE and T & T TOWING SERVICE are not infants, incompetent persons or members of the United States military.

14.    Because Defendants LA FERIA WRECKER SERVICE and T & T TOWING

--------------------

5.    Rule 81(c) provides that the answer date is the later of that date being twenty (20) days after the date of service, to wit March 5, 2001, or five days after the filing of the petition for removal, to wit March 7, 2001. Rule 81(c), Fed.R.Civ.P.

SERVICE did not file a responsive pleading or otherwise defend this suit, said defendants are not entitled to notice of entry of default. See Direct Mail Specialists, Inc. v. Eclat Computerized Tech., Inc., 840 F.2d 685, 689 (9th Cir. 1988).

15.    WHEREFORE, PREMISES CONSIDERED, plaintiff JOHN OCIE ROBERTS prays that the clerk of this honorable court enter a default in favor of plaintiff JOHN OCIE ROBERTS and against defendants LA FERIA WRECKER SERVICE and T & T TOWING SERVICE, jointly and severally, or that the court direct the clerk of this honorable court to enter a default in favor of plaintiff JOHN OCIE ROBERTS and against defendants LA FERIA WRECKER SERVICE and T & T TOWING SERVICE, jointly and severally, and that the Court issue and render a judgment by default against the said defendants LA FERIA WRECKER SERVICE and T & T TOWING SERVICE, jointly and severally, granting plaintiff the relief demanded in plaintiff's first amended original petition filed herein, in the form of the proposed default judgment submitted with this motion granting an award of $2,000,000.00, or in the alternative in the form of the alternative proposed judgment rendering judgment on liability and providing for a hearing on damages.

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date:   February 27, 2002

By: _____
      HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
      Texas Bar Identification #05653300

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas   78213
(210) 736-4227      FAX#  (210) 737-1556

Attorney for  John Ocie Roberts, Plaintiff

<u>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>                    <u>No. B-001-34</u>

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LA FERIA WRECKER SERVICE AND T & T TOWING SERVICE in a manner consistent with the FED.R.CIV.P. on February 27, 2002.

Further, this is to certify that all service via mail was by certified mail, return receipt requested [RRR], by depositing this document in an official depository of the United States Postal Service after enclosing this document in a postpaid, properly addressed envelope. In addition, all service by telephonic document transfer was accomplished before 5:00 o'clock p.m. on the aforesaid date.

<u>CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY, INSPECTOR DAN SERNA, INDIVIDUALLY, LT. JIM SCHEOPNER, INDIVIDUALLY, INSPECTOR RUBEN MARES, INDIVIDUALLY, INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, DOUBLE A WRECKER CO., T AND T WRECKER SERVICE, TIM WILKINSON IRON & METAL INC., Defendants</u>

c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:          U.S. Certified Mail, Return Receipt Requested
                   USPS Postal Receipt #7001 0320 0000 0392 8393


*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227      FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

*******************************************************************************

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | Civil Action |
|                Plaintiff | § | |
| | § | |
|    v. | § | No. B-001-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, | § | |
| CONNIE DE LA GARZA, INDIVIDUALLY, | § | |
| CHIEF OF POLICE MICHAEL BLAKE, | § | |
| INDIVIDUALLY, ACTING CITY MANAGER | § | |
| ROY RODRIGUEZ, INDIVIDUALLY, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| LT. JIM SCHEOPNER, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, | § | |
| DOUBLE A WRECKER CO., | § | |
| T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, | § | |
| TIM WILKINSON IRON & METAL INC., | § | |
|                Defendants | § | JURY |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
## AND
## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANTS
## LA FERIA WRECKER SERVICE AND T & T TOWING SERVICE

# E X H I B I T   "A"

# CERTIFIED COPY

Citation fc  Personal Service **- NON-RESIDENT NOTICE**      Lit. Seq. # **5.010.01**

No. **2000-10-004247-A**

## T H E   S T A T E   O F   T E X A S      ORIGINAL

   NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **LA FERIA WRECKER SERVICE**
    **BY SERVING HAROLD WAITE**
    **AT PLACE OF BUSINESS**
    **P O BOX 1131**
    **MERCEDES,  TEXAS**

the _____**DEFENDANT**_____ , GREETING:

   You are commanded to appear by filing a written answer to the

**PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION**

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said ____**AMENDED PETITION**____ was filed on **JANUARY 11, 2001** .  A copy of same accompanies this citation.

The file number of said suit being No. **2000-10-004247-A**.

The style of the case is:

                    **JOHN OCIE ROBERTS**
                         **VS.**
       **CITY OF HARLINGEN, CAMERON COUNTY, TX., ET AL**

Said petition was filed in said court by _____.   **JOHN OCIE ROBERTS**
(Attorney for _____**PLAINTIFF**_____ ), whose address is
**1726 N. COMMERCE HARLINGEN, TX.  78550**                          .

   The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

   The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

   Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 11th day of **JANUARY** , A.D. **2001**.

                    ____**AURORA DE LA GARZA**____ , DISTRICT CLERK
                    Cameron County, Texas
                    974 E. Harrison St.
                    Brownsville, Texas 78521

                    By:_____ , Deputy

# R E T U R N   O F   O F F I C E R

came to hand the __2__ day of __Feb__, __01__, at __3:00__ o'clock __P__.M., and

executed (not executed) on the __5__ day of __Feb__, __01__, by delivering to

__Harold White__ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the __Citation__ .

cause of failure to execute this citation is: _____

_____.

EES serving 1 copy

otal....... $_____

ees paid by:_____



Jose Alberto Flores

Sheriff/constable __Cameron__ County,

By __Chris Castilla__ Deputy



TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>　　　　　　Plaintiff | §<br>§<br>§ | Civil Action |
| v. | §<br>§ | No. B-001-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,<br>CONNIE DE LA GARZA, INDIVIDUALLY,<br>CHIEF OF POLICE MICHAEL BLAKE,<br>INDIVIDUALLY, ACTING CITY MANAGER<br>ROY RODRIGUEZ, INDIVIDUALLY,<br>INSPECTOR DAN SERNA, INDIVIDUALLY,<br>LT. JIM SCHEOPNER, INDIVIDUALLY,<br>INSPECTOR RUBEN MARES, INDIVIDUALLY,<br>INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,<br>LA FERIA WRECKER SERVICE,<br>DOUBLE A WRECKER CO.,<br>T & T TOWING SERVICE,<br>T AND T WRECKER SERVICE,<br>TIM WILKINSON IRON & METAL INC.,<br>　　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
## AND
## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANTS
## LA FERIA WRECKER SERVICE AND T & T TOWING SERVICE

# E X H I B I T   "B"

**CERTIFIED COPY**

Citation for Personal Service – GENERAL               Lit. Seq. # 5.011.01

No. 2000-10-004247-A

T H E   S T A T E   O F   T E X A S        ORIGINAL

NOTICE TO DEFENDANT: You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: T&T TOWING SERVICE
    BY SERVING TONY GARCIA
    101 WEST HARRISON
    HARLINGEN, TEXAS  78550

the        DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said     AMENDED PETITION     was filed on JANUARY 11, 2001 .  A copy of same accompanies this citation.

The file number of said suit being No. 2000-10-004247-A.

The style of the case is:

JOHN OCIE ROBERTS
VS.
CITY OF HARLINGEN, CAMERON COUNTY, TX., ET AL

Said petition was filed in said court by        JOHN OCIE ROBERTS
(Attorney for             PLAINTIFF             ), whose address is
1726 N. COMMERCE HARLINGEN, TX.  78550                              .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 11th day of JANUARY , A.D. 2001.

        AURORA DE LA GARZA     , DISTRICT CLERK
      Cameron County, Texas
      974 E. Harrison St.
      Brownsville, Texas 78521
      By: _Estela Salas_           , Deputy

# R E T U R N   O F   O F F I C E R

Came to hand the __3__ day of _Feb_ , _01_ , at __9__ o'clock _11_ .M., and

executed (not executed) on the _13_ day of _Feb_ , _01_ , by delivering to

_Mary ann Garcia / Tom Garcia_ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _Citation_ .

Cause of failure to execute this citation is: _____

_____ .

FEES serving 1 copy

Total....... $_____

Fees paid by:_____

_Jose Alberto Girona_

Sheriff/constable _Cameron_ County, TEXAS

By _Chief Cavello_ Deputy

797-1485

FILED _05_ O'CLOCK
AURORA DE LA GARZA DI...
MAR 06 2001
DISTRICT COURT OF CAM...

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE _7-11-01_
BY _____ DEPUTY