United States District Court
Southern District of Texas
FILED

MAR 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | CIVIL ACTION |
| Plaintiff | § | |
| | § | |
| vs | § | NO. B-001-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, | § | |
| TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY, | § | |
| CHIEF OF POLICE MICHAEL BLAKE, | § | |
| INDIVIDUALLY, ACTING CITY MANAGER | § | |
| ROY RODRIGUEZ, INDIVIDUALLY, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| LT. JIM SCHEOPNER, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, DOUBLE A | § | |
| WRECKER CO., T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, TIM WILKINSON | § | |
| IRON & METAL INC., | § | |
| Defendants | § | JURY |

## ANSWER OF LA FERIA WRECKER SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LA FERIA WRECKER SERVICE, Defendant in the above-entitled and numbered cause, and answers as follows

1. No response is required to Paragraph I of Plaintiff's First Amended Original Petition.

2. This Defendant is without knowledge or information sufficient to admit or deny to allegations of Paragraph II of Plaintiff's First Amended Original Petition except as to this Defendant, La Feria Wrecker Service, Inc. which

is an assumed name of Harold K Waite

3. The allegations of Paragraph III of the complaint are admitted except that it is denied that Plaintiff has suffered any damages

4. Defendant is without information sufficient to admit or deny the allegations of IV of the complaint, except that this Defendant is aware that four (4) old rusted out trucks were removed from the premises in question by this Defendant at the request of the City of Harlingen, Texas.

5. As to Paragraph V of Plaintiff's First Amended Original Petition, this Defendant is without knowledge or information sufficient to admit or deny except that this Defendant removed four (4) old rusted out trucks from the premises at the request of the City of Harlingen, Texas.

6. This Defendant denies the allegation of VI of the Plaintiff's First Amended Original Petition.

7. This Defendant denies the allegation of VII of Plaintiff's First Amended Original Petition.

8. Paragraph VIII of Plaintiff's First Amended Original Petition does not require a response.

9. In response to the Prayer, this Defendant denies that Plaintiff is entitled to any relief in this cause.

WHEREFORE PREMISES CONSIDERED, this Defendant requests that Plaintiff take nothing by this action against it and that it recover its costs of court and such other and further relief, general or special as it may show itself justly to receive

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

_____
Michael R. Ezell
State Bar No. 06764200
Fed. I.D. #2250

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was on this the 6th day of March 2002, sent via the indicated methods to:

Hugo Xavier de los Santos, Esq.         Via CCM-RRR: 7000 1670 0000 5043 5318
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
**Attorney for John Ocie Roberts, Plaintiff**

Ricardo J. Navarro                      Via CCM-RRR: 7000 1670 0000 5043 5301
DENTON, NAVARRO & BERNAL
222 East Van Buren, Suite 405
Harlingen, Texas 78550-6804
**Attorney for the City of Harlingen, Texas, Defendant**

_____
Michael R. Ezell