*18*

United States District Court
Southern District of Texas
FILED

MAR 12 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § | |
| vs. | § | CIVIL ACTION NO. B-001-34 |
| CITY OF HARLINGEN, ET.AL. | § § | |

### T & T TOWING SERVICE'S MOTION TO QUASH SERVICE OF CITATION

TO THE HONORABLE HILDA G. TAGLE:

T & T TOWING SERVICE (hereafter T & T) requests the Court quash the citation and service in this action.

1. Citation and service are defective because same was not served on this defendant as required by the Rules of Civil Procedure. Such Citation was not personally delivered.

2. Service was defective because it was not personally served and because it was never served.

3. T & T only was informed of this suit when a copy of the Motion for Default was delivered to T & T by the attorneys for the City of Harlingen within the past several days.

4. The return of citation filed with the Cameron County furnished to T & T does not indicate that the Citation was actually served nor does it indicate it was served on Tony Garcia. The Return of Citation indicates:

"Came to hand the __3__ day of __Feb__, __01__, at __9__ o'clock (unreadable) M., and executed (not executed) on the __13__ day of __Feb__, __01__, by delivering to __Mary Anne Garcia/Tony Garcia__ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy
of the __Citation_____"

Thus the Return of Citation does not state that Tony Garcia was served with anything. It further states that "Mary Anne Garcia/Tony Garcia" was served but an examination of the Complaint filed herein does not list or name a Mary Anne Garcia. Does the officer mean that they are one and the same? Does the officer mean that he did not serve Tony Garcia but actually served a Mary Anne Garcia instead of Tony Garcia? And, since the officer failed to indicate that



he executed the process at all does he mean that he in fact did not do anything except return the process to the District Clerk's office. The officer's return also does not indicate he delivered the Plaintiff's First Amended Original Petition, only the citation.

5. The Return is defective because it does not state to whom the Process was delivered. It does not state that the accompanying Petition was delivered. It does not state that it was in fact executed.

5. Attached hereto marked Exhibits A and B are affidavits of Tony Garcia and Mary Ann Garcia which state that they were not delivered Service of Process in this matter and had no knowledge or notice of this suit until March 7, 2002.

Because of these defects in citation and service, T & T requests that the Court grant this Motion to Quash and make an order quashing the citation and service on defendant, thereby extending the time for answer herein until the next Monday after the expiration of twenty days after the date of the Court's Order.

Respectfully submitted,

BONNER & BONNER
Attorneys for T & T Towing Service
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
Fed ID No. 1177

### CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Hugo Xavier De Los Santos, Esp., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213, and by regular mail to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804 and to Mr. Michael R. Ezell, P. O. Box 2878, Harlingen, Texas 78551-2878 on March 11, 2002.

_____
Curtis Bonner

State of Texas          §

County of Cameron    §

## AFFIDAVIT OF TONY GARCIA

"My name is Jose A. Garcia. I am over the age of eighteen years and have personal knowledge of all the facts stated herein. All of those facts are true and correct. I have never been convicted of a crime involving moral turpitude and am fully competent to make this affidavit. I am also known as Tony Garcia.

I own T & T Car Care Center. I did not receive any documents about this case until about March 7th, 2002 when Mr. Ricardo Navarro delivered to me or my daughter, Mary Ann Garcia the document denominated Plaintiff's Motion for Entry of Default and Motion for Default Judgment against Defendants, La Feria Wrecker Service and T & T Towing Service.

I was not delivered service of citation as stated in the Return of Citation which is Exhibit B of said Motion. I do not do business at 101 West Harrison nor did I do business at that address on February 13, 2001. That business address is the address of Eagle Glass. I am not associated with Eagle Glass in any way. I have received nothing from the constable's office about this matter. I was not served or given any notice of this suit until receiving said Motion as aforesaid on about March 7th, 2002.

I do not do business as T & T Towing Service.

I have read the foregoing Motion to Quash and all the facts set out therein are true and correct.

The deputy constable is not truthful if he testifies he delivered any document regarding this case to me.

FURTHER AFFIANT SAYETH NOT.

_____
Jose A. Garcia

**THE STATE OF TEXAS**      §
**COUNTY OF CAMERON**    §

SWORN TO, SUBSCRIBED, AND ACKNOWLEDGED before me on March 11, 2002, by Jose A. Garcia.

_____
Notary Public, State of Texas

> IRMA M GONZALEZ
> Notary Public
> STATE OF TEXAS
> My Comm. Exp. 12-23-2005

State of Texas §

County of Cameron §

### AFFIDAVIT OF MARY ANN GARCIA

"My name is Mary Ann Garcia. I am over the age of eighteen years and have personal knowledge of all the facts stated herein. All of those facts are true and correct. I have never been convicted of a crime involving moral turpitude and am fully competent to make this affidavit.

My father owns T & T Car Care Center. I did not receive any documents about this case until about March 7th, 2002 when Mr. Ricardo Navarro delivered to me for my dad the document denominated Plaintiff's Motion for Entry of Default and Motion for Default Judgment against Defendants, La Feria Wrecker Service and T & T Towing Service.

I was not delivered service of citation as stated in the Return of Citation which is Exhibit B of said Motion. I do not work at nor am I associated with Eagle Glass which does business at 101 West Harrison nor did I on February 13, 2001. I also was not there on that day. I have received nothing from the constable's office about this matter. I was not served or given any notice of this suit until receiving said Motion as aforesaid on about March 7th, 2002.

The deputy constable is not truthful if he testifies he delivered any document regarding this case to me.

FURTHER AFFIANT SAYETH NOT.

_____
Mary Ann Garcia

**THE STATE OF TEXAS** §
**COUNTY OF CAMERON** §

SWORN TO, SUBSCRIBED, AND ACKNOWLEDGED before me on March 11, 2002, by Mary Ann Garcia.

_____
Notary Public, State of Texas

IRMA M GONZALEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-23-2005