# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

JAN 2 8 2002

Michael N. Milby
Clerk of Court

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk: Ryan A Byrd

Date: Jan 28, 2002, 2:30 pm

----------------------------------------------------------------

## C. A. NO. B-01-134 (HGT)

----------------------------------------------------------------

| | | |
|---|---|---|
| ROY RODRIGUEZ | * | Ricardo M Adobbati |
| vs | * | |
| JL G INDUSTRIES, INC | * | Kyle Rowley |
| | | |
| And RENTAL SERVICE CORPORATION | * | Claude L Stuart, III |
| | | & Mary "Amy" Cazes Greene |

----------------------------------------------------------------

## TELEPHONIC INITIAL PRETRIAL CONFERENCE

A telephonic conference held with attorneys Adobbati, Rowley and Greene.

The parties agreed to the docket dates. A scheduling order will be filed.