21

United States District Court
Southern District of Texas
FILED

MAR 1 4 2002

Michael N. Milby
Clerk of Court



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | Civil Action |
| Plaintiff | § | |
| | § | |
| **v.** | § | No. B-001-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, | § | |
| CONNIE DE LA GARZA, INDIVIDUALLY, | § | |
| CHIEF OF POLICE MICHAEL BLAKE, | § | |
| INDIVIDUALLY, ACTING CITY MANAGER | § | |
| ROY RODRIGUEZ, INDIVIDUALLY, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| LT. JIM SCHEOPNER, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, | § | |
| DOUBLE A WRECKER CO., | § | |
| T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, | § | |
| TIM WILKINSON IRON & METAL INC., | § | |
| Defendants | § | JURY |

## AGREED MOTION FOR LEAVE TO FILE
## PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER
## AND
## AGREED MOTION FOR NON-SUIT OF DEFENDANTS
## DE LA GARZA, BLAKE, RODRIGUEZ & SCHEOPNER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, JOHN OCIE ROBERTS, plaintiff in the above-entitled and numbered cause, and the CITY Defendants (CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY, INSPECTOR DAN SERNA, INDIVIDUALLY, LT. JIM SCHEOPNER, INDIVIDUALLY, INSPECTOR RUBEN MARES, INDI-VIDUALLY and INSPECTOR SAM GUTIERREZ, INDIVIDUALLY), and make this agreed motion for leave of court to late file the parties' advisory and compliance with,

ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34
the court's order of February 19, 2002, and in support whereof, would show unto the
court as follows:

1.    On February 19, 2002, the court ordered that the plain-
tiff was to file a reply stating specific facts which directly
tie the individually named defendants to the alleged constitu-
tional violation in this case.    This order was rendered in con-
nection with the Defendants' Motion to Dismiss the Individually-
Named Defendants based on Qualified Immunity [Docket No. 9]
and/or the Defendants' First Supplemental Motion to Stay Discov-
ery & Motion for Protection as to Plaintiff's Requests for Pro-
duction of Individual Defendants' Personnel Files [Docket No.
10].

2.    The plaintiff, by and through his undersigned counsel,
has been diligently working on complying with the court's order.
Counsel for the plaintiff had conferred with counsel for the
defendants on several occasions since the issuance of the court's
order, conducted legal research, and conferred with the plaintiff
concerning the subject matter and legal issues involved with the
defendants' aforesaid motions and the court's directive of
February 19, 2002.

3.    The conferences between counsel and the parties bore
fruit in the form of an agreement that was reached today.    Pursu-
ant to the agreement that was reached on the telephone, counsel
for the plaintiff drafted, prepared and forwarded the documents
to be filed with the court by 3:00 o'clock today to defense
counsel, all pursuant to the agreement of the parties.    The

ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34

parties had agreed that the undersigned, attorney for plaintiff in San Antonio, would send the documents to the defense lawyer in Harlingen and that defense counsel would have the documents timely filed with the court this afternoon. However, there was some confusion in the form of the documents in that two of the parties were transposed by mistake in the title of the documents.

4.   Today, Counsel for the plaintiff attended a luncheon with his grandmother and other relatives, celebrating the under-signed's grandmother's (Maria Gaitan's) one hundred first (101st) birthday.

5.   Prior to attending the luncheon, the undersigned sent the documents, pursuant to the aforesaid agreement between the parties, to counsel for the defendants.   Unfortunately, the documents, unbeknownst to the undersigned at the time, had the aforesaid transposition error.   Just prior to leaving for his grandmother's 101st birthday celebration, the undersigned called defense counsel; however, at that moment, defense counsel was not in his office and had apparently already left for lunch.   Defense counsel's office, however, confirmed that defense counsel had received the documents.   Believing that defense counsel had approved, signed and copied the documents and left to Brownsville to file the document during his lunch hour, the undersigned left his office and went to his grandmother's 101st birthday celebration luncheon.

6.   Upon returning to his office, the undersigned discov-ered the error.   The attorneys conferred about the error.   The

**ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34**

error was corrected, and the undersigned forwarded corrected documents, along with this agreed motion, to defense counsel for filing.

7.    The parties submit that there is good cause to excuse the plaintiffs from their failure to strictly comply with the court's 3:00 o'clock filing deadline and pray that the court grant leave of court for filing the parties' advisory and compliance with the court's order and their agreed motion, which is being filed or submitted to the court on even date herewith.

8.    WHEREFORE, PREMISES CONSIDERED, the parties request that the court grant the relief requested hereinabove and sign and render the proposed order submitted herewith.

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date:  March 13, 2002

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300
    U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas   78213
(210) 736-4227     FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34

### DENTON, NAVARRO & BERNAL, P.C.
Attorneys at Law

Date:   March 13, 2002

By:   _Ricardo J. Navarro_

RICARDO J. NAVARRO, ESQ.
Texas Bar Identification #14829100
U.S. Southern District Id. #5953

222 E. Van Buren, Suite 405
Harlingen, Texas 78550
(956) 421-4904        FAX# (956) 421-3621

Attorneys for City of Harlingen, Cameron County, Texas, Connie de la Garza, Individually, Chief of Police Michael Blake, Individually, Acting City Manager Roy Rodriguez, Individually, Inspector Dan Serna, Individually, Lt. Jim Scheopner, Individually, Inspector Ruben Mares, Individually, Inspector Sam Gutierrez, Individually, Defendants

### CERTIFICATE REGARDING SERVICE

All parties that have made an appearance in this action have joined herein. Accordingly, no service is required on any other party.

### HUGO XAVIER DE LOS SANTOS
Attorney at Law

By:   _Hugo Xavier de los Santos_

HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
Texas Bar Identification #05653300
U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
(210) 736-4227        FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

*******************************************************************

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | Civil Action |
|             Plaintiff | § | |
| | § | |
|     v. | § | No. B-001-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, | § | |
| CONNIE DE LA GARZA, INDIVIDUALLY, | § | |
| CHIEF OF POLICE MICHAEL BLAKE, | § | |
| INDIVIDUALLY, ACTING CITY MANAGER | § | |
| ROY RODRIGUEZ, INDIVIDUALLY, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| LT. JIM SCHEOPNER, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, | § | |
| DOUBLE  A WRECKER CO., | § | |
| T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, | § | |
| TIM WILKINSON IRON & METAL INC., | § | |
|             Defendants | § | JURY |

## ORDER GRANTING
## AGREED MOTION FOR LEAVE TO FILE
## PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER
## AND
## AGREED MOTION FOR NON-SUIT OF DEFENDANTS
## DE LA GARZA, BLAKE, RODRIGUEZ & SCHEOPNER

On this day, came on to be considered the AGREED MOTION FOR LEAVE TO FILE PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER AND AGREED MOTION FOR NON-SUIT OF DEFENDANTS. After reviewing and considering same, and the papers, motions, orders and pleadings on file, the court is of the opinion that the said motion is well taken and should be granted in all respects. Accordingly,

IT IS HEREBY ORDERED that AGREED MOTION FOR LEAVE TO FILE PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER AND AGREED MOTION FOR NON-SUIT OF DEFENDANTS DE LA GARZA, BLAKE,

ORDER _____ B-001-34

RODRIGUEZ & SCHEOPNER is hereby granted and sustained.

IT IS HEREBY FURTHER ORDERED that the parties are granted leave of court to file PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER AND AGREED MOTION FOR NON-SUIT OF DEFENDANTS DE LA GARZA, BLAKE, RODRIGUEZ & SCHEOPNER, and that the same shall be filed.

SIGNED and DONE at Brownsville, Texas, on the _____ day of _____, 2002.


_____
HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE PRESIDING

cc:  Hon. Ricardo J. Navarro, Esq.
cc:  Hon. Hugo Xavier de los Santos, Esq.
*******************************************************************************

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | Civil Action |
|       Plaintiff | § | |
| | § | |
|    <u>v.</u> | § | No. B-001-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, | § | |
| CONNIE DE LA GARZA, INDIVIDUALLY, | § | |
| CHIEF OF POLICE MICHAEL BLAKE, | § | |
| INDIVIDUALLY, ACTING CITY MANAGER | § | |
| ROY RODRIGUEZ, INDIVIDUALLY, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| LT. JIM SCHEOPNER, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, | § | |
| DOUBLE  A WRECKER CO., | § | |
| T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, | § | |
| TIM WILKINSON IRON & METAL INC., | § | |
|       Defendants | § | JURY |

## PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER
## AND
## AGREED MOTION FOR NON-SUIT OF DEFENDANTS
## DE LA GARZA, BLAKE, RODRIGUEZ & SCHEOPNER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, JOHN OCIE ROBERTS, plaintiff in the above-entitled and numbered cause, and the CITY Defendants (CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY, INSPECTOR DAN SERNA, INDIVIDUALLY, LT. JIM SCHEOPNER, INDIVIDUALLY, INSPECTOR RUBEN MARES, INDI- VIDUALLY and INSPECTOR SAM GUTIERREZ, INDIVIDUALLY), and submit this advisory to, and compliance with, the court's order of February 19, 2002, and pursuant to the agreement of the parties made in connection with the defendants' quali-

ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34
fied immunity defense and motion to abate discovery and the court's orders rendered on
the defendants' subject motions, and accordingly would show unto the court as follows:

1.    The parties hereby advise the court, and hereby memorialize, that they
have reached an agreement in connection with the defendants' motion to dismiss based
on their qualified immunity defense and defendants' motion to abate discovery based on
the defendants' qualified immunity defense, which agreement is hereby offered as
compliance with the court's order of February 19, 2002, to the effect that:  (a) the
defendants CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE
MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRI-
GUEZ, INDIVIDUALLY and LT. JIM SCHEOPNER, INDIVIDUALLY, shall be
non-suited or dismissed from this action; (b) the motion to abate discovery and the
motion to dismiss are withdrawn; (c) discovery shall proceed on all issues; and (d) the
remaining individual CITY defendants INSPECTOR DAN SERNA, INDIVIDUALLY,
INSPECTOR RUBEN MARES, INDIVIDUALLY and INSPECTOR SAM GUTIER-
REZ, INDIVIDUALLY do not waive their defense of qualified immunity which they
have asserted in this action.

2.    The plaintiff would show the court that the remaining individual CITY
defendants INSPECTOR DAN SERNA, INDIVIDUALLY, INSPECTOR RUBEN
MARES, INDIVIDUALLY and INSPECTOR SAM GUTIERREZ, INDIVIDUALLY
are directly tied to the constitutional violations asserted by plaintiff in this action, for
they are the individuals that made decisions regarding, and/or gave orders concerning,
and/or participated in, the taking and/or removal of property from the premises in-
volved in this action, which taking and/or removal of property, plaintiff claims violated
his constitutional rights, and/or which occurred pursuant to the City's and these latter
named, remaining individuals' actions and/or omissions committed, done or not done in
furtherance of or pursuant to an unconstitutional city ordinance, which ordinance is

<u>**ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34**</u>
unconstitutional as written and/or as applied, executed and/or carried out by these
defendants. Defendant INSPECTOR DAN SERNA, INDIVIDUALLY testified in his
deposition that he was the individual that directed the taking of Plaintiff's personal
property in July and October, 2000. He further testified that defendant INSPECTOR
RUBEN MARES, INDIVIDUALLY was in charge of the route that included the plain-
tiff's place of business that was then known as "The Bargain Barn", which was then
located at 1726 North Commerce Street, Harlingen, Cameron County, Texas. As the
inspector in charge of the route, Mr. Serna testified that defendant INSPECTOR
RUBEN MARES, INDIVIDUALLY had authority to make decisions and render orders
concerning the removal or taking of property from the plaintiff's place of business.
Mr. Serna further testified that the inspectors generally had this authority and that they,
from time to time, assisted one another. In addition, plaintiff Mr. Roberts will testify
that defendant INSPECTOR SAM GUTIERREZ, INDIVIDUALLY participated in the
taking and removing of property and/or that he, INSPECTOR SAM GUTIERREZ,
INDIVIDUALLY, had given orders, instructions or directions to take or remove
personalty belonging to the plaintiff.

Although defendants do not agree, nor do they admit to the plaintiff's claims
brought against them, the defendants do not oppose the plaintiff's foregoing recitation
of facts for purposes of the court's order of February 19, 2002, the defendants' motions
to abate and to dismiss, and the present agreement of the parties as set forth herei-
nabove.

3.      The parties therefore move the court to accept the foregoing as plaintiff's
compliance with the court's order of February 19, 2002, and further move the court to
lift and remove any restriction and/or limitation heretofore placed or ordered by the
court on discovery in this action.

4.      <u>AGREED MOTION FOR NON-SUIT</u>.  In addition, the parties move that

ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34

the court order and grant the plaintiff's non-suit of the individual CITY defendants CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY and LT. JIM SCHEOPNER, INDIVIDUALLY, with costs being taxed to the party incurring same.

     5.    ADDITIONAL ADVISORY.  The parties hereby advise the court that they believe that they will need additional time *vis a vis* the various pre-trial deadlines that are upcoming and/or which have passed, and hereby give notice to the court that they anticipate that they will hereafter file a joint motion seeking an extension of same, and therefore hereby request leave of court for same.

     6.    WHEREFORE, PREMISES CONSIDERED, the parties request that the court grant the relief requested hereinabove and sign and render the proposed order submitted herewith.

Respectfully submitted,

**HUGO XAVIER DE LOS SANTOS**
*Attorney at Law & C.P.A.*

Date:  March 13, 2002

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300
    U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227    FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

ADVISORY & COMPLIANCE AND AGREED MOTION FOR NON-SUIT No. B-001-34

## DENTON, NAVARRO & BERNAL, P.C.
### Attorneys at Law

Date:  March 13, 2002

By: _____
RICARDO J. NAVARRO, ESQ.
Texas Bar Identification #14829100
U.S. Southern District Id. #5953

222 E. Van Buren, Suite 405
Harlingen, Texas  78550
(956) 421-4904      FAX# (956) 421-3621

Attorneys for City of Harlingen, Cameron County, Texas, Connie de la Garza, Individually, Chief of Police Michael Blake, Individually, Acting City Manager Roy Rodriguez, Individually, Inspector Dan Serna, Individually, Lt. Jim Scheopner, Individually, Inspector Ruben Mares, Individually, Inspector Sam Gutierrez, Individually, Defendants

## CERTIFICATE REGARDING SERVICE

All parties that have made an appearance in this action have joined herein. Accordingly, no service is required on any other party.

## HUGO XAVIER DE LOS SANTOS
### Attorney at Law

By: _____
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
Texas Bar Identification #05653300
U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227      FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

*****************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | Civil Action |
|       Plaintiff | § | |
| | § | |
|    v. | § | No. B-001-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, | § | |
| CONNIE DE LA GARZA, INDIVIDUALLY, | § | |
| CHIEF OF POLICE MICHAEL BLAKE, | § | |
| INDIVIDUALLY, ACTING CITY MANAGER | § | |
| ROY RODRIGUEZ, INDIVIDUALLY, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| LT. JIM SCHEOPNER, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, | § | |
| DOUBLE A WRECKER CO., | § | |
| T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, | § | |
| TIM WILKINSON IRON & METAL INC., | § | |
|       Defendants | § | JURY |

## ORDER ACKNOWLEDGING AND GRANTING
PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER
AND
AGREED MOTION FOR NON-SUIT OF DEFENDANTS
DE LA GARZA, BLAKE, RODRIGUEZ & SCHEOPNER

On this day, came on to be considered the PARTIES' ADVISORY AND COMPLIANCE WITH COURT ORDER AND AGREED MOTION FOR NON-SUIT OF DEFENDANTS DE LA GARZA, BLAKE, RODRIGUEZ & SCHEOPNER. After reviewing and considering same, and the papers, motions, orders and pleadings on file, the court is of the opinion that the aforesaid advisory should be acknowledged and the aforesaid motions granted. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff has complied with the court's order of February 19, 2002.

IT IS HEREBY FURTHER ORDERED that the Defendants' motion to abate discovery is hereby ordered withdrawn and stricken.

IT IS HEREBY FURTHER ORDERED that the Defendants' motion to dismiss based on qualified immunity is hereby ordered withdrawn and stricken without prejudice.

IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED that

ORDER                                                              B-001-34

Plaintiff JOHN OCIE ROBERTS takes a nonsuit of Plaintiff's case and claims made in the above numbered and entitled case against *only* defendants   CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDU-ALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY and LT. JIM SCHEOPNER, INDIVIDUALLY, and that in connection therewith, each party is to bear his/her costs of court.  IT IS FURTHER ORDERED that this nonsuit against *only* defendants  CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRI-GUEZ, INDIVIDUALLY and LT. JIM SCHEOPNER, INDIVIDUALLY, shall have no effect whatsoever on Plaintiff JOHN OCIE ROBERTS's case and claims against any of the other defendants in the above numbered and entitled case.

IT IS HEREBY FURTHER ORDERED that the limitation on discovery, so as to allow discovery only on issues regarding the resolution of the qualified immunity issue, heretofore ordered by the court on February 19, 2002, is hereby lifted and removed.

The parties are hereby given leave of court to file and/or submit a motion seek-ing an extension of the court's pre-trial, docket control order deadlines.

SIGNED   and   DONE   at  Brownsville,  Texas,  on  the  _____  day  of _____ , 2002.


_____
HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE PRESIDING


cc:  Hon. Ricardo J. Navarro, Esq.

cc:  Hon. Hugo Xavier de los Santos, Esq.

*******************************************************************************