23

United States District Court
Southern District of Texas
FILED

APR 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
|    Plaintiffs | § | |
| | § | |
| vs. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET AL | § | |
|    Defendant | § | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND TO CONTINUE CURRENT TRIAL SETTING

COMES NOW PLAINTIFF, JOHN OCIE ROBERTS, the remaining CITY DEFENDANTS herein (the DAN SERNA, RUBEN MARES, and SAM GUTIERREZ, Individually and Officially, and the CITY OF HARLINGEN, TEXAS), as well as DEFENDANT LA FERIA WRECKER SERVICE and DEFENDANT T&T TOWING SERVICE (collectively "the PARTIES"), and file this Joint Motion to extend the current Scheduling Order deadlines contained in the Court's Scheduling Order dated July 18, 2002, as well as the current trial setting of July 1, 2002.

### I.

As good cause for this request, the PARTIES hereby advise the Court that two additional parties have recently entered an appearance in this case, LA FERIA WRECKER SERVICE, as well as T&T TOWING SERVICE.

At the time that this case was removed from State District Court, on or about March 2, 2001, neither of the towing companies had filed a formal answer with the State District Clerk. Citations had been issued, however, both LA FERIA

Joint Motion for Continuance
Of Scheduling Order Deadlines            Page 1

WRECKER SERVICE and T&T TOWING SERVICE dispute that service of Plaintiff's Original Petition was properly effectuated.

Since the time of the removal, PLAINTIFF has amended his pleadings to specifically include federally based allegations. See Plaintiff's Third Amended Original Complaint, filed July 25, 2001. At the time that PLAINTIFF filed his Third Amended Complaint, the two towing services had not yet entered an appearance in this case.[1]

Subsequently, PLAINTIFF moved for entry of default judgment against the two towing services. See Plaintiff's Motion for Entry of Default Judgment, filed or about February 27, 2002. Since that time, both LA FERIA WRECKER SERVICE, as well as T&T TOWING SERVICE have retained counsel and filed both oppositions to PLAINTIFF's motion for entry of default, as well as answer to PLAINTIFF's live pleadings. See Court Filings in March 2002.

## II.

Prior to PLAINTIFF's motion for entry of default against the towing companies, PLAINTIFF and the CITY DEFENDANTS had exchanged written discovery and initiated deposition discovery. CITY DEFENDANTS agreed to allow the deposition discovery of three individual defendants in exchange for dismissal of the remaining individually named defendants previously named by PLAINTIFF when he was proceeding Pro Se. The Individually Named CITY DEFENDANTS have retained their right to assert the affirmative defenses of qualified immunity from federally based claims and official immunity from state law based claims.

---

[1] At the time of the removal, which was based on the assertion of a federal claim contained in response to the CITY DEFENDANTS' Rule 194 Request for Disclosure, Plaintiff was, at that time, still proceeding Pro Se. Attorney De Los Santos did not make an appearance until after the case was in federal court.

Although PLAINTIFF and the CITY DEFENDANTS have engaged in substantial discovery to date, there remains some deposition discovery to be done on both sides.   With the insertion of new party defendants in the case, compliance with the current Scheduling Order is difficult to satisfy.

### III.

At the filing of the motion to alter and amend the current Scheduling Order, and to continue the trial date, the parties (including the towing companies) are facing a deadline for filing of dispositive motion of Tuesday, April 30, 2002.   There is a Joint Pretrial Order due on June 13, 2002, a docket call and Pretrial Conference on June 27, 2002, and a trial date of July 1, 2002.   In view of recent procedural developments, neither PLAINTIFF nor CITY DEFENDANTS believe that these deadlines provide sufficient time to process this case.

### IV.
### (Certificate of Conference)

Counsel for CITY DEFENDANTS has conferred with counsel for all the PARTIES to this litigation, all of whom join in this motion, as reflected by their signatures below.

### CONCLUSION & PRAYER

Therefore, for the foregoing reasons, PLAINTIFF and CITY DEFENDANTS herein, request that the Court alter or amend the deadlines set in the Scheduling Order filed April 18 2001, and to continue the trial date currently set for July 1, 2002.

PLAINTIFF and CITY DEFENDANTS would further request a renewed scheduling conference, to include all counsel currently of record, and to set new deadlines as determined by the Court.

SIGNED on this the ___30th___ day of April, 2002.

Joint Motion for Continuance
Of Scheduling Order Deadlines                                        Page 3

Respectfully submitted,

**LAW OFFICE OF HUGO X. DE LOS SANTOS**
6800 Park Ten Blvd. Ste. 123-N
San Antonio, Texas 78213
210/736-4227 (gen)
210/737-1556 (fax)

By: _Hugo Xavier De Los Santos (by permission RJN)_
Hugo Xavier De Los Santos
Attorney In Charge
State Bar No.05653300
So. Dist. ID No. 11259
COUNSEL FOR PLAINTIFF

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _Ricardo J. Novarro_
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
COUNSEL FOR CITY DEFENDANTS

**LAW OFFICE OF MICHAEL R. EZELL**

312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
956/425-2000
956/421-4258  (fax)


By: *Michael R. Ezell (by permission RJN)*

Michael R. Ezell
COUNSEL FOR DEFENDANT
    LA FERIA WRECKER SERVICE


**BONNER & BONNER**

103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
956/423-9152
956/428-0671  (fax)


By: *Curtis Bonner (by permission RJN)*

Curtis Bonner
COUNSEL FOR DEFENDANT
    T&T TOWING SERVICE


## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, postage prepaid, to all counsel of record, as reflected in the signature blocks above and in accordance with the Federal Rules of Civil Procedure, on the 30th day of April, 2002.


*Ricardo J. Novarro*

RICARDO J. NAVARRO