IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET AL | § | |
|     Defendant | § | |

**ORDER ON PLAINTIFF'S AND CITY DEFENDANTS'
JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES
AND TO CONTINUE CURRENT TRIAL SETTING**

On this day there came before the Court the join motion to alter or amend the current Scheduling Order Deadlines filed by Plaintiff and the remaining City Defendants in this cause. After consideration of the Motion, and the matter pointed out therein, the Court finds that the Joint Motion has merit and should be _Granted_.

It is therefore ORDERED that the Joint Motion filed by Plaintiff and City Defendants should be _____.

It is further ORDERED that all parties should appear for a renewed Scheduling Conference on the __28th__ day of __May__, 2002 at __2:00 p__.. M. at the U.S. DISTRICT COURT in BROWNSVILLE, TEXAS. SO ORDERED.

SIGNED on the __6__ day of __May__, 2002.

HON. HILDA G. TAGLE
U.S. DISTRICT JUDGE