

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Roberts, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-34 |
| City of Harlingen, et al. | § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED, that on May ___7___, 2002, the Court considered the Parties' Advisory and Compliance with Court Order and Agreed Motion for Non-Suit of Defendants de la Garza, Blake, Rodriguez & Scheopner [Dkt. No. 21]. The Court notes that although the Parties making the motion represent that the motion is unopposed, not all Parties have signed the motion. Specifically, the Court requires the signatures of Defendants La Feria Wrecker, Double A Wrecker Co., T & T Towing Co., T & T Wrecker Service, Tim Wilkinson Iron & Metal, Inc., or representatives thereof. The Court therefore **DENIES** the motion until such time as it is signed by all Parties.

DONE at Brownsville, Texas, this ___7th___ day of May 2002.

Hilda G. Tagle
United States District Judge