IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET AL | § | |
|     Defendant | § | |

## JOINT MOTION FOR NON-SUIT OF DEFENDANTS CONNIE DE LA GARZA, MICHAEL BLAKE, ROY RODRIGUEZ AND JIM SCHEOPNER

May It Please the Court:

COMES NOW PLAINTIFF, JOHN OCIE ROBERTS, and CITY DEFENDANTS CONNIE DE LA GARZA, MICHAEL BLAKE, ROY RODRIGUEZ AND JIM SCHEOPNER, Individually, and file this Joint Motion For Nonsuit of these individually named DEFENDANTS pursuant to Rule 41, Fed.R.Civ.P.

I.

PLAINTIFF and CITY DEFENDANTS hereby advise the Court that they have reached an agreement in connection with the Joint Motion For Nonsuit of Defendants CONNIE DE LA GARZA, MICHAEL BLAKE, ROY RODRIGUEZ AND JIM SCHEOPNER, which agreement is hereby offered in compliance with the Court's Order of February 19, 2002 attached as Exhibit "A".

II.

(Certificate of Conference)

Counsel for CITY DEFENDANTS has conferred with counsel for all the PARTIES who have appeared in this litigation, including counsel for La Feria Wrecker Service and Counsel for T&T Towing

Service, who, subject to the preservation of their defenses (including failure to perfect service), do not have any opposition to the dismissal of the above named individual DEFENDANTS associated with the CITY OF HARLINGEN, as reflected by their signatures below.[1]

### CONCLUSION & PRAYER

Therefore, for the foregoing reasons, PLAINTIFF and CITY DEFENDANTS CONNIE DE LA GARZA, MICHAEL BLAKE, ROY RODRIGUEZ AND JIM SCHEOPNER, Individually, request that the Court grant this Joint Motion for Dismissal as per Rule 41, Fed.R.Civ.P.

SIGNED on this the 16th day of May, 2002.

Respectfully submitted,

---

[1] Although the Court's Order of May 7, 2002 references that Double A. Wrecker Company, T&T Wrecker Service, and Tim Wilkinson Iron & Metal, Inc. are parties to the lawsuit and requires their signature on this Joint Motion, Counsel requests that the Court take judicial notice of the fact that these named defendants were never served in the underlying state court action, and have never been properly served in this federal action. *See* City Defendants' Notice of Removal, EXH. B (State Court Docket Sheet). Further, in his Motion for Default Judgment filed on or about March 5, 2002, Plaintiff does not move for default against these particular defendants. Consequently, there is no disagreement that Double A. Wrecker Company, T&T Wrecker Service, and Tim Wilkinson Iron & Metal, Inc. are not parties to this litigation and their signatures are neither necessary or available for inclusion in this Joint Motion.

LAW OFFICES OF HUGO XAVIER DE LOS SANTOS
6800 Park Ten Blvd Ste 123-N
San Antonio, Texas 78213
(210) 736-4227 (gen)
(210) 737-1556 (fax)

By: _____
Hugo Xavier de Los Santos
Attorney In Charge
State Bar No.05653300
So. Dist. ID No. 11259
COUNSEL FOR PLAINTIFF

*[handwritten note: Plaintiff does not join in the language @ the f.n. # on pg. 2.]*

DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building #405
222 E. Van Buren
Harlingen, Texas 78550
956/421-4904 (gen)
956/421-3621 (fax)

By: _____
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
COUNSEL FOR CITY DEFENDANTS

**NO OPPOSITION TO JOINT MOTION:**

**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
956/425-2000; 956/421-4258　(fax)

By: _____
　　Michael R. Ezell
　　COUNSEL FOR DEFENDANT
　　　LA FERIA WRECKER SERVICE


**BONNER & BONNER**
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
956/423-9152; 956/428-0671　(fax)

By: _____
　　Curtis Bonner
　　COUNSEL FOR DEFENDANT
　　　T&T TOWING SERVICE

**CERTIFICATE OF SERVICE**

　　I certify that a true copy of this document has been sent by regular U.S. Mail, postage prepaid, to all counsel of record, as reflected in the signature blocks above and in accordance with the Federal Rules of Civil Procedure, on the _16th_ day of May, 2002.

_____
RICARDO J. NAVARRO