IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET AL | § | |
| Defendant | § | |

**ORDER ON JOINT MOTION FOR NON-SUIT OF DEFENDANTS
CONNIE DE LA GARZA, MICHAEL BLAKE,
ROY RODRIGUEZ AND JIM SCHEOPNER**

On this day there came before the Court the Joint Motion to Non-Suit the Defendants CONNIE DE LA GARZA, MICHAEL BLAKE, ROY RODRIGUEZ AND JIM SCHEOPNER. After consideration of the Motion, and the matters pointed out therein, the Court finds that the Joint Motion has merit and should be Granted.

It is therefore ORDERED that the Defendants CONNIE DE LA GARZA, MICHAEL BLAKE, ROY RODRIGUEZ AND JIM SCHEOPNER are hereby Non-Suited from this cause of action. All costs of court will be borne by the party incurring same.

SIGNED on the 17th day of May, 2002.

HON. HILDA G. TAGLE
U.S. DISTRICT JUDGE