IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET AL | § | |
|     Defendant | § | |

## DEFENDANT'S RULE 11 MOTION OF APPEARANCE
## AND ADVISORY TO THE COURT

May It Please The Court,

COMES NOW, DEFENDANT, the City of Harlingen, in the above-styled case and file this its Rule 11 Motion of Appearance and Advisory to the Court.

I.

This motion is to advise the court that attorney Robert L. Drinkard is associated with the firm of Denton, Navarro & Bernal, which represents the DEFENDANT City of Harlingen and the individual CITY Defendants in this matter. Therefore, Robert L. Drinkard, has been designated associate counsel with Ricardo J. Navarro, counsel in charge, and would request that this Court allow for his appearance in matters before this court for the DEFENDANT City of Harlingen and all individual CITY DEFENDANTS.

## II.

### CONCLUSION & PRAYER

DEFENDANT, City of Harlingen and individual CITY DEFENDANTS GUTIERREZ, MARES AND SERNA would move the Court to allow for the appearance of attorney Robert L. Drinkard as associate counsel in this matter.

SIGNED on the 27th day of May, 2002.

Respectfully Submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953

By: _____
ROBERT L. DRINKARD
Associate Counsel
State Bar No. 24007128
So. Dist. ID No. 29288
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

     I certify that a true copy of this document has been faxed and hand-delivered to the person listed below on the 27th day of May, 2002.


Mr. Hugo Xavier De Los Santos
Attorney At Law
6800 Park Ten Blvd. Ste. 123-N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**

Mr. Michael R. Ezell (E-zell)
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**

Mr. Curtis Bonner
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR DEFENDANT T&T TOWING SERVICE**

                                        RICARDO J. NAVARRO
                                        ROBERT L. DRINKARD