UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET. AL. | § | |

### JOSE A. GARCIA'S INITIAL DISCLOSURES TO PLAINTIFF

Pursuant to Federal Rules of Civil Procedure 26 (a)(1),(2) and (3) Defendant, Jose A. Garcia discloses the following information:

Rule 26 (a)(1)(A):   Witnesses:
Jose A. Garcia
202 West Tyler St.
Harlingen, Texas 78550
956-425-7449

Mary Ann Garcia
202 West Tyler St.
Harlingen, Texas 78550
956-425-7449

Dan Serna
Harlingen, Texas

Harold K. Waite
P. O. Box 1131
Mercedes, 78570

Each of these persons will testify that Jose A. Garcia did not conspire with anyone to defraud the Plaintiff of any of his property. That the Thunderbird alleged to be owned by Plaintiff picked up by T & T is not worth very much, if anything. That T & T was called and engaged as a wrecker service by the City of Harlingen to remove a certain Thunderbird from a lot on North Commerce Street in Harlingen, Texas. That T & T still has possession of that vehicle which was and is inoperable.

Rule 26 (a)(1)(B):   Documents which would be material are pictures of the automobile which Defendant has and the documents prepared by the City to engage Defendant's services to take possession of the automobile and remove and store same.

Rule 26 (a)(1)(C):   This defendant claims no damages but will claim indemnity and contribution and costs of defense from the City of Harlingen.

| | |
|---|---|
| Rule 26 (a)(1)(D): | Not applicable. |
| Rule 26 (a)(2): | None. |
| Rule 26 (a)(3)(A): | All witnesses are listed above. |
| Rule 26 (a)(3)(B): | All witnesses will appear and testify at trial. |
| Rule 26 (a)(3)(C): | This defendant intends to produce the documents set out above together with such other documents as may be discovered or produced during discovery. |

Dated: May 22, 2002

Respectfully submitted,

BONNER & BONNER
Attorneys for Jose A. Garcia
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
State Bar No. 02611000
Federal I.D. 1177

## CERTIFICATE OF SERVICE

A true and correct copy of the above was hand delivered to the following attorneys at the courtroom of this honorable court or was mailed certified mail, return receipt requested to: Hugo Xavier De Los Santos at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213-4286, Attorney for Plaintiff, and by regular mail to Mr. Ricardo J. Navarro at 222 East Van Buren, #405, Harlingen, Texas 78550-6804, Attorney for City of Harlingen and to Mr. Michael R. Ezell at P. O. Box 2878, Harlingen, Texas 78551-2878 on May 28, 2002.

_____
Curtis Bonner