UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2002  1:40 p.

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOHN OCIE ROBERTS § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, TEXAS, § | |
| ET. AL. § | |

### Defendant's Disclosure of Interested Parties

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW JOSE A. GARCIA (hereafter Defendant) and files this his Disclosure of Interested Parties and for such would show as follows:

Plaintiff has sued T & T Towing Service and named "Tony Garcia" as the agent for service at the "principal place of business" at 101 West Harrison St., Harlingen, Texas which at one time was owned by Defendant but not for several years. Defendant is known as "Tony Garcia" but does not do business as T & T Towing Service. Defendant owns T & T Car Care Center and has filed an assumed name for same with the Cameron County, Texas County Clerk.

Respectfully submitted,

BONNER & BONNER
Attorneys for Jose A. Garcia
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
State Bar No. 02611000
Federal I.D. 1177

### CERTIFICATE OF SERVICE

A true and correct copy of the above was hand delivered to the following attorneys at the courtroom of this honorable court or was mailed certified mail, return receipt requested to: Hugo Xavier De Los Santos at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213-4286, Attorney for Plaintiff, and by regular mail to Mr. Ricardo J. Navarro at 222 East Van Buren, #405, Harlingen, Texas 78550-6804, Attorney for City of Harlingen and to Mr. Michael R. Ezell at P. O. Box 2878, Harlingen, Texas 78551-2878 on May 28, 2002.

_____
Curtis Bonner