IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 29 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| Roberts, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-34 |
| City of Harlingen, et al. | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 28, 2002, the Court, having held a scheduling conference, **GRANTED** Attorney Ricardo Navarro's oral motion to add Attorney Robert Drinker as counsel of record in this case.

DONE at Brownsville, Texas, this 28th day of May 2002.

Hilda G. Tagle
United States District Judge