UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET. AL. | § | |

### DEFENDANT'S, LA FERIA WRECKER SERVICE, INITIAL DISCLOSURES TO PLAINTIFF

Pursuant to Federal Rules of Civil Procedure 26 (a)(1),(2) and (3) Defendant, La Feria Wrecker Service discloses the following information:

Rule 26 (a)(1)(A):   Witnesses:

Harold K. Waite
P. O. Box 1131
Mercedes, 78570
(956) 797-2123

Jose A. Garcia
202 West Tyler St.
Harlingen, Texas 78550
956-425-7449

Dan Serna
City of Harlingen
118 East Tyler
Harlingen, Texas 78550
956-427-8700

Each of these persons will testify that La Feria Wrecker Service did not conspire with anyone to defraud the Plaintiff of any of his property.  That the vehicles alleged to be owned by Plaintiff picked up by La Feria Wrecker Service is not worth very much, if anything.  That La Feria Wrecker Service was called and engaged as a wrecker service by the City of Harlingen to remove certain vehicles from a lot on North Commerce Street in Harlingen, Texas.  That La Feria Wrecker Service still has possession of one vehicle.

Rule 26 (a)(1)(B):   Documents which would be material are pictures of the automobile which Defendant has and the documents prepared by the City to engage Defendant's services to take possession of the vehicles and remove same.

Rule 26 (a)(1)(C):   This defendant claims no damages but will claim indemnity and contribution and costs of defense from the City of Harlingen.

Rule 26 (a)(1)(D):   Not applicable.

Rule 26 (a)(2):   None.

Rule 26 (a)(3)(A):   All witnesses are listed above.

Rule 26 (a)(3)(B):   All witnesses will appear and testify at trial.

Rule 26 (a)(3)(C):   This defendant intends to produce the documents set out above together with such other documents as may be discovered or produced during discovery.

**DATED** this 27th day of June, 2002.

Respectfully Submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

By: _____
MICHAEL R. EZELL
State Bar No.: 06764200
Federal I.D. 2250
**Attorney for La Feria Wrecker Service**

## CERTIFICATE OF SERVICE

I hereby by certify that a true and correct copy of the above was this the 27th day of June, 2002, mailed certified mail, return receipt requested to: Hugo Xavier De Los Santos at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213-4286, Attorney for Plaintiff, and by regular mail to Mr. Ricardo J. Navarro at 222 East Van Buren, #405, Harlingen, Texas 78550-6804, Attorney for City of Harlingen and to Curtis Bonner, BONNER & BONNER, Attorneys for Jose A. Garcia, P. O. Box 288, Harlingen, Texas 78551.

_____
MICHAEL R. EZELL