UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET. AL. | § | |

### DEFENDANT'S, LA FERIA WRECKER SERVICE, DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

   **COMES NOW** La Feria Wrecker Service (hereafter Defendant) and files this its Disclosure of Interested Parties and for such would show as follows:

   Plaintiff has sued La Feria Wrecker Service and named "Harold K. Waite" as the agent for service. La Feria Wrecker Service is a sole proprietorship owned by Harold K. Waite. The La Feria Wrecker Service's mailing address is P. O. Box 1131 Mercedes, Texas 78570 and its physical address is Highway 506, 1/4 Mile North of Tio Cano Road, La Feria, Texas 78559. Defendant has filed an Assumed Name Certificate in Cameron County, Texas.

   DATED this 27th day of June, 2002.

Respectfully Submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:   (956) 421-4258

By: _____
   MICHAEL R. EZELL
   State Bar No.: 06764200
   Federal I.D. 2250

**Attorney for La Feria Wrecker Service**

## CERTIFICATE OF SERVICE

    I hereby by certify that a true and correct copy of the above was this the 27th day of June, 2002, mailed certified mail, return receipt requested to: Hugo Xavier De Los Santos at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213-4286, Attorney for Plaintiff, and by regular mail to Mr. Ricardo J. Navarro at 222 East Van Buren, #405, Harlingen, Texas 78550-6804, Attorney for City of Harlingen and to Curtis Bonner, BONNER & BONNER, Attorneys for Jose A. Garcia, P. O. Box 288, Harlingen, Texas 78551.

_____
MICHAEL R. EZELL