40

United States District Court
Southern District of Texas
FILED

JUN 2 7 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET. AL. | § | |

DEFENDANT, JOSE A. GARCIA'S SUPPLEMENT TO HIS MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S RESPONSE THERETO

COMES NOW JOSE A. GARCIA, hereinafter "Garcia or Defendant", and presents his Supplement to his Motion for Summary Judgment and his Reply to the Response filed by Plaintiff and would show unto the Court as follows:

1. Defendant shall refer to the parties as follows:

   Plaintiff, John Ocie Roberts, as "Plaintiff" or "Roberts".

   Defendant, City of Harlingen, as "City".

2. Garcia is not the owner of Double A Wrecker Service, AA Wrecker Service or T & T Wrecker Service. Defendant is not the owner of the business located at 501 West Jackson Street, Harlingen, Texas nor does he own the business allegedly located at 1222½ East Filmore Street, Harlingen, Texas. Those businesses are owned by some of his children but not by Mr. Jose A. Garcia. Obviously Mr. Garcia is privy to the knowledge as to whether he owns or does not own a business and Plaintiff is without knowledge or facts upon which to base his opinion or statements that Mr. Garcia is the owner of these other businesses. His statements as to the ownership of these other premises is not true and are totally false. It is true that the telephone listings appear as stated but that is because of the telephone company has not properly listed Mr. Garcia's child's facility. Mr. Garcia states that he was not aware the listing was like that.

3. Roberts' assertion that Mr. Garcia's affidavit should be disregarded and is of no probative value because he is an interested witness. If that is true then the affidavit of Roberts should be disregarded in its entirety for the same reason.

4.   Mr. Garcia has never threatened Roberts with criminal prosecution and Roberts admitted that such threats were not made in that part of his deposition taken on Tuesday, June 24, 2002. (Deposition of Mr. Roberts; Volume 2, page 192, line 11 to page 193, line 14; page 194, lines 1 – 5 excerpt attached.)

5.   Mr. Garcia reiterates that his sole proprietorship, T & T Car Care Center, owned by him and his wife towed only a Ford Thunderbird and no other from the North Commerce Street property allegedly belonging to Roberts.  Further that neither he nor any other business in which he owned an interest towed any other vehicle belonging to Plaintiff.

6.   Mr. Garcia is storing the Thunderbird in the same way that Roberts stored it - out in the open in a field and subject to the elements.

7.   It is unclear to defendant that this Ford Thunderbird is a 1963 model.  The Plaintiff states it is but the vehicle identification plate is extremely difficult to read and interpret because of the deterioration of it over the years.  What is clear however, is that from examining the pictures the vehicle is in very poor condition.  Further in his deposition testimony Plaintiff could not identify the person from whom he acquired the car, when he acquired the car, when the car was last operated or who operated it last.  (Deposition of Mr. Roberts; Volume 2, page 173, line 10 to page 178, line 10; excerpt attached.)

8.   Mr. Garcia states that he has been engaged all of his adult life in the repairing of automobiles.  As such he is certainly qualified to express an opinion as to the feasibility of the repair of this one.  And the court can certainly examine the photos in support of Mr. Garcia's affidavit testimony.  Those speak for themselves.

9.   Mr. Garcia's affidavit describes how he came to be called to provide wrecker services in the towing of this Thunderbird.  Plaintiff apparently overlooked that paragraph in the preparation of his response.

10.  Defendant would agree that Plaintiff is a "trader" and has apparently been involved in buying and selling various items over his long career.  However, Plaintiff has crossed the line from puffing the value of his automobile to seriously misleading the court by stating the value of this vehicle to be $9,000.00, particularly since it is inoperable, he has no Certificate of Title for the car, has no Certificate of Title in his name and has never had a Certificate of Title in his name for this automobile and Plaintiff claims no knowledge of when the vehicle was last operated.  (Deposition of Plaintiff)

11. Attached hereto marked Ex. B and made a part hereof for all purposes are offers for the sale of Ford Thunderbirds of a similar age which are in operating condition and can be driven on the street and apparently have Certificates of Title from the owners. These vehicles are in publications published and are available for sale and reflect that Plaintiff's vehicle is of a much less value considering that Thunderbirds of an age similar to Plaintiff's that are in good condition and in running condition and can be driven are selling for prices ranging from $5,000.00.

WHEREFORE PREMISES CONSIDERED, Defendant, Jose A. Garcia, moves the Court to grant his Motion For Summary Judgment.

Respectfully submitted,

BONNER & BONNER
Attorneys for Jose Antonio Garcia
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By ____________________
Curtis Bonner
State Bar No. 02611000
Federal ID No. 1177

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Hugo Xavier De Los Santos, Esq., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213, and by regular mail to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804 and to Mr. Michael R. Ezell, P. O. Box 2878, Harlingen, Texas 78551-2878 on June 27, 2002.

____________________
Curtis Bonner

SUPPLEMENTAL AFFIDAVIT OF JOSE A. GARCIA

STATE OF TEXAS

COUNTY OF CAMERON

My name is Jose A. Garcia. I am competent to make this affidavit and have personal knowledge of all of the facts stated herein. I have read the above and foregoing and all the facts stated therein are true and correct.

I do not own the business located at 501 West Jackson Street, Harlingen, Texas. I do not own the business located at 1222½ East Filmore Street, Harlingen, Texas. Those businesses are owned by one of my children. Until it was pointed out to me by Plaintiff's affidavit I do not believe I was aware of the "joint" telephone listing. I have repaired automobiles all of my adult life doing all sorts of repairs, both to the engine and drive train, the body and all the other parts. I have been trained in parts of this repair and I have experienced on the job training in parts of it. Working on a late model automobile and working on and restoring a collectible automobile (I don't really think this Ford Thunderbird qualifies as an antique.) is just about the same. If it is body damage then you fill the hole, repair the dent, paint it and polish it. The basic techniques are the same, new or old. If it is a mechanical problem then you diagnose the problem, determine how to repair it and what parts are needed. You get the parts, install them and therefore fix the problem. Just because it is a collectible car does not change the process. Remember, I was in my twenties or so when this car was new and worked on these and other automobiles manufactured at around the same time.

I was not negligent in the towing of Plaintiff's automobile. I have not been negligent in the storing of Plaintiff's automobile. I was called by the City of Harlingen to come to the location on North Commerce Street and Markowsky. There I was directed by personnel with the City of Harlingen to hook onto and remove this Ford Thunderbird. But for such direction and instruction I would not have gone onto Plaintiff's property and removed anything. The car has since been stored in the same way Plaintiff stored it – in an open field.

Attached hereto are excerpts from publications available for sale at various news stands here in Harlingen and other places. Those publications offer for sale various automobiles and state their price and condition. I have examined these publications and determined cars similar to Plaintiff's car, i.e. a mid 60's Ford Thunderbird in running condition are available for sale

beginning at around $5,000.00. I have examined Plaintiff's car. Plaintiff's car is not running (and was not in running condition when it came into my possession), requires extensive repair, apparently has no Certificate of Title. It is worth much less than $4,500.00 both now and at the time of the towing. If it has not been operated within five years then it is likely that there is extensive engine and transmission repairs required. I do not believe it can be economically restored.

     Further affiant sayeth not.

Jose A. Garcia

THE STATE OF TEXAS
COUNTY OF CAMERON

     SWORN TO, SUBSCRIBED, AND ACKNOWLEDGED by Jose A. Garcia before me on June 27, 2002

IRMA M GONZALEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-23-2005

Notary Public, State of Texas

AFFIDAVIT OF MARY ANN GARCIA

STATE OF TEXAS

COUNTY OF CAMERON

My name is Mary Ann Garcia. I am competent to make this affidavit and have personal knowledge of all of the facts stated herein. John Ocie Roberts came to T & T Car Care Center at 202 West Tyler Street, Harlingen, Texas about two weeks after his Ford Thunderbird was towed. He came to serve some "Republic of Texas" papers and inquire about his car. I refused to accept any of his Republic of Texas papers. I told him the Ford Thunderbird was in the storage compound at Primera, Texas (just west of the City of Harlingen) and that he could have it by just paying the wrecker fees. He stated that he wasn't going to pay any wrecker fees, that he hadn't ordered it to be towed from his property.

I did not give him directions to the storage lot because he did not seem to want to view the car or pick it up.

At the time he came I was alone in the office and no one else was there. No one told him to leave or get out. No one threatened him with criminal prosecution. I did not tell him that. There was no one else there to tell him that. If he had caused a ruckus or was disturbing the peace then I might tell someone that but he was acting peaceably so there would have been no reason to say anything like that.

My brother owns the facility at 501 West Jackson, Harlingen, Texas and also 1222½ East Filmore. My father does not own that business or any part of it.

It is my knowledge, opinion and belief that John Ocie Roberts has known since about two weeks after the Ford Thunderbird was towed by T & T Car Care Center that the Ford Thunderbird was in the T & T storage lot at Primera, Texas and was available to him at any time. It has been his choice not to retrieve his automobile.

Further affiant sayeth not.

Mary Ann Garcia

Mary Ann Garcia

THE STATE OF TEXAS
COUNTY OF CAMERON

      SWORN TO, SUBSCRIBED, AND ACKNOWLEDGED by Mary Ann Garcia before me on June 27, 2002.

IRMA M GONZALEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-23-2005

Notary Public, State of Texas

New Feature
Performance Zone!
CHECK IT OUT!
MUSTANG
& FORD TRADER

1 Month
Photo Ad Only
$25.95

**1969 FORD MUSTANG** Mach I, 428 Cobra Jet, R Code. 4 Speed, headers with Flowmaster and new exhaust, oil cooler, ps and disc brakes, front and rear spoilers, rear window louvers, Magnum 500 wheels. $24,500. 270-531-3320. KY

**1992 FORD MUSTANG** GT, Convertible, red, 5.0, 5 speed, loaded, original. stock, no rain, flawless in - out, they're only new once. This one still is finest Wild Pony in captivity. $13,500. 847-705-8985. IL

**1956 FORD VICTORIA,** 2dr, hard top, turquoise/white. 292, auto transmission, ps, very clean car. $14,500. 760-373-1454, 928-855-8939. CA

Proud Sponsor of:
KRUSE INTERNATIONAL
CARLISLE Events

Collector CAR
TraderOnline.com

07
($4.95)
0 25274 73826 8

© Copyright Trader Publishing Company. All rights reserved

EXHIBIT B

**Featuring:**

- Installing a Performance Cat-Back Exhaust System
- Suspension of Disbelief - Vintage Mustang Rebuild
- The Billet Explosion - Aluminum Accessories
- Tech Talk: Answers to Your Ford Technical Questions

# CONTENTS

MUSTANG & FORD TRADER
JULY 2002
VOLUME 20 NUMBER 07

## CATEGORIES

5 Mustangs
8 Drivers Depot
90 Events
97 Rods & Customs
104 Fords 1960 & Newer
114 Fords Older Than 1960
122 Lincoln/Mercury
126 Miscellaneous
127 Thunderbird
134 Trucks, Vans & Commercial
139 Parts, Services & Accessories
152 Index of Advertisers

## NEW PERFORMANCE ZONE NEW

54 Going for the Flow
*How to install a performance Cat-Back exhaust system*
58 Suspension of Disbelief
*Rebuild your vintage Mustang's suspension at home*
63 Tech Talk
*Answers to Your Tech Questions.*
68 The Billet Explosion
*Billet aluminum accessories*

### 2002 ADVERTISING DEADLINES

| ISSUE | 4-COLOR ADS | PHOTO ADS & DISPLAY ADS | ON SALE BY |
|---|---|---|---|
| AUG 02 | MAY 17 | MAY 30 | JUNE 22 |
| SEPT 02 | JUNE 14 | JUNE 27 | JULY 20 |
| OCT 02 | JULY 12 | JULY 25 | AUG 17 |

*All ads must be received by the deadline dates listed.*

Send ads to: ***Mustang & Ford Trader*** P.O. Box 9059, Clearwater, FL 33758-9059
Overnight packages to: ***Mustang & Ford Trader*** 24771 US 19 North, Clearwater, FL 33763

### NOTICE TO ADVERTISERS:

Should ads be submitted with too many words they will be edited at the publisher's discretion. No refunds after picture is received. Photo ads placed for three months may be cancelled before the run is completed, but no refunds will be issued.

### AD TERMS AND CONDITIONS:

1. **Acceptance:** Acceptance of all advertising is subject to review and approval by management. Publisher has the right to edit, revise or reject any advertisements.
2. **Ad Preparation:** The Publisher shall make no charges to the advertiser for art work or layout performed, unless extensive preparation is required to bring the advertisement to a digital format. In that event the Advertiser agrees to pay all necessary and reasonable charges. All property rights, including copyright interest in advertisements produced for an Advertiser by the Publisher, using art work and/or typography furnished or arranged by the Publisher, shall be the sole property of the Publisher. No such advertisement or any part thereof may be reproduced without the prior written consent of the Publisher.
3. **Errors:** The Publisher's liability for damages resulting from errors in any advertising that it publishes or from it's failure to publish any advertisement that it has agreed to publish shall be limited to the amount it actually received in consideration for it's agreement to publish the advertisements in question. The Publisher shall not be responsible for any special, incidental or consequential damages suffered by any party resulting from its errors and/or omissions.
4. **Hold Harmless:** The Advertiser accepts all liability for the content of all advertising supplied by it and agrees to defend, indemnify and hold harmless the Publisher from any and all claims. All photographs become the Property of Trader Publishing Company.
5. **Payment:** Payment is due and payable at the time of ad placement. All billed accounts for advertising are due upon the date of receipt of invoice.

### COMMENTS

We value your opinions. Please let us know what you think of us.
Write ***Mustang & Ford Trader***
P.O. Box 9059, Clearwater, FL 33758-9059
editor@traderpubs.com

**ADMINISTRATION**
***General Manager*** Hunter Adams ***Subscriptions*** Maura Burke ***Circulation/Promotions*** Alan Keller ***Editor*** Donald Farr ***Systems*** Karen Moyer

**ADVERTISING**
***Sales Manager*** Scott Dame ***Commercial Account Representatives*** Toby Brandenburgh, Lisa Bumgardner, Ken DeVries, Kevin Erdelac, Joe Lake, Judy Ruff, Alan Shimmerman, Wendy Turner ***Commercial Sales Assistant*** Charlie Jacques
***Private Party Sales Representatives*** Crystal Cushing, Phil Koon, Michael Mosley, Shaun Palmer

**PRODUCTION**
***Manager*** Ron Kinkead ***Supervisor*** Lynn Bontrager ***Staff*** Bill Beach, Harry Bey, Joanne Fernandez, Laura Gower Connie Holmes, Stuart McKay, Anne Schulert

**CONTACT INFORMATION**
**Advertising** 1-800-548-8889 **Subscriptions** 1-800-877-6141
**Administration** 727-712-0035 **Fax** 727-712-0034 **Editor** P.O. Box 9059, Clearwater, FL 33758-9059

MEMBER:

SPONSOR:

*Other Trader National Publications Old Car Trader®, Corvette & Chevy Trader, Yacht Trader, Aero Trader, Walnecks and Racing Milestones.*
*©2002 Trader Publishing Company*

2001 FORD
and has po
NFA03007/

2001 FORI
alarm, Mac
70k mile w
SP+

The
6 Disc
CD
Change
works w
or ho



.D, hard top, new or, new shocks, ne wheels, dual t. Country Classic -7056. -LB

sible convertible. 9/00252847606

$34.95 1958-60 Shift Lever

-6378 ts.com HIPPING 5 S.E. 9TH AND, OR 97214 3-234-2473

## THUNDERBIRD

**1965 FORD THUNDERBIRD** Coupe, original gauges and radio, interior clean, body good, rebuilt 390 engine, very good, garaged, serious offers only. $7,000. 850-678-5456 or 850-882-2001. -TB NFA03009/00222956808

**1964 FORD THUNDERBIRD,** retractable soft top, blue with white top, all original, also 2 1964 hardtops, everything must go, too many parts to list. $14,500 obo. Kevin 978-374-9410 Haverhill, MA. File photo. -NZ+ NFA03009/00252816004

**1964 FORD THUNDERBIRD,** 2 door HT, 390ci/4bbl, auto, pb, ps, pw, slide-away steering wheel, 61k orig. miles, clear title, many new parts, exc. running cond., body restored to near mint cond, int. is in great shape. No leaks or smoke. $12,500 obo. 617-650-7767. michael.brait@verizon.net -TZ+ NFA03008/00223083802

**1965 FORD THUNDERBIRD** Conv., exc. running cond., great straight car, needing full restoration or drive as is, all power options, everything works. $9,000 obo. 316-264-0590 before May, 303-233-4876 after May. -NZ+ NFA03008/00223056303

**1964 FORD THUNDERBIRD,** off white ext/red interior, all original, automatic transmission, original motor, everything in great condition, beautiful car! $9,000 obo. Call 952-926-9873. File photo. -MZ+ NFA03009/00252845602

**1962 FORD THUNDERBIRD,** 390, auto, ac, pw, power driver seat, only 7,659 original miles, original window sticker, bill of sale, owner's manual and more. Finished in Patrician green. $18,900. Call Todd 800-354-0462. -YZ+ NFA03007/00252878101

# Thunderbird Sheet Metal

CLASSIC
Sheet Metal, Inc.

4010 A Hartley St. • Charlotte, NC 28206
New Phone: (704) 596-5186 • Toll Free: (800) 776-4040 • Fax: (704) 596-3895
Visit our web page at: www.classicsheetmetal.com or E-mail at: classicmetal@earthlink.net

*Are you tired of ordering sheet metal parts that don't fit? Do you wait for ordered parts?*

*At Classic Sheet Metal, we understand these problems. We have restored many Thunderbirds, and have hands-on experience installing our panels. This has enabled us to adjust our panels over the years for the best possible fit. And our staff is qualified to answer your installation questions.*

*At Classic Sheet Meal, we manufacture quality body repair panels for 1955-1971 Thunderbirds. And we usually shop within one working day!*

*So call our toll free number (800) 776-4040 and ask for our free catalog of parts. And if you don't see a part in our free catalog, please ask. Your requests help us determine what new part is to produced. Call today!*

BUY DIRECT FROM THE MANUFACTURER

# THUNDERBIRD

**1966 FORD THUNDERBIRD,** Landau with a 428 C-6 auto, new paint, it runs and drives good, has less than 5k miles on the motor, interior is fair, seats are fine, dash has a crack in it. $5,500. 303-295-0875. -INZ NFA03007/00281439801

**1965 FORD THUNDERBIRD,** hdtp, new custom paint, good orig. int, new shocks, brakes, new tires, chrome wheels, dual exhaust, runs and drives good. $5,450. Can deliver, 618-635-7056, www.countryclassiccars.com -ADS NFA03007/00252852904

**1965 FORD THUNDERBIRD,** hard top, new paint, good original interior, new shocks, brakes, new tires, chrome wheels, dual exhaust, *runs & drives great. Country Classic* Cars, Staunton, IL. 618-635-7056. -LB NFA03007/00252808811

**1966 FORD THUNDERBIRD** 390, auto, factory air, power brakes, power steering, power windows, power locks, new paint & interior, am/fm/CD, new top end. $8,995. Fast Lane Classic Cars, St. Charles, MO. 636-940-9969. -LB NFA03007/00252808802

**1966 FORD THUNDERBIRD,** 1.63 on ratings scale, 428, all options, possible convertible. $28,000 obo. 867-587-2593. -SP+ NFA03009/00252847606

**1965 FORD THUNDERBIRD,** Landau, 47k miles, A-1 condition, tilt-wheel, tan exterior, leather interior and chrome, 4 bucket seats. $10,000. 301-790-0338. File photo. -ZP+ NFA03007/00181790801

www.birdbrains.net

email: babybird@bigplanet.com

"BIRD" BRAINS

55-56-57 T-BIRD PARTS & CARS FOR SALE

12184 Ehlen Rd. NE • Aurora, OR 97002
503-678-5599 • 888-808-3652
Fax 503-678-2127

Jerry Sharp

VISA

BIRD NEST

SPECIALIZING IN '58-'66 T-BIRDS

NEW & NOS PARTS - USED PARTS REPRO & REBUILT PARTS - RUST FREE SHEET METAL
BODY & TRIM PARTS - WEATHERSTRIPPING
OVER 20,000 SQ FT OF USED PARTS FROM OVER 250 CARS

Easy Now You Can Order Online Secure
www.tbirdparts.com

NEW $49.95 1964-66 Neutral Safety Switch

Gift Idea! AM-FM Cassette Radio For 1958 to 66 T-Birds Starting at $209.95

Adjust-O-Ring Mirror 1958-59 $139.95 NEW

NEW Back in Stock $52.25 1960 FRONT FENDER ORNAMENT

| | | |
|---|---|---|
| SHOCKS | from | 24.95 |
| FUEL SENDERS | from | 75.00 |
| BRAKE DRUMS | from | 95.00 |
| TAILIGHT LENSES | from | 29.95 |
| WASHER BAGS | | 29.95 |
| HARMONIC BALANCER | | 99.00 |

NEW $34.95 1958-60 Shift Lever

SEND FOR YOUR FREE CATALOG

ORDER TOLL FREE 800-232-6378

VISIT US AT OUR WEB SITE www.tbirdparts.com

MAIL PO BOX 14865 PORTLAND, OR 97293

SHIPPING 745 S.E. 9TH PORTLAND, OR 97214

INFORMATION 503-231-6669 ——— FAX ORDERS 503-234-2473



Featuring THOUSANDS OF CARS • PARTS • ACCESSORIES

OLD CAR TRADER, U.S. NATIONAL EDITION, JULY 2002

VOLUME 19, NUMBER 7

OLD CAR TRADER®

# OLD CAR TRADER®

AUTO TRADER Magazines

JULY 2002

SELL YOUR CAR FAST!
SEE PAGES 2 & 3 FOR DETAILS

1970 PLYMOUTH 'CUDA, 340. 4 speed pistol grip. all numbers match. red with black interior. 900 miles on recently completed ground up restoration, professionally rebuilt engine. 391 posi-rear. looks and runs great! $21 700. 301-219-4721. MD

## NATIONWIDE COVERAGE

1934 BUICK 60 SERIES. 454-700 R Nova Sub and rear end leather. Budnick wheels. probably one of the nicest 34 Buick street rods in the country. complete frame-off, no expense spared absolutely beautiful $74 500 256-234-4012 AL

1976 PONTIAC TRANS AM. 50th Anniversary Limited Edition black interior/exterior with gold decals and gold honeycomb wheels 56k original miles. 400 cu in, auto. A/C power everything. AutoRama winner garage kept drives like new $15 500 281-454-7551 TX

07
0 74470 94008 1

$3 95 U S (CAN $6 95)

Collector CAR
TraderOnline.com

Proud Sponsor of:
CARLISLE Events
KRUSE INTERNATIONAL

# CONTENTS

OLD CAR AUTO TRADER TRADER Magazines

JULY 2002
VOLUME 20 NUMBER 07

## 2002 ADVERTISING DEADLINES

| ISSUE | 4-COLOR ADS | PHOTO ADS & DISPLAY ADS | ON SALE BY |
|---|---|---|---|
| AUG 02 | MAY 24 | JUNE 6 | JUNE 29 |
| SEPT 02 | JUNE 21 | JULY 3 | JULY 27 |
| OCT 02 | JULY 19 | AUG 1 | AUG 24 |

*All ads must be received by the deadline dates listed.*

Send ads to: *Old Car Trader®* P.O. Box 9059, Clearwater, FL 33758-9059
Overnight packages to: *Old Car Trader®* 24771 US 19 North, Clearwater, FL 33763

### ADMINISTRATION

***General Manager*** Hunter Adams ***Subscriptions*** Maura Burke
***Circulation/Promotions*** Alan Keller

### ADVERTISING

***Sales Manager*** Scott Dame
***Commercial Account Representatives*** Toby Brandenburgh, Lisa Bumgardner, Ken DeVries, Kevin Erdelac, Joe Lake, Judy Ruff, Alan Shimmerman, Wendy Turner
***Commercial Sales Assistant*** Charlie Jacques
***Private Party Sales Representatives*** Crystal Cushing, Phil Koon, Michael Mosley, Shaun Palmer

### PRODUCTION

***Manager*** Ron Kinkead ***Supervisor*** Lynn Bontrager ***Staff*** Bill Beach, Harry Bey, Joanne Fernandez, Laura Gower, Connie Holmes, Stuart McKay, Karen Moyer, Anne Schulert

### CONTACT INFORMATION

**Advertising** 1-800-548-8889 **Subscriptions** 1-800-877-6141
**Administration** 727-712-0035 **Fax** 727-712-0034
**Editor** P.O. Box 9059, Clearwater, FL 33758-9059

### COMMENTS

We value your opinions. Please let us know what you think of us.
Write *Old Car Trader®*
P.O. Box 9059, Clearwater, FL 33758-9059

### NOTICE TO ADVERTISERS:

Should ads be submitted with too many words they will be edited at the publisher's discretion.
No refunds after picture is received. Photo ads placed for three months may be cancelled before the run is completed, but no refunds will be issued.

### AD TERMS AND CONDITIONS:

1. **Acceptance:** Acceptance of all advertising is subject to review and approval by management. Publisher has the right to edit, revise or reject any advertisements.
2. **Ad Preparation:** The Publisher shall make no charges to the advertiser for art work or layout performed, unless extensive preparation is required to bring the advertisement to a digital format. In that event the Advertiser agrees to pay all necessary and reasonable charges. All property rights, including copyright interest in advertisements produced for an Advertiser by the Publisher, using art work and/or typography furnished or arranged by the Publisher, shall be the sole property of the Publisher. No such advertisement or any part thereof may be reproduced without the prior written consent of the Publisher.
3. **Errors:** The Publisher's liability for damages resulting from errors in any advertising that it publishes or from it's failure to publish any advertisement that it has agreed to publish shall be limited to the amount it actually received in consideration for it's agreement to publish the advertisements in question. The Publisher shall not be responsible for any special, incidental or consequential damages suffered by any party resulting from its errors and/or omissions.
4. **Hold Harmless:** The Advertiser accepts all liability for the content of all advertising supplied by it and agrees to defend, indemnify and hold harmless the Publisher from any and all claims. All photographs become the Property of Trader Publishing Company.
5. **Payment:** Payment is due and payable at the time of ad placement. All billed accounts for advertising are due upon the date of receipt of invoice.

## OLD CAR TRADER EVENT LISTING FORM

*Information submitted on this form will appear in the next issue of OLD CAR Trader®. Please use this form, you only need to send this once.*

Date of Show: ______________ Location of Show: (Street Address or Site): ______________

Name of Show: ______________

Sponsor: ______________

Description: ______________

______________

Show Contact: ______________ Street Address: ______________

City, State, Zip: ______________ Phone: ______________

Fax: ______________ Website: ______________ Email: ______________

*Send Your Listings To: Old Car Trader®, c/o Charlie Jacques, P.O. Box 9059, Clearwater, FL33758 or Fax: 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*

MEMBER: ARMO SPONSOR: CARLISLE PRODUCTIONS KRUSE INTERNATIONAL

*Other Trader National Publications: Corvette & Chevy Trader, Mustang & Ford Trader, Yacht Trader, Aero Trader, Walnecks and Racing Milestones.*

*©2002 Trader Publishing Company*

Secr... Leave yo... the dasl... stereo b... from u... The LC... mounted... and the... can be... dash or u... unit wil... optional... can be mo... Ideal fo... customs

U... Designe... installatio... two Piezo... x 8" x 11... up to 120... DVC (dual... grea... Call toda

Anti



# FORD THUNDERBIRD

**1963 FORD** THUNDERBIRD, loaded, 390-4bbl (Z code), auto, cold ac, ps, pb, power windows and seat, bucket seat with console, tilt away steering wheel, radial tires, spinner hubcaps, runs and drives nice! Price: $11,900. Cool Cars Only, 970-669-9550, 800-290-0679 coolcarsonly.com -JKR NAA03007/00252854605

**1964 FORD** THUNDERBIRD, retractable soft top, blue with white top, all original, also 2 1964 hardtops, everything must go, too many parts to list. $14,500 obo. Kevin 978-374-9410 Haverhill, MA. File photo. -NZ+ NAA03009/00252816004

**1965 FORD** THUNDERBIRD Conv., exc. running cond., great straight car, needing full restoration or drive as is, all power options, everything works. $9,000 obo 316-264-0590 before May, 303-233-4876 after May. -NZ+ NAA03008/00223056303

**1965 FORD** THUNDERBIRD HT, new custom paint, good orig. int., new shocks, brakes, new tires, chrome wheels, dual exhaust, runs and drives good. $5,450. Can deliver, 618-635-7056, www.countryclassiccars.com -ADS NAA03007/00252852601

**1963 FORD** THUNDERBIRD, yellow, black, extra clean in and out, 390, auto, air, ps, $7,995. Worldwide delivery available. 775-843-2549 or 775-813-0600. File photo. -JNL NAA03007/00252834405

**1965 FORD** THUNDERBIRD conv, ground up restoration in progress, call now and pick your choice of ext and int colors, $16,000 base price, up grades and options extra, 843-705-5194. -LB NAA03007/00223098101

**1965 FORD** THUNDERBIRD Coupe, original gauges and radio, interior clean, body good, rebuilt 390 engine, very good, garaged, serious offers only. $7,000. 850-678-5456 or 850-882-2001. -TB NAA03009/00222956808

**1965 FORD** THUNDERBIRD, 390-300hp, auto, power disc brakes, power steering, power windows, factory air, tilt away steering, total restoration, tonneau cover. $24,995. www.fastlanecars.com Fast Lane Classic Cars, St. Charles, MO. 636-940-9969. -LB NAA03007/00252807615

**1964 FORD** THUNDERBIRD Landau, black, red interior, all there, needs total restoration. $1,500 obo. Call for details or photos, 712-755-2624 or e-mail: mmundt@fmctc.com File photo. -SP NAA03007/00222882403

**1964 FORD** THUNDERBIRD, 2 door HT, 390ci/4bbl, auto, pb, ps, pw, slide-away steering wheel, 61k orig. miles, clear title, many new parts, exc. running cond., body restored to near mint cond, int. is in great shape. No leaks or smoke. $12,500 obo. 617-650-7767. michael.brait@verizon.net -TZ+ NAA03007/00223083802

**1964 FORD** THUNDERBIRD, mechanically great, solid panels all the way, great running gear, good looking interior, good chrome, stored indoors for long time, well cared for, can deliver to parts of U.S. $7500. 815-262-4772. -IGB+ NAA03009/00281413601

**HARD TO GET PARTS '58 TO '79**

T-BIRD SANCTUARY'S LOW PRICE GUARANTEE
We will match anyone's currently advertised price on new and repro parts for the same item on in-stock merchandise.
THEIR AD IS OUR AD

DECAL KITS
Be The "Best of Show" with these extra decals

| | Basic | Deluxe | Super Dlxe |
|---|---|---|---|
| 58-60 | $15 95 | $26 95 | - |
| 61-62 | $19.95 | $39 95 | - |
| 63-70 | $19.95 | $39.95 | $59 95 |
| 71-73 | $19 95 | $39.95 | - |
| 74-79 | - | $29.95 | - |

TRUNK INTERIOR SETS
58-66 ........ $129 95
67-73 ........ $159.95

LOADS OF USED PARTS
We save everything! From a whole rear clip to the most obscure bolt, we probably have what you need. With 150 T-Birds in our parts yard and a warehouse packed with parts, we're your best source.

ONE STOP SHOPPING FOR
- Sheet Metal (You Name It-We'll Cut It)
- Windshields, Glass & Weatherstrips
- Exterior Trim & Custom Chroming
- Top Quality Reproductions
- Rebuilt Steering Boxes and Pumps
- Brake, Steering, & Suspension Parts
- Carpets, Upholstery & Headlinings
- Shop Manuals, Owners Manuals & Literature
- NOS Parts and Mint Used Parts
- Rebuilt P/S Control Valves and Cylinders

THE VINTAGE
**T-BIRD SANCTUARY**
9997 S.W. AVERY • TUALATIN, OR 97062
YOUR RESTORATION SPECIALIST
SINCE 1966

(800)275-2661 (503)692-9848 FAX (503)692-9849

**1963 FORD** THUNDERBIRD Coupe, beautiful untouched original, white exterior, blue interior, looks brand new inside and out, car came from St. Louis Car Museum. 390 auto, power windows, everything works, 34,865 miles, clear title. $12,500. firm 501-965-7459, davesrays@aol.com for more photos. -JKRNAA03008/00252821401

**1963 FORD** THUNDERBIRD, 2 dr. hardtop, new paint, good condition, new tires, easy restore, turquoise-white. $5,000. Owned for 30 yrs. 505-598-9557. -TB+NAA03007/00223115106

**1964 FORD** THUNDERBIRD, off white ext/red interior, all original, automatic transmission, original motor, everything in great condition, beautiful car! $9,(-)0 obo. Call 952-926-9873. File photo. -MZ+ NAA03009/00252845602

**T-birds by Nick**

14649 Lanark St. Unit B • Panorama City, CA 91402

Hours: Mon-Fri 8-5
24Hr. Fax:
(818) 780-8493

**Thunderbirds 1958-1966 • Full Service Garage**
Huge Inventory of New • Used • Reproduction • NOS Parts
International Orders Welcome • Catalogs with Technical Information

**www.t-birdsbynick.com • 800-669-1961**

1965 FOF 47k miles exterior, l bucket se File photo NAA0300

1966 Convert., 390 cid, show car U.S.obo. SP+ NAA0300

1966 FO auto, a/c car is a m condition. pass this 8050. -int NAA0300

D HT, new int., new s, chrome and drives , 618-635- cars.com -

3IRD, 390- akes, power actory air, tilt restoration, $24,995. Fast Lane s, MO. 636-

riginal, white ame from St. vorks, 34,865 @aol.com for

good condition, for 30 yrs. 505-

Mon-Fri 8-5 Hr. Fax: 780-8493

# FORD THUNDERBIRD

**1965 FORD** THUNDERBIRD, Landau, 47k miles, A-1 condition, tilt-wheel, tan exterior, leather interior and chrome, 4 bucket seats. $10,000. 301-790-0338. File photo. -ZP+ NAA03007/00181790801

**1966 FORD** THUNDERBIRD, 390 V8, 58k orig. mi., Arizona car, never winter driven, very good cond. $8500, trades considered. 306-922-4682. -IPK NAA03009/00281437001

**1966 FORD** THUNDERBIRD, Landau with a 428 C-6 auto, new paint, it runs and drives good, has less than 5k miles on the motor, interior is fair, seats are fine, dash has a crack in it $5,500. 303-295-0875 -INZ NAA03007/00281439801

**1968 FORD** THUNDERBIRD, 429 Thunderjet, all original, except paint, all power, suicide doors, fully loaded, excellent condition. $9000. 614-486-6562. -int NAA03007/00281413201

**1966 FORD** THUNDERBIRD Convert., w/Futura top, dark blue paint, 390 cid, car is in great cond., not a show car but a beautiful driver. $20,000 U.S.obo. 519-897-9999 in Canada. -SP+ NAA03008/00223092108

**1966 FORD** THUNDERBIRD, 390 V8, *auto, ps, pb, pw, fact. air, slide away* steering, am/fm cass., very solid body, garaged, beautiful to the eye & fun to drive. All items listed work, air needs service, hate to lose but moving, $5900. 419-826-5075. -INT NAA03007/00281407901

**1967 FORD** THUNDERBIRD, original, original, original, black Landau top, *black leather interior, white paint, new* tires, 390 cid, 4bbl., 64,671 miles on original engine, no modifications, no enhancements, original hubcaps. original radio. $5,500 obo. 714-393-1315. -PK NAA03007/00281614201

**1968 FORD THUNDERBIRD,** white/blue Landau, suicide doors, 98k, rebuilt 429 V-8, 360hp, runs excellent, auto, full power, excellent condition in & out, orig. interior, super clean. $7,500. 310-212-7441. -WLC NAA03007/00223068914

**1966 FORD** THUNDERBIRD, 390 *auto, a/c, pw, Royal blue*, Landau, this car is a must see, restored and in show condition, if you love T-Birds then don't pass this one by. $14900. 519-524-8050. -int NAA03007/00281410001

**1966 FORD** THUNDERBIRD, convert., white, navy blue int., restored '96, no rust, new top, sharp looking car that runs & rides, great strong eng. $12,900. 317-852-5676. -WLC+ NAA03008/00181798201

***1968 FORD*** *THUNDERBIRD, 2 dr.* hdtp., black landau top, black lthr. int., 429 eng., 15k mi., family owned, all ong , garage kept, no dents. $15,000. 630-232-0649. -GB NAA03007/00252877009

**1969 FORD** THUNDERBIRD, 429 Thunderjet Eng, gorgeous landau *w/vinyl top, auto, pw, pb, ps, ac, fully* loaded, daily driver w/new lilac frost paint & new uphols. $4,950. See more pics at mustangbeginnings.com or call 831-594-2204. -NZ+ NAA03007/00023522801

1948 BUICK SUPER SEDANETTE, 48k miles, black with grey interior, straight 8, 3 speed, radio, heater, fender skirts, wide white walls, like a new car, $19,500
advertise today
OLD CAR
AUTO TRADER Magazines
TRADER

1.800.548.8889

***1966 FORD*** *THUNDERBIRD Convert., restored, new chrome, beautiful* red w/black int., new white top, tonneau, 6 pw, p/seat, disc brakes, cold ac, wire whls., new tires. $25,500. 631-277-1694, 631-804-6700, NY. -NZ+ NAA03009/00252874701

**1978 FORD** THUNDERBIRD, Special Order Edition, 400 V8 engine, all original, 41,800 actual miles, new tires & battery, showroom condition, tangerine & white exterior, white interior, garage kept and well maintained, all highway miles, a one of a kind collectible. $14900. 405-373-2443. File photo. -MZNAA03007/00252871503

**NEW and USED CARS and TRUCKS** June 22, 2002

# Auto Trader®

Truck Trader™ (INSIDE)

99¢

## SOUTH CENTRAL TEXAS

**1999 FORD MUSTANG,** Saleen S-351, #32 of 40 built, very rare, 10K mi., 1 owner, super charged 351 W, 6 spd, over 500 hp, 190+ mph, fully loaded, always garaged, mint condition., sacrifice for $49,900 obo, 210-240-0600, 210-945-0304. TJA27524/00267360601

**2000 CHEVROLET MONTE CARLO SS,** black in & out, pw, pdl ps, pb, cc, tilt, auto, ac, am/fm/cass, Alpine Fosgate, Boston acoustic, Nakamishi and more! $16,500 obo, Moving, must sell , 210-286-3999. TJA27524/00267338702

**1999 FORD E-150,** Mark III Hightop Conversion Van, low miles, new W/S tires, TV/VCP/CD, ABS, wood trim, dual ac, pdl, pw, pb, exc. cond., $13,800, call 210-279-7425 days or 210-490-7804 eve. TJA27524/00267338701

**2002 HONDA CIVIC EX,** coupe, silver, 2 door, auto, 6K miles, $17,500, under warranty, like new, 512-282-9096, Austin, TX. TJA26024/00248497507

www.AutoTrader.com

Issue 24

© Trader Publishing Company, 2002
All Rights Reserved

**Sell Your Car Fast!**

**Your $35 Ad Runs Until Sold**

**$25 for 2 Weeks**

**We'll Take The Photo!**

**Austin 512-476-5111 or SA 210-366-1006**

# HELPFUL INFORMATION FOR OUR CUSTOMERS:

## FOUR EASY WAYS TO PLACE YOUR PHOTO AD:

1. **Call for a photographer–** In many areas, we come to you to take the picture for no extra fee. Just call for an appointment.
2. **Visit our Photo Express Centers –** We've recruited local businesses in many areas to take your picture and handle your photo ad. We visit them weekly to pickup the ads. See page 6 for the one nearest you.
3. **Drop by our office –** We'll take the picture for no extra fee. Just drop by during normal business hours.
4. **Mail in your photo –** Drop the ad form (page 4) in the mail along with your name, address, phone number and ad copy written on it, along with your payment (check or credit card). Sorry, we cannot return the photo.

## PHOTO AD POLICIES:

Any individual or business running more than five vehicles in a twelve month period will be considered a dealer and ads will run two weeks. Only one item can appear in each photo ad. Ads will appear only in appropriate editions (autos in Auto Trader, boats in Boat Trader, etc.) We cannot guarantee the quality of mailed–in photographs. Please note: photographers may be delayed or unable to take the picture of your vehicle at the scheduled time. Trader Publishing Company expressly disclaims any duty or liability arising from a failure of any photographer to appear as scheduled. Run 'til Sold rates are not valid for dealers.

## IF AN ERROR OCCURS, CALL US!

Please call us the first week the ad appears if a typographical error is noticed. We can't offer a refund once the ad has appeared, but we will promptly correct the problem and extend the expiration date by one week at no extra cost. Please note the correction deadline below.

## TO CANCEL YOUR AD:

If you sell your vehicle before the ad expires, call your local Auto Trader office to cancel your ad and prevent bothersome calls. Please supply us with the page number on which it appears in the current issue if possible. Please note the cancellation deadline below.

## SUBSCRIPTIONS TO OUR MAGAZINES:

For local Texas magazines call 800-256-3686 San Antonio or 210-366-1006 or email us at: autotrader@aol.com

## COMMERCIAL ADVERTISING INFORMATION:

Local, statewide and national advertisements can be placed by calling your local Auto Trader office. Account representatives offer personal service in most areas. Display rates in the Southwest Region are extremely economical since they are targeted to reach serious car buyers. We can customize an effective ad campaign to meet your budget. Call for more information. Your account representative can place dealer photo ads or display ads to meet your needs. We offer preferred ad placement, but due to excessive demand, it cannot be guaranteed. *Display ads run one week with a maximum limit of 15 photos per page. Dealer photo ads run for two weeks.*

## WANT TO ADVERTISE INDUSTRIAL VEHICLES OR EQUIPMENT?

Try our Big Truck Trader or Heavy Equipment Trader. Just call the office for rates on these magazines and note on your ad form that you wish to advertise in one of these magazines. Or, simply pick up a Big Truck Trader or Heavy Equipment Trader at your favorite convenience store and use the ad form found on Page 4.

## DEADLINE INFORMATION– photo, ad copy & payment must be to your local office by 4 PM as follows:

| AUSTIN - CORPUS SAN ANTONIO | DALLAS - FTW RICHARDSON | HOUSTON BEAUMONT | MEMPHIS MID SOUTH | WEST TEXAS - El Paso • Lubbock • Midland/Odessa | PHOTO CENTERS, CORRECTIONS AND RENEWALS |
|---|---|---|---|---|---|
| Custom Antique & Sportscar, Boat & RV, Cycle: FRIDAY<br>Big Truck, Heavy Equipment: FRIDAY<br>Local weekly magazines: TUESDAY | Custom Antique & Sportscar, Boat & RV, Cycle: FRIDAY<br>Big Truck, Heavy Equipment: MONDAY<br>North Texas Pickup: TUESDAY<br>North Texas Auto: WEDNESDAY | Custom Antique & Sportscar, Boat & RV, Cycle: FRIDAY<br>Big Truck, Heavy Equipment: MONDAY<br>South Texas Pickup: TUESDAY<br>Houston Auto: WEDNESDAY | Custom Antique & Sportscar, Big Truck, Heavy Equipment: THURSDAY<br>Local Auto and Truck: THURSDAY<br>Cycle, Boat & RV: THURSDAY | Custom Antique & Sportscar, Boat & RV, Cycle: FRIDAY<br>Big Truck, Heavy Equipment: FRIDAY<br>Local weekly magazines: TUESDAY | Call Photo Centers listed in this magazine for deadlines.<br>Renewals and corrections are due 24 hours before new ad deadline. |

## Call or visit the AUTO TRADER® office nearest you...

### Renewal Hotline:
**210-366-1090 San Antonio**
**512-707-4484 Austin**

Call the renewal hotline number by the required deadline. If you are a Run 'til Sold customer, your renewal is FREE. If not, you need to include your credit card number and expiration date. If you wish to renew by speaking directly with a customer service representative, please call our regular office number listed on this page. We must have your phone number or ad ID number to renew your ad. If you miss the deadline, we may have to charge a small fee to re-shoot your vehicle photo! **Run 'til Sold customers must reduce vehicle price by 5% in order to renew the ad for FREE after 12 weeks.**

11139 N. I-35 #120
Austin, TX 78753
(exit Braker)
512-476-5111 800-704-4686

434 W. Nakoma
San Antonio, TX 78216
210-366-1006 800-256-3686

TJA0204JD

June 22, 2002
ERE:
p
) weeks
d
elections.
lections.)
net price)
ne vehicle
l get $10
t $20 off
s!
l Sold
ls...
words.
5 words.
5 words.
copy on this
n.
TJ02JC

Mustangs

(713) 864-FAST (3278)
2539 N. Frwy., Houston, TX 77009

See Our Website For A Nice Selection Of Wheels & Performance Parts!

Thirty 1987 to 2000 Mustangs in stock, all V8s, including some highly modified and some one owner, all original, low miles, and in mint condition. We have GTs, LXs, 5 speeds, automatics, hatchbacks, convertibles & coupes. We've bought and sold over 1500 of these Mustangs in the last 6 years.

**We Buy 1987 to 2000 V8 Mustangs**

**We Buy From Individuals & Pay Top Dollar For Clean Mustangs!**

Only Dealer in Houston, specializing in 1987 to 2000 V8 Mustangs. See Our Full Inventory @ www.performancemustangs.com

610 North Loop · Cavalcade · Patton · N. Main · Performance Mustangs · I-10 · Downtown

OPEN
Monday-Friday 9-6
Saturday 9-3

011174 ADV•TJ24PF

**1930 FORD MODEL A**, 2dr sedan, good running orig. engine, new original int., new paint, tires & wheels, restored, $28,000, 830-773-9980 9am to 6pm.
TJA27525/00267398903

**1932 FORD DUESTERS**, red, Buckskin int. new, 5.5 Tecumson eng., $4300 cash, 210-967-0330.
TJA27524/00267362002

**1964 FORD FALCON**, convertible, 289/2 barrel auto, light blue w/white trim and top, custom blue boot & car cover, 1964 TX Classic plates w/2002 sticker, am/fm radio, excellent condition, appraised at $12,500 reduced to $10,500 Photos by email at Eds603@msn.com, 512-894-6935, Dripping Springs, TX; cute car & a must see.
TJA26025/00208305603

**1929 FORD MODEL A**, 2dr coupe, totally restored, a must see car, trophy winner, car kept in warehouse, $14,000, call for appt. to see, 210-341-3915.
TJA27525/00267350302

**1954 FORD COURIER**, sedan delivery rare, 6cyl. OHV, 3 speed col., very clean, nice, $13,500, 351 overhauled & auto trans. avail., 210-695-9080.
TJA27525/00267479604

**1965 FORD MUSTANG GT**, new paint, new seats, red, ac, 289 eng., new headliner, floor, ps, disc brake, dual exhaust, sacrifice for $8000, 512-365-8841.
TJA26026/00248495005

**1929 FORD MODEL A**, 2dr coupe, totally restored, a must see car, trophy winner, car kept in warehouse, $14,000, call for appt. to see, 210-341-3915.
TJA27525/00267350301

**1961 FORD THUNDERBIRD**, fresh motor, trans., ac & much more, great shape, runs great, $8600, 210-545-6986
TJA27525/00146721511

**1965 FORD THUNDERBIRD**, 2dr., white, V8, 390hp eng., orig. int., too many new lifetime warr. parts to list, new tires, runs well, $4995, 210-734-0662.
TJA27525/00177446604

**1947 FORD, 2DR.** sedan, 2 owner, Texas car, runs & drives like new, ready for paint, will take partial trade, 210-657-7272 or 210-846-7272.
TJA27525/00267352309

**1965 FORD FAIRLANE**, 289 V8, quiet 4dr 1 owner, new tires, always garaged good paint, runs perfect, drives nice, $3000, Dennis at 210-648-2452
TJA27526/00267369103

**1973 FORD MUSTANG**, copper/brown, only 38K orig. miles, 302/2BB, cold fact. air, all original except starter/battery, current insp. 4/02, owners manual, all maint. records, runs great, $9750 obo, 830-980-7857.
TJA27525/00267347403

South C

1965 FORD exc. physi everyday v Mustang c obo, 210-5 TJA27524/

1965 FORD partially re new parts, kind, $430 TJA27525/

2000 F alloys, 8012, G

1965 FOR 91K orig man on fl shocks, br factory air, Tx.

1966 FOR std., runs man, $30 210-659-6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS, )(
Plaintiff )(
)(
VS. )( CIVIL ACTION NO. B-01-34
)(
CITY OF HARLINGEN, TEXAS, )(
ET AL., )(
Defendants )(

---

ORAL AND VIDEOTAPED DEPOSITION OF
JOHN OCIE ROBERTS
JUNE 25, 2002
VOLUME 2

---

ORAL AND VIDEOTAPED DEPOSITION OF JOHN OCIE ROBERTS, produced as a witness at the instance of the DEFENDANTS CITY OF HARLINGEN, TEXAS, DAN SERNA, RUBEN MARES AND SAM GUTIERREZ, taken in the above styled and numbered cause on JUNE 25, 2002, reported by RHONDA A. MARTIN, Certified Court Reporter No. 4297, in and for the State of Texas, at the offices of Denton, Navarro & Bernal, Bank of America Building, 222 East Van Buren, Suite 405, Harlingen, Texas, pursuant to the Federal Rules of Civil Procedure.

APPEARANCES

COUNSEL FOR PLAINTIFF:

HUGO XAVIER DE LOS SANTOS
ATTORNEY AT LAW
6800 Park Ten Boulevard, Suite 123 N.
San Antonio, Texas 78213

COUNSEL FOR DEFENDANTS CITY OF HARLINGEN, TEXAS, DAN SERNA, RUBEN MARES AND SAM GUTIERREZ:

ROBERT DRINKARD
DENTON, NAVARRO & BERNAL
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550-6804

COUNSEL FOR DEFENDANT JOSE A. GARCIA:

CURTIS BONNER
BONNER & BONNER
103 South 3rd Street
Harlingen, Texas 78551

COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE:

MICHAEL R. EZELL
LAW OFFICE OF MICHAEL R. EZELL
312 East Van Buren
Harlingen, Texas 78551

ALSO PRESENT:

Dan Serna
Rene Ortiz, Videographer

INDEX

| | PAGE |
|---|---|
| Appearances | 108 |
| JOHN OCIE ROBERTS | |
| Examination by Mr. Drinkard | 110 |
| Examination by Mr. Bonner | 163 |
| Examination by Mr. Ezell | 203 |
| Errata Sheet/Signature Page | 219 |
| Reporter's Certificate | 220 |

Attached to the end of the transcript: Stipulations

EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN. |
|---|---|---|
| 10 | City of Harlingen, Notice of Citation, Health Department | 116 |
| 11 | Partial list of items formerly located at 1726 North Commerce | 144 |
| 12 | Photographs | 161 |
| 13 | Photograph | 180 |
| 14 | Photograph | 180 |
| 15 | Photograph | 180 |
| 16 | Photograph | 180 |

CERTIFIED QUESTIONS

| NUMBER | PAGE/LINE |
|---|---|
| 3 | 121/6 |
| 4 | 121/22 |
| 5 | 136/6 |
| 6 | 140/3 |
| 7 | 141/11 |

(The witness sworn)

MR. DRINKARD: Okay. This is Robert Drinkard. We are going to continue the deposition of Mr. Roberts that we had to cut short last week due to running out of time.

JOHN OCIE ROBERTS,

having been duly sworn, testified as follows:

EXAMINATION

BY MR. DRINKARD:

Q. Mr. Roberts, if I could back up. I'm going to hand you what we have previously marked as Roberts Exhibit No. 1. As you remember, there are four pictures contained on this exhibit. If you could take a look at the picture where there's a number "1" marked under it. And I believe you -- can you identify that vehicle for me one more time?

A. That's a pickup in the area of time of '47, '48, a Dodge pickup, Dodge -- it's a wrecker-type truck.

Q. Can you estimate how much you think this vehicle was worth at the time it was removed from the premises at North Commerce at the request of the city?

A. I can't give an estimation at this time. It's --

Q. Okay. Okay. If you could take a look at

picture No. 2 on that same Exhibit No. 1 and identify that one for me again.

A. It's a 1974 Ford winch truck.

Q. Okay. And if you could estimate for me how much that vehicle was worth at the time it was removed from the premises at North Commerce at the request of the city.

A These winch trucks are all worth from 4500 to $7500.

Q. Okay. And how did -- how did you come to that estimate?

A. Well, a tooled-up winch truck with bars on it and shifting levers, winches, Tulsa 232 winches, ready to work, they're used for yard trucks.

Q. Okay. So -- and when you say all these Ford winch trucks, are you saying all trucks in that particular condition at the time it was removed from the premises would be worth 4500 to 7500?

A. Yes. All -- all workable yard winch trucks are -- winch trucks that could be put on the road would be worth that -- that figure.

Q. Okay. If you could take a look for me at picture No. 3 on Exhibit No. 1 and identify that vehicle for me.

A. In the area of time of '47, '48 model cab-over,

Page 172

Q. You never went there?
A. No.
Q Never called there?
A No.
Q And so -- so you never found out where your Ford Thunderbird was?
A No. Speaking of never, you showed me the other day where it was. Or you showed me a picture of it that he had it is what I want to clarify.
Q. Oh, okay. You're talking about the picture of the Ford Thunderbird that you identified the last time we were here?
A. We still cannot find it. It's hidden well.
Q. All right. Now, in your response to questions last week, you told us that you had no idea about the value of your Ford Thunderbird. Is that -- is that still your -- your opinion?
MR. DE LOS SANTOS: Objection, form.
A. I have -- I have some ideas about what all antique cars are worth.
Q Okay. Well, what's this -- what's this '63 Ford Thunderbird worth then?
A A white '63 Ford T-bird could have a value of, oh, 9 to 10, $12,000.
Q. Okay. Well, what -- what is -- what is -- this

Page 173

'63 Ford Thunderbird that you allege that you own and Mr. Garcia towed off, what was it worth when he towed it off?
A I'm saying in the way that I handled cars and my intentions for the cars, worth 9 to $10,000.
Q Okay. In its present inoperable condition?
A I can't --
MR. DE LOS SANTOS. Objection, form.
A Is that a question, Mr. Bonner?
Q Yes. My question was -- you estimated its value was 9 to $10,000.
A. Yes, sir. That value still clings to it.
Q. Okay. At the time that it was removed from your property, correct?
A. Yes.
Q It's not titled in your name, correct?
MR DE LOS SANTOS: Objection, form.
A In the sense that we discussed dozens of times, I have title to the car.
Q. Okay. There is no certificate of title issued by any state that shows you as the owner of this 1963 Ford Thunderbird; is that correct?
A. That's not correct. I -- as I stated, it is -- the titles can be had with my name in them as the buyer, so it's incorrect. Your statement is incorrect.

Page 174

Q. Okay. So you're telling me that there is a certificate of title somewhere naming you as the owner?
A. One more time.
MR. DE LOS SANTOS: Objection, form.
A. I'm telling you that everything was burned.
Q. Okay. You -- you told us the other day that you've never driven this automobile, correct?
A. No, I've never driven it.
Q. That it had no license plate and no current inspection sticker, that you don't remember when you got it or where you got it from.
A. That's incorrect, Mr. Bonner. I'm going to ask you not to treat me as a village idiot. I can answer these questions if they're put to me properly.
Q. Where did you acquire the '63 Thunderbird from, Mr. Roberts?
A. From a collector right here in Harlingen.
Q. What was his name?
A. I -- I can't recall his name. He had a car dealership here for many years. I don't recall.
Q. Where did he live?
A Close to the airport, east of Harlingen.
Q. Where was his business?
A. In his yard.
Q He lived within the city limits or outside the

Page 175

city limits?
A. I don't know.
Q. Did the car dealer work for the Pontiac, Buick, GMC dealership?
A. Rephrase your question, please.
Q. Did this person from whom you acquired this automobile work for the Pontiac, Buick, GMC dealership?
A. No.
Q. What was the car's condition at the time that it was removed from the property on North Commerce?
A. Restorable condition.
Q. Okay. Was the -- was the engine in operable condition?
A. Yes.
Q. Could you have put a battery in it and started it right up?
A No.
Q. Okay. What would you have had to have done to the engine to make it run?
A. Put a battery in it, check the oil, check the lubricant, adjust the firing, if there's a problem, and drive it off.
Q. Okay. And how long had it been since you had this automobile operating prior to the year 2000?
A. I don't recall.

Page 176

Q. Was it 1999?
A. I don't recall.
Q. 1998?
A. I don't recall.
Q. 1997?
A. I don't recall.
Q. 1996?
A. I don't recall.
Q. 1995?
A. I'd have to have the date that I purchased it.
Q. When did you purchase it?
A. I don't recall.
Q. Okay. Was it running on the date that you purchased it?
A. Yes, it would run.
Q. Okay. Was it 1994?
A. I don't recall.
Q. 1993?
A. I don't recall.
Q. 1992?
A. I don't recall.
Q. 1991?
A. I don't recall.
Q. 1990?
A. I don't recall.

Page 177

Q. Okay. Did the -- did the body have holes in it when it was removed?
A. It had some surface rust, yes.
Q. Okay. Well, does that mean that it had holes in it or just surface rust?
A. Generally surface rust is described like around the windows where it's actually breaking through, but it's repairable and restorable.
Q. Okay.
A. And they make -- they make beautiful old cars.
Q. Now, if it had surface rust in 2000 -- what was the month that it was removed?
A In 2000.
Q. In July? Is that when it was?
A. No. I believe they stole that car in October. I think that's when it was.
Q. In October of 2000?
A. I think October of 2000.
Q. Okay. In October of 2000, it had surface rust, but no holes? Is that what you're telling me?
A. I did not say that.
Q. Okay. Well, then, perhaps you could tell me again what sort of condition the body was in.
A. It had places that needed to be repaired on the body, generally around the windows where the windows

Page 178

dipped down and turned toward the fender. It's easily repaired. No problem.
Q. Okay. So those were the only places that there were holes in the body or those were the only places that there was rust on the body?
A. I don't recall.
Q. Okay. Well, is there something that you can go to that would refresh your memory so that you can tell us what condition it was in?
A. No.
Q. Okay. Then -- okay.
MR. BONNER: Can I have those pictures? Would you mark that for me, and that.
THE VIDEOGRAPHER: Can I take a quick break to swap tapes?
MR. BONNER: Okay.
(Brief recess)
Q. Mr. Roberts, when we -- when we took a break a while ago, we were talking about the condition of your Ford Thunderbird, and what I'm -- am I correctly stating your testimony that in October of 2000, when it was removed from your lot on North Commerce, that it had surface rust, except around the windows the -- the rust was a little more severe? Am I correctly stating your testimony? And if I'm not --

Page 179

A. Not totally correct. Around areas that water hangs in on the car, like the area where the windows come down.
Q. Okay. Then if the car today has holes in the bodywork where it has rusted through, then what -- what would have caused that deterioration?
A. Setting it on the ground and -- or dragging it on concrete, skinning it.
Q. Okay. On the top of the car?
A. On the bottom of the car.
Q. Okay. Any other reason that it would have rust holes in it?
A. Anytime you place a car with the better metals or a post with a wire hanging to it that's metal, and generally when both of them touch the ground, the process I'm fairly familiar with is they create electrolysis and they rust very fast.
Q. So that's why you keep your tires inflated?
A. That, and to try to keep the tires in a condition that they can -- the vehicles can be moved from spot to spot.
Q. Okay. In October of 2000, were the tires inflated on this Ford Thunderbird?
A. Yes.
Q. Okay. How do you know that?

Page 192

done --
Q. Okay. So you're saying --
A. -- feasibly.
Q. Okay. You're saying that you can do one less -- more -- less expensively than if you went out to Greg Toler, say, and asked him to restore it?
A. Yes.
Q. Give me a minute, Mr. Roberts. I've got -- you -- you made a statement in here that I want to ask you about, but I can't find it right now.
In paragraph 13 on page 3 of your Affidavit in Opposition to Jose A. Garcia's Motion for Summary Judgment, you make the statement, "Furthermore, Mr. Garcia threatened me with criminal charges if he ever saw me go to his place of business." Now, when did he do that?
A. When I went in to -- earlier when I went in to obtain directions for who I should serve papers to.
Q. Okay. And where did you go?
A. I don't recall.
Q. And what -- and what did he tell you?
A. Well, I was talking to a lady in front, and he hollered out something that -- he wasn't receiving notice from anybody.
Q. Okay. Well, what did he threaten you with?

Page 193

A. To get out, he wasn't receiving notice from anybody.
Q. Okay. So is that what he told you?
A. Yes.
Q. Okay. So what else did he tell you?
A. That's all.
Q. Okay. Is this when you tried to serve them the Republic of Texas papers?
A. I never served any Republic of Texas papers.
Q. Okay. Did you attempt to give them papers denominated with the Republic of Texas?
A. I did give the wrecker driver, A. Garcia, papers demanding that he was violating my rights by taking the cars.
Q. Okay. And what was on these papers? Do you have a copy of them?
A. I don't have it with me.
Q. Okay. Do you have a copy of it?
A. I believe I do, yes.
Q. Okay. I'd like you to -- when you get your deposition, I'd like you to attach a copy of that as an exhibit.
MR. DE LOS SANTOS: We'll object to that. We'll -- we'll respond further, if sent properly addressed in discovery requests, in writing.

Page 194

Q. Okay. So what you're just telling me is that Mr. Garcia did not threaten you with criminal charges?
A. I'm considering that as criminal charges.
Q. That he told you to leave?
A. Yes.
Q. Okay. Other than that, though, he didn't -- he just said, "Get off my property"?
A. Yes, but it was in a way that it -- it was a threat.
Q. Do you know what the vehicle identification number is of this Thunderbird?
A. No.
Q. After the Bargain Barn -- after the Bargain Barn burned in January of 2000, how many employees did you have there?
A. After?
Q. Yes.
A. Is that your -- is that your question? Not any.
Q. Okay. And before it burned, how many employees did you have?
A. I had one.
Q. Okay. And that was -- what was his name?
A. Oliver Emigh, E-M-I-G-H.
Q. Okay. And so it was just the two of you that

Page 195

ran the business there?
A. Yes.
Q. Okay. And so after the fire, you discharged Oliver?
A. No.
Q. Okay. Well, what happened?
A. He stayed around to help me some here and there.
Q. But he wasn't being paid a salary --
A. No.
Q. -- or a wage?
A. No.
Q. Okay. And so after the fire, is that when you installed the locked gates and the fence around these vehicles?
A. No.
Q. So they were blocked and gated before that?
A. Yes.
Q. Okay. And -- and so how often would you go to your business there after the fire?
A. When I could stand it.
Q. Well, tell me what that means.
A. Well, you probably wouldn't know, sir, but everything I had burned there.
Q. I -- I appreciate that, sir.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS, Plaintiff
VS
CITY OF HARLINGEN, TEXAS, ET AL., Defendants

CIVIL ACTION NO B-01-34

REPORTER'S CERTIFICATION

I, RHONDA A. MARTIN, Certified Court Reporter, certify that the witness, JOHN OCIE ROBERTS, was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on JUNE 25, 2002; that the deposition was reported by me in stenograph and was subsequently transcribed by me or under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the _____ day of ____________________, 2002.

______________________________
RHONDA A. MARTIN, Texas CSR 4297
Expiration Date: 12-31-03
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755