| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

John Ocie Roberts §
§
versus § CIVIL ACTION B-01-34
§
City of Harlingen, Texas, et al §

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Scheduling Order

1.  Trial: Estimate time to try: 3-5 days.     ☐ Bench     ☒ Jury

2.  New parties must be joined by:                                        September 10, 2002
    *Furnish a copy of this scheduling order to new parties.*

3.  The Plaintiff's experts will be named with a report furnished by:     September 10, 2002

4.  The defendant's experts must be named with a report furnished         October 8, 2002
    within 30 days of the deposition of the plaintiff's expert.

5.  Discovery must be completed by:                                       October 30, 2002
    *Counsel may agree discovery beyond the deadline, but there will be no intervention by the court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The court will provide these dates********************

6.  Dispositive Motions will be filed by:              11/15/02

7.  Joint pretrial order is due:                       1/22/03

    The plaintiff is responsible for filing the pretrial order on time.

8.  Docket Call and final pretrial conference is set for 1:30 p.m. on:    2/6/03

9.  Jury Selection is set for 9:00 a.m. on:            2/10/03

The case will remain on standby until tried.

Signed June 28, 2002, at Brownsville, Texas.

CIVIL NO: B:01-34

_____
Hilda G. Tagle
UNITED STATES DISTRICT JUDGE

_____
Hugo De Los Santos
Counsel for John Ocie Roberts

_____
Ricardo J. Navarro
Counsel for City of Harlingen, Texas

_____
Michael R. Ezell
Counsel for La Feria Wrecker Service

_____
Curtis Bonner
Counsel for T&T Towing Service