Case 1:01-cv-00034   Document 47   Filed in TXSD on 07/26/2002   Page 1 of 6

United States District Court
Southern District of Texas
FILED

JUL 2 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, <br> Plaintiff | § <br> § <br> § | Civil Action |
| v. | § | No. B-01-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, <br> INSPECTOR DAN SERNA, INDIVIDUALLY, <br> INSPECTOR RUBEN MARES, INDIVIDUALLY, <br> INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, <br> LA FERIA WRECKER SERVICE, <br> DOUBLE A WRECKER CO., <br> T & T TOWING SERVICE, <br> T AND T WRECKER SERVICE, <br> TIM WILKINSON IRON & METAL INC., <br> Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | JURY |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE PLAINTIFF'S RESPONSE & OPPOSITION
TO CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND PLAINTIFF'S REPLY TO DEFENDANT GARCIA'S
SUPPLEMENT TO GARCIA'S MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, JOHN OCIE ROBERTS, plaintiff in the above-entitled and numbered cause, and makes this unopposed motion for leave of court and for extension of time to July 29, 2002, within which to file the Plaintiff's Response and Opposition to City Defendants' Motion For Summary Judgment Assertion of Qualified and Individual Immunity, and the Plaintiff's Reply to Defendant Garcia's Supplement to Defendant Garcia's Motion for Summary Judgment, and in support whereof would show unto the court as follows:

1.  On or about June 27, 2002, the City defendants (*i.e.*, defendants City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually and Inspector Sam Gutierrez, Individually) filed their Motion for Summary Judgment Assertion of Qualified and Individual Immunity. This

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME      No. B-01-34

motion was received by the undersigned attorney in charge for plaintiff on July 1, 2002. Plaintiff's response to the said motion was due to be filed by July 17, 2002, or twenty days following the date the defendants' said motion was filed.

2. On or about June 27, 2002, defendant Jose A. Garcia filed his Supplement to Defendant Garcia's Motion for Summary Judgment. This supplement was received by the undersigned attorney in charge for plaintiff on July 1, 2002. Plaintiff's reply to the said supplement was due to be filed by July 17, 2002, or twenty days following the date the defendants' said supplemental motion was filed.

3. The work week of July 1, 2002, was substantially reduced as a result of the first Independence Day holiday celebrated after the September 11, 2001, terroristic attack on our great nation and the resulting, devastating and tragic loss of life and property.

4. Since then, the undersigned counsel in charge for plaintiff, who is a solo practitioner, has had numerous court hearings, depositions and mediations that he has had to prepare for, attend and appear in, including, *inter alia*, the following: (a) Texas state district court and/or Florida circuit court hearings on July 2nd, July 3rd, July 8th, July 9th, July 10th, July 11th, July 17th, July 18th, July 19th, and July 23rd; (b) Texas state court ordered mediation on July 11, 2002; and (c) previously set and/or noticed depositions on July 9th, July 12th and July 23rd.

5. The fact that plaintiff's counsel received the defendant City's aforesaid motion and defendant Garcia's aforesaid supplement on July 1, 2002, alone shortened the twenty (20) days envisioned by the court's local rules for plaintiff's response by five (5) days.

6. As a result of plaintiff's counsel's docket, calendar and schedule, combined with the shortened July 4th holiday week, and further combined with the fact that the undersigned did not receive the aforesaid motions until July 1, 2002, the under-

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME    No. B-01-34

signed counsel in charge for plaintiff has not had sufficient time to research, draft and prepare plaintiff's response and opposition to the City defendants motion for summary judgment assertion of qualified and individual immunity, nor to defendant Garcia's supplemental motion for summary judgment.

7. MOTION UNOPPOSED. The undersigned counsel in charge has conferred with counsel for the City defendants, and the City defendants, by and through their counsel, agreed that plaintiff be allowed through and until Monday, July 29, 2002, to file, by mail, Plaintiff's response, opposition, and objections to Garcia's aforesaid supplement to his motion for summary judgment, together with any further responsive or opposing affidavits, documents and/or pleadings.

8. MOTION UNOPPOSED. The undersigned counsel in charge has conferred with counsel for defendant Jose A. Garcia, and defendant Garcia, by and through his counsel in charge, agreed that plaintiff be allowed through and until Monday, July 29, 2002, to file, by mail, Plaintiff's response, opposition, and objections to the City Defendants' aforesaid Motion for Summary Judgment Assertion of Qualified and Individual Immunity, together with any further responsive or opposing affidavits, documents and/or pleadings.

9. Plaintiff submits that the foregoing circumstances demonstrate that there is good cause to excuse the plaintiff from his failure to strictly comply with the filing deadlines for the plaintiff's response to the City defendants' motion and to defendant Garcia's supplement.

10. WHEREFORE PREMISES CONSIDERED, plaintiff JOHN OCIE ROBERTS prays that the court grant plaintiff JOHN OCIE ROBERTS leave of court for filing plaintiff's response, opposition, and objections to the City defendants' and to defendant Garcia's aforesaid motions, together with any further responsive or opposing affidavits, documents and/or pleadings, that the court grant the relief requested herei-

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME    No. B-01-34

nabove and sign and render the proposed order submitted herewith, and that the court grant plaintiff such other and further relief, at law or in equity, to which the plaintiff may be entitled and/or which the court deems appropriate under the circumstances.

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

By: _____    Date: July 23, 2002
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
Texas Bar Identification #05653300
U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227    FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME    No. B-01-34

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S RESPONSE & OPPOSITION TO CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S REPLY TO DEFENDANT GARCIA'S SUPPLEMENT TO GARCIA'S MOTION FOR SUMMARY JUDGMENT in a manner consistent with the FED.R.CIV.P. on July 23, 2002.

Further, this is to certify that all service via mail was by certified mail, return receipt requested [RRR], by depositing this document in an official depository of the United States Postal Service after enclosing this document in a postpaid, properly addressed envelope. In addition, all service by telephonic document transfer was accomplished before 5:00 o'clock p.m. on the aforesaid date.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually, Inspector Sam Gutierrez, Individually, Defendants*:

c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:    U.S. Certified Mail, Return Receipt Requested
             USPS Postal Receipt #7001 2510 0009 2698 3016


*La Feria Wrecker Service, Inc., Defendant*:

Mr. Mauro F. Ruiz
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method*:    U.S. Certified Mail, Return Receipt Requested
             USPS Postal Receipt #7001 2510 0009 2698 3054


*Double A Wrecker Co., T & T Towing Service, T and T Wrecker Service, Defendant(s)*:

Mr. Curtis Bonner, Esq.
P.O. Box 288
Harlingen, Texas 78551-0288

*Method*:    U.S. Certified Mail, Return Receipt Requested
             USPS Postal Receipt #7001 2510 0009 2698 3061

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME　　No. B-01-34

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: _____
　　HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
　　Texas Bar Identification #05653300
　　U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas　78213
(210) 736-4227　　FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

**************************************************************************