IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 29 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| Plaintiff | § | |
| V. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, CAMERON | § | |
| COUNTY, TEXAS, ET AL | § | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT, JOSE A. GARCIA'S SUPPLEMENT TO HIS MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S RESPONSE THERETO

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JOHN OCIE ROBERTS, hereinafter referred to as Plaintiff and presents his Plaintiff's Supplemental Response To Defendant, Jose A. Garcia's Supplement to his Motion for Summary Judgment And Reply to Plaintiff's Response Thereto Supplement to his Motion for Summary Judgment and his Response Reply to the Response filed by Defendant and would show unto the Court as follows:

I.
Objections

1) Plaintiff objects to Defendant's affidavit of Mary Ann Garcia in that the only one who can answer the question as to ownership is Mary Ann's brother. The best evidence would be the individual who actually owns the business and hopefully he or she would give his or her name.

2) Plaintiff objects to Defendant's affidavit of Mary Ann Garcia in that this appears to be a family business and ownership would be tossed to another in the family if her brother were the one being sued.

3) Plaintiff objects to the affidavit of Jose A. Garcia in that he gives no information as to who the real owner is.

4) Plaintiff objects to the affidavit of Jose A. Garcia in that it is based on opinion as to qualifying as an antique contrary to the mandates of the statute.

5) Plaintiff objects to the affidavit of Jose A. Garcia in that he has no knowledge when he

says that "apparently has no certificate of title," also he is not an expect in antiques.

6) Wherefore Plaintiff requests that this Court strike both affidavits.

7) Plaintiff request that this Court ignore all the facts alleged which are stated as facts within the motion pleadings are not evidence therefore not to be used.

WHEREFORE, Plaintiff prays that his motion be denied.

Respectfully submitted,

*Hugo Xavier De Los Santos*
*By John Ocie Roberts*

Hugo Xavier De Los Santos
Attorney At Law
State Bar No. 05653300
U. S. Southern District Id. #11259
6800 Park Ten Blvd. Suite 123-N
San Antonio, Texas 78213
(210) 736-4227
(210) 737-1556 Fax
Attorney for John Ocie Roberts, Plaintiff

*John Ocie Roberts INDIVIDUALLY*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
|     Plaintiff | § | |
| I. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, CAMERON | § | |
| COUNTY, TEXAS, ET AL | § | |

STATE OF TEXAS         }

COUNTY OF WILLACY  }

## AFFIDAVIT

Before me personally, John Ocie Roberts, and stated under oath that the following is true and correct and from his own personal knowledge.

My name is John Ocie Roberts. I am competent to testify. I am over the age of eighteen (18) years and have never been convicted of any crime.

I am the Plaintiff in this case. I have not been notified of the vehicles Mr. Jose A. Garcia took. He also took a Studebaker. I always kept the cars off the ground in that they all had rims and tires.

I am a trader and I deal with antiques. These were antiques and I could have made a good profit from these cars as I have stated in my list.

Affiant further saith naught.

                                                            _____
                                                             John Ocie Roberts

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned notary, on this the _29TH_ day of _July_____, 2002, which witness my hand and seal.

                                                            Notary Public -State of Texas
                                                            Linda I Navarrete
                                                            Printed Name of Notary
                                                            My commission expires _9-16-2002_



LINDA I NAVARETTE
NOTARY PUBLIC
State of Texas
Comm. Exp. 09-16-2002

B-01-34

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of PLAINTIFF'S BRIEF AND MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION in a manner consistent with the FED.R.CIV.P.

Further, this is to certify that all service via mail was by certified mail, return receipt requested [RRR], by depositing this document in an official depository of the United States Postal Service after enclosing this document in a postpaid, properly addressed envelope. In addition, all service by telephonic document transfer was accomplished before 5:00 o'clock p.m. on the aforesaid date.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually, Inspector Sam Gutierrez, Individually, Defendants:*

c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method:*   U.S. Certified Mail, Return Receipt Requested
            USPS Postal Receipt #


*La Feria Wrecker Service, Inc., Defendant:*

Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method:*   U.S. Certified Mail, Return Receipt Requested
            USPS Postal Receipt #


*La Feria Wrecker Service, Inc., Defendant:*

Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method:*   U.S. Certified Mail, Return Receipt Requested
            USPS Postal Receipt #

No. B-01-34

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: *Hugo Xavier De Los Santos* BY *John Ocie Roberts*
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
Texas Bar Identification #05653300
U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
(210) 736-4227      FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff
............*John Ocie Roberts*....*INDIVIDUALLY*..........

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
|     Plaintiff | § | |
| V. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, CAMERON | § | |
| COUNTY, TEXAS, ET AL | § | |

## ORDER

    On this the _____ day of _____, 2002, Plaintiff, John Ocie Roberts, motion to deny Defendant's Jose A. Garcia motion for summary judgment came to be heard.

    Having examined the pleading and having examined the proffered evidence, this Court is of the opinion that this motion should be _____.

    THEREFORE, IT IS ORDERED that Defendant's, Jose A. Garcia, motion for summary judgment is hereby denied.

    Signed for entry on this the _____ day of _____ 2002.

                                                                            Judge Presiding