```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 11 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **JOHN OCIE ROBERTS** | § |
| | § |
| vs. | § |
| | §   CIVIL ACTION NO. B-01-034 |
| **CITY OF HARLINGEN, TEXAS,** | § |
| **ET. AL.** | § |

### LA FERIA WRECKER SERVICE'S RESPONSE TO PLAINTIFF'S FIRST AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT

**TO THE HONORABLE JUDGE:**

**COMES NOW,** Defendant, La Feria Wrecker Service files this its Response to Plaintiff's First Amended Motion for Partial Summary Judgment and for such response would show the Court as follows:

**1.**

La Feria Wrecker Service adopts and incorporates and hereinby referenced the of City Defendants' Response to Plaintiff's First Amended Motion for Partial Summary Judgment and Brief In Support Thereof and asserts that the Plaintiff's Motion for Partial Summary Judgment should be denied for all the reasons set forth in said City's response.

**WHEREFORE,** La Feria Wrecker Service prays that the Plaintiff's First Amended Motion for Partial Summary Judgment be in all things denied.

Signed this 10th day of September, 2002.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:   (956) 421-4258

By: _____
MICHAEL R. EZELL
    State Bar No.: 06764200
    Federal I.D. 2250

**Attorney for La Feria Wrecker Service**

### CERTIFICATE OF SERVICE

I hereby by certify that a true and correct copy of the above was this the 10th day of September, 2002, mailed certified mail, return receipt requested to:

Mr. Hugo Xavier De Los Santos
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213-4286,
Attorney for Plaintiff

Mr. Ricardo J. Navarro
222 East Van Buren, #405
Harlingen, Texas 78550-6804
Attorney for City of Harlingen

Mr. Curtis Bonner
BONNER & BONNER
P. O. Box 288
Harlingen, Texas 78551
Attorneys for Jose A. Garcia

_____
MICHAEL R. EZELL