51

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. B-01-034** |
| **CITY OF HARLINGEN, TEXAS,** | § | |
| **ET. AL.** | § | |

## LA FERIA WRECKER SERVICE'S CROSS-CLAIM

**TO THE HONORABLE JUDGE:**

    **COMES NOW,** Defendant, La Feria Wrecker Service and files this its Cross-Claim complaining of Defendant and Cross-Defendant herein the City of Harlingen and for such Cross-Claim, would show the Court as follows:

### 1.

    As to all matters complained of by Plaintiff in this case, La Feria Wrecker Service acted as the agent of the City of Harlingen ("City") and in response to its direct request to remove certain personal property from the property of Plaintiff. La Feria Wrecker Service carried out the City's request in good faith and without reason to believe that such request was not properly and legally made.

### 2.

    Plaintiff now contends that the City's actions were unlawful for the reasons set forth in the Plaintiff's pleadings in this case. While La Feria Wrecker Service denies that the Plaintiff is entitled to recover as plead, in the unlikely event that the Plaintiff should make any recovery against La Feria Wrecker Service the same would solely be as a result of the acts of the City of Harlingen and La Feria Wrecker Service is entitled to a complete indemnity or an alternative

contribution from the City of Harlingen for any judgment entered against it in this cause.

### 3.

As a result of the conduct of the City of Harlingen in refusing to agree to indemnify La Feria Wrecker Service for liability in this cause and to provide a defense in this case, La Feria Wrecker Service has been required to employ the undersigned counsel to represent its interest. La Feria Wrecker Service is entitled to recover reasonable attorney's fees and expenses incurred in this matter.

**WHEREFORE, PREMISES CONSIDERED,** La Feria Wrecker Service prays that upon service of this Cross-Claim upon the City of Harlingen, it be required to answer and appear in response to the same and that in the unlikely event that any judgment is entered against the La Feria Wrecker Service, that judgment in the same amount be entered over against the City of Harlingen and that La Feria Wrecker Service recover its costs for attorney's fees and costs of Court from the City of Harlingen.

Signed this 10th day of September, 2002.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E.  Van Buren
P.  O.  Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:    (956) 421-4258

By: _____
    MICHAEL R. EZELL
    State Bar No.: 06764200
    Federal I.D. 2250
**Attorney for La Feria Wrecker Service**

## CERTIFICATE OF SERVICE

I hereby by certify that a true and correct copy of the above was this the 10th day of September, 2002, mailed certified mail, return receipt requested and via facsimile to:

Mr. Ricardo J. Navarro
222 East Van Buren, #405
Harlingen, Texas 78550-6804
Attorney for City of Harlingen

Mr. Hugo Xavier De Los Santos
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213-4286,
Attorney for Plaintiff

**FIRST CLASS MAIL DELIVERY TO:**

Mr. Curtis Bonner
BONNER & BONNER
P. O. Box 288
Harlingen, Texas 78551
Attorneys for Jose A. Garcia

MICHAEL R. EZELL