UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-34 |
| | § | |
| CITY OF HARLINGEN, ET.AL. | | |

RESPONSE OF T & T TOWING SERVICE TO PLAINTIFF'S FIRST AMENDED MOTION
FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW Jose Antonio Garcia, DBA T & T Towing Service, (hereafter T & T) a defendant in this matter and files this his response to Plaintiff's First Amended Motion for Partial Summary Judgment and for such would show unto the Court as follows:

1. T & T adopts the Response filed herein by the City of Harlingen and its employees (City Defendants). T & T incorporates herein such Response by reference. T & T asserts that Plaintiff's Motion For Partial Summary Judgment should be denied for all those reasons set forth in the City Defendants' Response.

WHEREFORE, T & T prays that the Plaintiff's First Amended Motion for Partial Summary Judgment be in all things denied.

Dated: September 10, 2002.

Respectfully submitted,

BONNER & BONNER
Attorneys for T & T Towing Service
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
Fed ID No. 1177

## CERTIFICATE OF SERVICE

      A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Mr. Hugo Xavier De Los Santos, Esq., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213 and by regular mail to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804, attorney for the City of Harlingen, Texas and to Mr. Michael R. Ezell, P.O. Box 2878, Harlingen, Texas 78551-2878 on September 10, 2002

                                                                           Curtis Bonner