UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 11 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN, ET.AL. | | |

<u>CROSS ACTION OF T & T TOWING SERVICE AGAINST THE CITY OF HARLINGEN</u>

TO THE HONORABLE HILDA G. TAGLE:

    1.    COMES NOW Jose Antonio Garcia, DBA T & T Towing Service, (hereafter T & T) a defendant in this matter and files this Cross Action against the City of Harlingen, Texas seeking recovery of his attorneys fees incurred herein together with indemnity and contribution against any judgment which might be rendered against him in favor of the Plaintiff.

    2.    Service of process will be accomplished in accordance with the Rules of Civil Procedure by serving the attorneys for the City of Harlingen.

    3.    T & T was called to the location of Plaintiff and instructed to tow away a certain Ford Thunderbird as a part of the City's cleaning of the property which he did. He towed the car to his lot where it has remained. Plaintiff is the owner or alleged owner of this vehicle. But for the action of the City of Harlingen in directing him to go upon the Plaintiff's property and remove this Thunderbird, T & T would not have done so.

    4.    Subsequent to the action of towing this Thunderbird, Plaintiff attempted to obtain a default judgment in the amount of $2 million dollars against this defendant which this Court did not grant.

    5.    T & T has made demand of the City of Harlingen that it indemnify and hold him harmless from any and all liability in this matter including furnishing him a defense in this action. Such demand was made more than sixty days ago. No response has been received from the City.

    6.    Mr. Garcia seeks the recovery of his attorneys fees incurred herein and indemnity and contribution from the City of Harlingen, Texas from any and all damages which might be awarded Plaintiff against this defendant.

WHEREFORE PREMISES CONSIDERED, T & T prays that upon a final trial of this cause he have the recovery of all attorneys fees incurred herein from said City and in the event of damages awarded against T & T in favor of Plaintiff that he have indemnity and contribution from the City of Harlingen for same and for such other and further relief to which he may show himself entitled.

    Respectfully submitted,

    BONNER & BONNER
    Attorneys for T & T Towing Service
    Post Office Box 288
    Harlingen, Texas 78551
    Telephone: (956) 423-9152
    Facsimile: (956) 428-0671

By _____
    Curtis Bonner
    Fed ID No. 1177

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804, attorney for the City of Harlingen, Texas and by regular mail to Mr. Hugo Xavier De Los Santos, Esq., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213 and to Mr. Michael R. Ezell, P. O. Box 2878, Harlingen, Texas 78551-2878 on September 10, 2002

_____
Curtis Bonner