United States District Court
Southern District of Texas
FILED

SEP 1 2 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS,** | § | Civil Action |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | No. B-01-34 |
| | § | |
| **CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,** | § | |
| **INSPECTOR DAN SERNA, INDIVIDUALLY,** | § | |
| **INSPECTOR RUBEN MARES, INDIVIDUALLY,** | § | |
| **INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,** | § | |
| **LA FERIA WRECKER SERVICE,** | § | |
| **DOUBLE A WRECKER CO.,** | § | |
| **T & T TOWING SERVICE,** | § | |
| **T AND T WRECKER SERVICE,** | § | |
| **TIM WILKINSON IRON & METAL INC.,** | § | |
| **Defendants** | § | **JURY** |

## PLAINTIFF JOHN OCIE ROBERTS'S
## DESIGNATION OF EXPERT WITNESSES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, plaintiff JOHN OCIE ROBERTS, and submits the following initial list of potential testifying expert witnesses in this case, as follows:

The following list of potential testifying experts is based upon plaintiff's answers to defendant's discovery requests in this case, which have heretofore been served, and the same is submitted without prejudice to future supplementation and/or amendment of same:

*List of potential testifying expert witnesses*:

1. **JOHN OCIE ROBERTS**
   c/o 6800 Park Ten Blvd, Ste. 123-N
   San Antonio, Texas 78213
   (210) 736-4227

   Mr. Roberts is an expert in the business of buying, selling and restoring antiques and one-of-a-kind items, and in their valuation. Mr. Roberts has an opinion concerning the value of the inventories and assets, consisting largely of antiques and one-of-a-kind items that were taken from his business lot by the defendants without his consent. Specifically, Mr. Roberts has the opinion the items of personalty stolen by the defendants from him are set forth in the schedule report he has heretofore produced to the defendants. Mr. Roberts is further of the opinion that the fair market value of each item is also reflected in the attached schedule under the column entitled "fair market

value each". Mr. Roberts is further of the opinion that the total fair market value of the property stolen from him by the defendants is equal to $692,140.00 as of August 2000.[1]

### 2.    ROBERT BASFORD

Mr. Basford is an expert in the business of buying, selling and restoring heavy machinery, oil field equipment and logging equipment and other assets like those that were at Mr. Roberts' place of business which the defendants took without Mr. Roberts' consent, and in their valuation. Mr. Basford is believed to have an opinion concerning the value of the inventories and assets that were taken from Mr. Roberts' business lot by the defendants without Mr. Roberts' consent.

### 3.    ADELAIDO GONZALES
State Certified General Appraiser
302 E. Jackson, Suite 107
Harlingen, Texas 78550
(956) 412-1357

Mr. Gonzales is an expert in the appraisal and evaluation of properties and he is also an expert in evaluating lost profits of a business that has been damaged like Mr. Roberts' business was damaged by the wrongful taking of Mr. Roberts' property by the City of Harlingen and the other defendants in this action. Mr. Gonzales is expected to testify concerning Mr. Roberts' lost profits and the fair market value of the assets that were taken by the defendants from Mr. Roberts' place of business known as the Bargain Barn that was located at 1726 North Commerce Street, Harlingen, Texas.

### 4.    Dr. Robert Summerville
And His Records Custodian
712 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 428-0757

### 5.    Dr. Miles (head surgeon)
And His Records Custodian

### 6.    Mercedes Medical Center
And Its Records Custodian
109 South Texas Boulevard
Mercedes, Texas 78570
(956) 514-1643

### 7.    Valley Diagnostic Clinic
And Its Records Custodian
2200 Haine Drive
Harlingen, Texas 78550
(956) 421-5180/425-7200

---

1.    Copies of Mr. Roberts's valuation schedule report, and his curriculum vita are attached hereto, marked Exhibit "1" and incorporated herein by reference.

8.  Dr. Savvac Poulos
    And His Records Custodian
    1601 Treasure Hills Boulevard
    Harlingen, Texas 78550
    (956) 421-2663

9.  Dr. Cynthia Garcia
    And Her Records Custodian
    1205 N. Ed Carey Drive, Ste 2B
    Harlingen, Texas
    (956) 412-2200

10. Dr. Frank Morales
    Heart Clinic
    And Its Records Custodian
    Progresso, Mexico
    Phone Number Unknown

11. Dr. Jim Lowery
    And His Records Custodian
    636 N. Ed Carey Drive
    Harlingen, Texas 78550
    (956) 440-8704

The above health care providers may be called upon to testify as to the nature of the stress, mental anguish and emotional distress injuries suffered by the plaintiff, the health care rendered for the treatment, the dates of treatment, the various diagnostic tests and studies done, histories, evaluation and diagnosis of the injuries, the disability or incapacity caused the plaintiff, the reasonable and customary charges for such health care services, the amounts of the reasonable bills for health care services necessarily rendered for the treatment of such injuries and all other related aspects of health care as it may pertain to the plaintiff, the injuries plaintiff suffered and/or plaintiff's claim. The various opinions of these experts is reflected in the medical records involved in this action. In addition, x-rays, MRI films, CT-Scans, and other radiographic films and the medical records may be made available for defendants' inspection at the plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice. Moreover, the medical and health care expenses necessitated and caused by the injuries plaintiff has suffered are of a continuing nature. Accordingly, additional bills for health care services will be made available for defendants' inspection at plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice.

**ROBERTS'S DESIGNATION OF EXPERT WITNESSES**        Case No. B-01-34

Respectfully submitted,

**HUGO XAVIER DE LOS SANTOS**
**Attorney at Law & C.P.A.**

Date:   September 10, 2002

By: _____
      HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227      FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

ROBERTS'S DESIGNATION OF EXPERT WITNESSES          Case No. B-01-34

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of the PLAINTIFF JOHN OCIE ROBERTS'S DESIGNATION OF EXPERT WITNESSES on September 10, 2002, in a manner consistent with the Texas Rules of Civil Procedure as designated hereinbelow.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually and Inspector Sam Gutierrez, Individually, Defendants*:
c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:          U.S. Certified Mail, Return Receipt Requested
                   USPS Postal Receipt #7001 2510 0009 2698 2262

*La Feria Wrecker Service, Inc., Defendant*:
c/o Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method*:          U.S. Certified Mail, Return Receipt Requested
                   USPS Postal Receipt #7001 2510 0009 2698 2255

*Double A Wrecker Co., T & T Towing Service, T and T Wrecker Service, Defendant(s)*:
c/o Mr. Curtis Bonner, Esq.
P.O. Box 288
Harlingen, Texas 78551-0288

*Method*:          U.S. Certified Mail, Return Receipt Requested
                   USPS Postal Receipt #7001 2510 0009 2698 2248

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

                                        Date:   September 10, 2002

By: _____
     HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227     FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

*******************************************************************************

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS,** | § | Civil Action |
| Plaintiff | § | |
| | § | |
| **v.** | § | No. B-01-34 |
| | § | |
| **CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,** | § | |
| **INSPECTOR DAN SERNA, INDIVIDUALLY,** | § | |
| **INSPECTOR RUBEN MARES, INDIVIDUALLY,** | § | |
| **INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,** | § | |
| **LA FERIA WRECKER SERVICE,** | § | |
| **DOUBLE A WRECKER CO.,** | § | |
| **T & T TOWING SERVICE,** | § | |
| **T AND T WRECKER SERVICE,** | § | |
| **TIM WILKINSON IRON & METAL INC.,** | § | |
| Defendants | § | JURY |

### PLAINTIFF JOHN OCIE ROBERTS'S
### DESIGNATION OF EXPERT WITNESSES

# EXHIBIT "1"

## DAMAGES REPORT / FAIR MARKET
## VALUE SCHEDULE
## OF
## STOLEN ITEMS

## and

## CURRICULUM VITAE OF
## JOHN OCIE ROBERTS

# John Ocie Roberts

# The Bargain Barn -- Stolen Inventory

### 1726 North Commerce
### Harlingen, Texas

| Ref No. | Quan- tity | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 1 | 1 | 1966 International Bus | $15,000.00 | $15,000.00 |
| 2 | 1 | 1974 Dodge Box Van | $1,800.00 | $1,800.00 |
| 3 | 1 | 1974 Ford Wench Truck | $5,500.00 | $5,500.00 |
| 4 | 1 | 1962 Falcon Station Wagon | $3,500.00 | $15,000.00 |
| 5 | 1 | 1949 Chevy Cabover Wench Truck | $3,500.00 | $12,000.00 |
| 6 | 1 | 1974 Ford Car Carrier | $1,200.00 | $6,000.00 |
| 7 | 1 | 1972 Toyota Pickup | $1,200.00 | $2,500.00 |
| 8 | 1 | 1978 Plymouth | $2,500.00 | $2,500.00 |
| 9 | 1 | 1963 Ford T-Bird | $9,000.00 | $12,000.00 |
| 10 | 1 | 1969 Buick | $1,000.00 | $1,000.00 |
| 11 | 1 | 1950 Studebaker Pickup | $8,000.00 | $25,000.00 |
| 12 | 1 | 1948 Dodge Truck With Loader Frame | $4,500.00 | $4,500.00 |
| 13 | 1 | 1862 Church Bell | $20,000.00 | $20,000.00 |
| 14 | 1 | 15 Fishnets (Hoopnets) | $800.00 | $800.00 |
| 15 | 1 | 35 Truck (Semi) Tires | $40.00 | $1,400.00 |
| 16 | 1 | 1200 Pounds of Aluminum | Spot Price | |
| 17 | 1 | 2000 Pounds of Copper Wire | Spot Price | |
| 18 | 1 | 2 Metal Farm Gates (12-Foot) | $90.00 | $90.00 |
| 19 | 1 | 5 Wire Gates | $200.00 | $200.00 |
| 20 | 1 | 19 Antique Iron Farm Machinery Wheels | $200.00 | $3800.00 |
| 21 | 4 | Lightplants | $3,500.00 | $3,500.00 |
| 22 | 7 | Trailers | $7,500.00 | $7,500.00 |
| 23 | 1 | Tank Prototype Trailer | $10,000.00 | $10,000.00 |
| 24 | 2 | Highrise Electric Rig Up Machines | $20,000.00 | $20,000.00 |
| 25 | 2 | Boats and Trailers | $1,500.00 | $1,500.00 |
| 26 | 1 | Cadillac Cowboy Pickup | $3,500.00 | $3,500.00 |
| 27 | 3 | High Volume Blowers | $17,000.00 | $17,000.00 |
| 28 | 1 | Fleco Feller Buntcher | $10,000.00 | $10,000.00 |
| 29 | 1 | Fleco Blush Rake | $10,000.00 | $10,000.00 |
| 30 | 1 | Miscellaneous Farm Equipment | $2,500.00 | $2,500.00 |
| 31 | 1 | Truck Winchbed Complete | $3,500.00 | $3,500.00 |
| 32 | 1 | Steam Cleaner | $1,200.00 | $1,200.00 |
| 33 | 1 | Onan Air Cooled Diesel Engine | $2,400.00 | $2,400.00 |
| 34 | 2 | Toyota Diesel Engines | $1,200.00 | $1,200.00 |
| 35 | 1 | Misc. Gas Engines | $1,500.00 | $1,500.00 |
| 36 | 1 | 1964 Malibu Chevrolet | $3,500.00 | $3,500.00 |
| 37 | 1 | 1946 Ford Car | $3,500.00 | $3,500.00 |
| 38 | 1 | 1964 Chevrolet Pickup | $2,500.00 | $2,500.00 |
| 39 | 1 | 1979 Dodge Pickup | $800.00 | $800.00 |
| 40 | 12 | Antique Bathtubs | $3,600.00 | $3,600.00 |
| 41 | 1 | Lawn Mowers and Parts | $1,200.00 | $1,200.00 |
| 42 | 1 | Walk-in Cooler | $800.00 | $800.00 |
| 43 | 1 | Portable Car Sprayer | $500.00 | $500.00 |
| 44 | 1 | Portable Acoustic Sprayer | $750.00 | $750.00 |

John Ocie Roberts
Bargain Barn -- Stolen Inventory

| Quantity | | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 45 | 1 | Hydraulic Lift | $350.00 | $350.00 |
| 46 | 1 | Frontend Lift | $1,200.00 | $1,200.00 |
| 47 | 105 | Steel Forklift Racks | $21,000.00 | $21,000.00 |
| 48 | 1 | 1 Tiltbed Flat Trailer | $3,500.00 | $3,500.00 |
| 49 | 10 | Wire Forklift Baskets | $2,500.00 | $2,500.00 |
| 50 | 5 | Cyclone Fence Gates | $400.00 | $400.00 |
| 51 | 1 | Wisconsin Engine | $1,500.00 | $1,500.00 |
| 52 | 1 | Misc. Antique Corn Shellers & Iron Pieces | $800.00 | $800.00 |
| 53 | 2 | Complete Silver Ware Serving Sets | $5,000.00 | $5,000.00 |
| 54 | 6 | Bulldozer Points | $1,200.00 | $1,200.00 |
| 55 | 1 | 28 Ft. Shrimp Boat and Gray Trailer and Marine Motor | $25,000.00 | $25,000.00 |
| 56 | 1 | 1400 Ft. Chainlength Fence In Place | $8,400.00 | $8,400.00 |
| 57 | 1 | Antique Farm Machinery | | |
| 58 | 20 | Sweepstocks Circa 1920-1940 | $250.00 | $5,000.00 |
| 59 | 5 | Ford Cultivators 11 Point | $300.00 | $1,500.00 |
| 60 | 26 | 1945 Antique Kiddie Car Motor Turnstile-Tent and Rail | $20,000.00 | $20,000.00 |
| 61 | 20 | Antique Ice Saws (Cross-Cut) | $100.00 | $2,000.00 |
| 62 | 5 | Antique Cross Cut Saw | $150.00 | $750.00 |
| 63 | 1 | Antique 10 Ft. Flower Pot Ferris Wheel | $1,000.00 | $1,000.00 |
| 64 | 1 | Large Antique Bottle Collection consisting of many thousands of bottles collected on the King Ranch and other areas of Texas and Mexico, Including Two complete collections sold to me by other collectors | $20,000.00 | $25,000.00 |
| 65 | 1 | Collection of Antique Pewter Gate and Fence Ornaments | $1,000.00 | $1,000.00 |
| 66 | 1 | Complete Woodshop with Plainers, Saws and Knives | $10,000.00 | $10,000.00 |
| 67 | 18 | Antique Upright Scales | $7,200.00 | $7,200.00 |
| 68 | 25 | Antique Steel Beds | $5,000.00 | $5,000.00 |
| 69 | 9 | Antique Cider Press | $450.00 | $450.00 |
| 70 | 5 | Antique Corn Grinders | $50.00 | $250.00 |
| 71 | 300 | Collection of Deer Antlers, Collected from King Ranch | $75.00 | $22,500.00 |
| 72 | 5 | 100% Pure Silver Dinner Sets | $2,300.00 | $11,500.00 |
| 73 | 1 | Hundreds of Aztec Indian Artifacts and Thousands of Indian Arrowheads | $13,000.00 | $13,000.00 |
| 74 | 2 | Water Pump Windmills - Brand Aero Motor | $2,500.00 | $5,000.00 |
| 75 | 12 | High Volume Transfer Blowers | $1,200.00 | $14,400.00 |
| 76 | 1 | 1922 Slate Pool Table | $6,500.00 | $6,500.00 |
| 77 | 1 | Antique Parts to 1960 Edsel | $2,500.00 | $2,500.00 |
| 78 | 1 | 1917 Ford Car Model T | $5,000.00 | $5,000.00 |
| 79 | 1 | 1926 Ford Car Model TT | $3,000.00 | $3,000.00 |
| 80 | 1 | 1962 American Rambler Convertible | $2,500.00 | $2,500.00 |
| 81 | 1 | 1973 Buick Convertible | $2,500.00 | $2,500.00 |

John Ocie Roberts
Bargain Barn -- Stolen Inventory

| Quantity | | Description | Fair Market Value Each | Extended Total |
|------|------|------------------------------------|-----------|-----------|
| 82 | 1 | 1974 Cadillac Convertible | $2,500.00 | $2,500.00 |
| 83 | 1 | 1950 Desoto | $4,500.00 | $4,500.00 |
| 84 | 1 | 1956 Citereon Station Wagon | $3,500.00 | $3,500.00 |
| 85 | 1 | 1956 Crown Victoria Ford | $3,500.00 | $3,500.00 |
| 86 | 1 | 1956 Batman Boat and Trailer | $4,500.00 | $4,500.00 |
| 87 | 1 | 1-2 Plane Solar Tracker | $43,000.00 | $43,000.00 |
| 88 | 1 | Hundreds of Model A & Motel T Ford parts, fenders, motors, boxes, bolts, seats and doors | $8,500.00 | $8,500.00 |
| 89 | 1 | 1725 Stradivarius Violin in a fireproof container | $15,000.00 | $15,000.00 |
| 90 | 1 | Solar Kilm for Mesquite Lumbar | $7,500.00 | $7,500.00 |
| 91 | 28 | Antique Refrigerator on 29 Ft. Trailer | $200.00 | $5,600.00 |
| 92 | 1 | 29 Foot Trailer | $4,500.00 | $4,500.00 |
| 93 | 1 | Oilfield Prototype Tank Hauler that Pivots in the middle | $25,000.00 | $25,000.00 |
| 94 | 1 | Meadows Model A Sawmill with a 36" Blade | $8,500.00 | $8,500.00 |
| 95 | 1 | Tree Slasher with a 42" Blade | $12,000.00 | 12,000.00 |
| 96 | 1 | Vermeer Stump Grinder | $7,500.00 | $7,500.00 |
| 97 | 6 | Steamer Trunks (upright) | $400.00 | $$2,400.00 |
| 98 | 1 | Water Purification Plant (Navy Design) used by City of Harlingen to purify their water for many years | $2,500.00 | $2,500.00 |
| 99 | 1 | A-Frame to Fit Large Rig-up Oilfield Truck | $2,500.00 | $2,500.00 |
| 100 | | | | |
| 101 | 10 | Heavy Antique Cast Iron Bathtubs from year 1928 | $100.00 | $1,000.00 |
| 102 | 30 | Bathroom Sinks | $25.00 | $750.00 |
| 103 | 40 | Bath Commodes | $25.00 | $1,000.00 |
| 104 | 5 | Heavy Duty Towbars | $125.00 | $625.00 |
| 105 | 1 | Hydynamo Transmission Tester year 1900 | $4,500.00 | $4,500.00 |
| 106 | 5000 | Feet Antique Barbwire @ $1.00/ft, | $1.00 | $5,000.00 |
| 107 | 300 | Antique Cast Iron Window Weights | $150.00 | $4,500.00 |
| 108 | 50 | Antique Pine Panel Doors | $125.00 | $7,500.00 |
| 109 | 105 | Antique Wood-Glass Windows | $25.00 | $2,625.00 |
| 110 | 75 | Antique Steel Traps for Large Predators | $100.00 | $7,500.00 |
| 111 | 1 | Antique Bedpan Washer (one of a kind) | $2,500.00 | $2,500.00 |
| 112 | 1 | Marble Collection | $500.00 | $500.00 |
| 113 | 1 | Set of Heavy Duty Scales | $2,500.00 | $2,500.00 |
| 114 | 400 | Yards of Rock-Calishe Black Top | $10.00 | $4,000.00 |
| 115 | 1 | Steel Bander-Machine | $1,500.00 | $1,500.00 |
| 116 | 1 | Shrimping Equipment - Nets | $1,200.00 | 1,200.00 |
| 117 | 5 | Large Cement Fish Tanks and Motors | $400.00 | $2,000.00 |
| | TOTAL | | | $692,140.00 |

****************************************************************************

## JOHN OCIE ROBERTS

### GRADUATED HIGH SCHOOL
### 1954

1.    Basketball scholarship

2.    Several sports honors

1954        Attended Sam Houston State  - Basketball Scholarship

1954-1955    Attended Allen Military Academy
            Obtained Associate in Arts Degree

1955-1957    Attended Baylor University
            26 Hour Major - Speech Radio & Television

1951-1954    School Bus Driver
            Timber Industry

1954-1955    Sold Furniture
            Lab Tec International Rubber Co.

1955-1957    Waco, Texas
            Contract Refueling - James Connally A.F.B
            Assistant Field Manager for H. B. Zacary Refueling Division

1957-1959    Manager Contract Refueling
            Naval Airstation - Pensacola, Fla.

1959-1960    Contractor in Texas Timber Industry

1960-1962    School Teacher Rio Grande Valley

1962 -1969   District Manager 13 South Texas Counties for Fish and Wildlife Service.

1969-1976    King Ranch Incorp.  Kleberg County, Texas  As a Wildlife Manager
            King Ranch Incorp., Kleberg County, Texas  Observation Pilot

**BUSINESS RECORD**

1991-1997    Antique and Equipment Auction and Appraisal Service.

1948- 2000   Ranching

1958-2000    Heavy Equipment
             Special Hard to find parts and Equipment
             Logging Equipment
             Oilfield Equipment
             Farming Equipment
             Airplane Parts
             Antique Cars, Truck and Farm Tractor Equipment
             Household antiques
             All kinds of collectable
             Boats and Barges
             Real state many single family homes, 2 motels, 2 restaurants
             41 lots sub-division
             John Roberts sub-division, Raymondville, Texas
             12 Roberts International Tampico Mexico, - Land Clearing

**BUSINESS LOCATIONS**

             Timber Polk County, Texas
             Heavy Machinery Farm Machinery and Antiques, San Benito, Texas
             Motels, La Feria and Lyford, Texas
             Restaurants, San Benito and Raymondville, Texas
             Household items Antiques, Antiques Cars, Trucks, Antique Parts and Hard
             to find items, San Bentio, Raymondville, La Feria, Weslaco, Texas and 2
             locations fro Bargain Barn -South Commerce and 1726 North Commerce,
             Harlingen, Cameron County, Texas.
             Heavy Equipment Machinery, Tampico, Mexico

**AWARDS AND HONORS**

             Highschool Diploma
             Associate in Arts Degree
             Basketball Scholarship for College
             Interscholastic Awards
                 4 gold baseballs
                 2 silver basketballs
                 2 Gold Interscholastic medals
                 3 Silver interscholastic medals
                 All State Team member

Allen Military Academy
Honor Cadet officer
Appointment to West Point
Alternate appointment to the Annapolis Naval Academy
Teacher certificate
A certificate from Baylor University and the Southern Baptist connection to go into all the world and teach the gospel of our Lord and Savior Jesus Christ.