IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. B-01-34 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| et al., | § | |
| Defendants | § | |

**CITY DEFENDANTS' ORIGINAL ANSWER TO
T&T TOWING SERVICE'S CROSS ACTION**

May It Please The Court:

COMES NOW the CITY OF HARLINGEN, TEXAS, (hereafter "CITY DEFENDANT"), and hereby files this Original Answer to T&T Towing Service's Cross Action (hereafter "T&T Towing's Cross Action").

### I. ADMISSIONS & DENIAL

1. With regard to ¶1 of T&T Towing's Cross Action, there are no allegations to admit or deny on behalf of CITY DEFENDANT.

2. With regard to ¶2 of T&T Towing's Cross Action, there are no allegations to admit or deny on behalf of CITY DEFENDANT.

3. With regard to ¶3 of T&T Towing's Cross Action, CITY DEFENDANT denies the material factual characterizations and any legal conclusions contained in this paragraph.

4. With regard to ¶4 of T&T Towing's Cross Action, CITY DEFENDANT admits that Plaintiff attempted to obtain a default judgment against T&T, which was not granted.

5. With regard to ¶5 of T&T Towing's Cross Action, CITY DEFENDANT denies the material factual characterizations contained in this paragraph.

6. With regard to ¶6 of T&T Towing's Cross Action, CITY DEFENDANT does not have information sufficient to admit or deny.

## II. GENERAL DENIAL

CITY DEFENDANT hereby generally denies all material allegations contained in T&T Towing's Cross Action and calls upon cross Defendant T&T Towing Service to prove its allegations by a preponderance of the evidence, as required by the laws of the State of Texas and the Rules of this Court.

## III. AFFIRMATIVE DEFENSES

**Governmental Immunity**

CITY DEFENDANT hereby asserts the affirmative defense of government immunity from any and all claims and causes of action asserted by T&T Towing to the fullest extent allowed by law.

**Statutory Caps**

CITY DEFENDANT also assert as a defense the statutory caps on damages to the fullest extent applicable under Texas law.

**Notice Requirements**

CITY DEFENDANT also hereby pleads as a defense T&T Towing Service's failure to timely satisfy any and all applicable notice or other filing requirements imposed by state law and the City Charter, as a condition precedent to the Court's exercise of subject jurisdiction over this matter and the imposition of any liability.

**Statutory & Administrative Limitations**

CITY DEFENDANTS also hereby asserts the affirmative defense of any and all limitations periods applicable to any and all statutory causes of action asserted by T&T Towing, including any administrative limitations periods applicable to T&T Towing's claims imposed by law.

## CONCLUSION & PRAYER

THEREFORE, based on the foregoing General Denial and the Affirmative Defenses pleaded, CITY DEFENDANT hereby requests and prays that upon final hearing on this cause, any and all relief sought by Cross Defendant T&T Towing Service be denied and that Cross Defendant T&T Towing Service take nothing by this suit.

CITY DEFENDANT further requests and prays for any and all such other and further relief, at law or in equity, to which it may show itself justly entitled, including costs of court and attorney's fees.

SIGNED on the 12th day of September, 2002.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
State Bar No. 14829100
Federal ID NO. 5853
ROBERT DRINKARD
State Bar. No. 24007128
Federal ID No. 29288

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 12th day of September, 2002.

Mr. Curtis Bonner        **By CMRRR#: 7002 1000 0004 8591 0805**
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR CROSS DEFENDANT T&T TOWING SERVICE**


Mr. Michael R. Ezell     **By CMRRR#: 7002 1000 0004 8591 0799**
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR CROSS DEFENDANT LA FERIA WRECKER SERVICE**


Mr. Hugo Xavier De Los Santos
LAW OFFICE OF HUGO XAVIER DE LOS SANTOS
6800 Park Ten Blvd. Ste. 123-N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD