UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. B-01-34 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| et al., | § | |
| Defendants | § | |

CITY DEFENDANTS' ORIGINAL ANSWER TO
LA FERIA WRECKER SERVICE'S CROSS CLAIM

May It Please The Court:

COMES NOW the CITY OF HARLINGEN, TEXAS, (hereafter "CITY DEFENDANT"), and hereby files this Original Answer to La Feria Wrecker Service's Cross Action (hereafter "La Feria Wrecker's Cross Action").

I. ADMISSIONS & DENIAL

1. With regard to ¶1 of La Feria Wrecker's Cross Action, CITY DEFENDANT denies any legal conclusions contained in this paragraph regarding agency and does not have information sufficient to admit or deny material factual characterizations referenced therein.

2. With regard to ¶2 of La Feria Wrecker's Cross Action, CITY DEFENDANT denies the material factual characterizations and any legal conclusions contained in this paragraph.

3. With regard to ¶3 of La Feria Wrecker's Cross Action, CITY DEFENDANT denies any legal conclusions contained in this paragraph.

## II. GENERAL DENIAL

CITY DEFENDANT hereby generally denies all material allegations contained in La Feria Wrecker's Cross Action and calls upon Cross Defendant La Feria Wrecker Service to prove its allegations by a preponderance of the evidence, as required by the laws of the State of Texas and the Rules of this Court.

## III. AFFIRMATIVE DEFENSES

**Governmental Immunity**

CITY DEFENDANT hereby asserts the affirmative defense of government immunity from any and all claims and causes of action asserted by LaFeria Wrecker Service to the fullest extent allowed by law.

**Statutory Caps**

CITY DEFENDANT also assert as a defense the statutory caps on damages to the fullest extent applicable under Texas law.

**Notice Requirements**

CITY DEFENDANT also hereby pleads as a defense LaFeria Wrecker Service's failure to timely satisfy any and all applicable notice or other filing requirements imposed by state law and the City Charter, as a condition precedent to the Court's exercise of subject jurisdiction over this matter and the imposition of any liability.

**Statutory & Administrative Limitations**

CITY DEFENDANT also hereby asserts the affirmative defense of any and all limitations periods applicable to any and all statutory causes of action asserted by LaFeria Wrecker, including any administrative limitations periods applicable to LaFeria Wrecker's claims imposed by law.

## CONCLUSION & PRAYER

THEREFORE, based on the foregoing General Denial and the Affirmative Defenses pleaded, CITY DEFENDANT hereby requests and

prays that upon final hearing on this cause, any and all relief sought by Cross Defendant La Feria Wrecker Service be denied and that Cross Defendant La Feria Wrecker Service take nothing by this suit.

CITY DEFENDANT further requests and prays for any and all such other and further relief, at law or in equity, to which it may show itself justly entitled, including costs of court and attorney's fees.

SIGNED on the 12th day of September 2002.

                                  Respectfully submitted,

                                  **DENTON, NAVARRO & BERNAL**
                                  A Professional Corporation
                                  Bank of America Building
                                  222 East Van Buren, Suite 405
                                  Harlingen, Texas 78550
                                  956/421-4904
                                  956/421-3621 (Fax)

By: _____
        RICARDO J. NAVARRO
        State Bar No. 14829100
        Federal ID NO. 5853
        ROBERT DRINKARD
        State Bar. No. 24007128
        Federal ID No. 29288

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 12th day of September, 2002.

Mr. Michael R. Ezell              **By CMRRR#:** 7002 1000 0004 8591 0799
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878

Harlingen, Texas 78551
**COUNSEL FOR CROSS DEFENDANT LA FERIA WRECKER SERVICE**

Mr. Curtis Bonner                    **By CMRRR#: 7002 1000 0004 8591 0805**
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR CROSS DEFENDANT T&T TOWING SERVICE**


Mr. Hugo Xavier De Los Santos
LAW OFFICE OF HUGO XAVIER DE LOS SANTOS
6800 Park Ten Blvd. Ste. 123-N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD