58

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET.AL. | § | |
| Defendants | § | |

**CITY DEFENDANTS' MOTION TO STRIKE**
**PLAINTIFF'S DESIGNATION OF EXPERTS**

_____

MAY IT PLEASE THE COURT:

COMES NOW CITY OF HARLINGEN, TEXAS, INSPECTOR DAN SERNA, INSPECTOR RUBEN MARES, and INSPECTOR SAM GUTIERREZ (collectively "CITY DEFENDANTS"), in their Individual capacities, and file this their Motion to Strike Plaintiff's Designation of Experts and would show the Court as follows:

**I.**
**NATURE OF THE CASE**

This controversy arises out of the CITY OF HARLINGEN's (hereafter "CITY") enforcement of two environmental ordinances, one related to clean up of trash, debris, and rubbish (Chap. 93), and another related to clean up of junked vehicles (Chap. 94), after a fire devastated the structure on the lot in question.

Plaintiff, a lessee of the lot on which the fire occurred, and which was cleaned up under the direction of the Environmental Health Department of the CITY, contends that the CITY and several individual City employees deprived him of his

personal property in violation of his state and federal rights without due process of law.

## II.
### ARGUMENT & AUTHORITIES

On June 28, 2002, this Court signed a scheduling order governing all essential deadlines for the disposition of this case. See Order attached as Exhibit "A". All parties to this suit agreed on the order and signed such. The deadline for Plaintiff's expert designation was clearly set at September 10, 2002. The order specifically states that Plaintiff's experts will be named with a report furnished, by September 10.

On September 10, 2002, CITY DEFENDANTS received Plaintiff's Designation of Expert Witnesses. See Designation attached as Exhibit "B". Plaintiff's purported designation of expert witnesses does not comply with either the Federal Rules of Civil Procedure, or this Court's scheduling order.

The expert disclosure includes information about the testifying experts and their reports. The purpose of requiring a report from specially retained experts is to eliminate unfair surprise to the opposing party. *Sylla-Sawdon v. Uniroyal Goodrich Tire Co.*, 47 F.3d 277, 284 (8th Cir.1995).

The Federal Rules of Civil Procedure are clear regarding disclosure of experts and expert testimony. The disclosure for experts required under Rule 26(a)(2)(B) requires any designation of experts to be:

> "accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding

ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years."

Furthermore, such disclosures shall be made at the times and in the sequence directed by the court. Fed.R.Civ.P. 26(a)(2)(C). This Court unequivacally set the time and sequence for these disclosures in its scheduling order. All parties agreed to the dates set in the scheduling order. The deadline for such expert disclosure to be made by Plaintiff was set by this Court at September 10, 2002.

Plaintiff has failed to meet the deadline for these disclosures as required by this Court and the Federal Rules of Civil Procedure. As shown on Exhibit "B", Plaintiff submitted a list of names of his designated experts. Accompanying each such expert's name, Plaintiff submitted a brief synopsis regarding the general issues that each expert is expected to testify about. However, Plaintiff completely failed to disclose, by the required deadline, and in conformance with this Court's order and the Rules of Civil Procedure, all other items required to be disclosed.

First, Plaintiff did not submit a required expert report, for any of the experts designated. It is mandatory that any expert designation include appropriate signed, written expert reports. Fed.R.Civ.P. 26(a)(2)(B); *Gust v. Jones*, 162 F.3d 587, 592 (10thCir.1998). The deadline for Plaintiff to submit his expert reports has come and passed and Plaintiff failed to do so. Plaintiff's failure to submit his expert reports is in direct violation of this Court's order and the Federal Civil Rules of Civil Procedure.

Furthermore, Plaintiff failed entirely to disclose any of the other information from experts that is required by the Rules of Civil Procedure. In addition to the report, Plaintiff was required to, and failed to, disclose about each of his designated experts: a complete statement of all opinions to be expressed and the bases and reasons for them; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years. Fed.R.Civ.P. 26(a)(2)(B)

The disclosure of each of the above items by September 10, 2002, was mandatory. Plaintiff deliberately failed to do so. The court may preclude a party who fails to satisfy the disclosure requirements of Rule 26(a) from "us[ing] as evidence at a trial, at a hearing, or on a motion any witness or information not so disclosed." Given Plaintiff's inability to conform to this Court's scheduling order regarding expert disclosure, Plaintiff's entire expert designation should be stricken and Plaintiff should be precluded from calling any expert witnesses to testify in this action.

Also of particular importance, the Court has assigned a deadline of October 8, 2002 for CITY DEFENDANTS to submit their expert disclosures. However, given the fact that CITY DEFENDANTS presently have no expert reports from Plaintiff or any idea as to the specific opinions of Plaintiff's supposed experts, CITY DEFENDANTS are completely unable to meet the Court's deadline and designate their own experts. Plaintiff's

failure to abide by this Court's order and the Rules of Civil Procedure has made it impossible for Defendants to adequately comply with this Court's order regarding expert disclosure, thereby creating extreme hardship and surprise to Defendants. Further, due to the almost non-existent information supplied by Plaintiff with respect to expert disclosure, Defendants do not even have the necessary information to file a Daubert motion to strike Plaintiff's experts, should that be appropriate. This obviously creates a hardship and prejudices CITY DEFENDANTS in the defense of this case.

Therefore, should this Court decide not to strike Plaintiff's expert designation and preclude Plaintiff from calling experts, CITY DEFENDANTS would ask in the alternative that this Court grant CITY DEFENDANTS at least a month extension from the time Plaintiff actually complies with the Federal Rules requirements for expert disclosure, in order to designate their own experts.

### CONCLUSION & PRAYER

This Court's scheduling order clearly required Plaintiff to designate experts and reports by September 10, 2002. Plaintiff failed to submit any signed written expert reports by such date. The deadline for such designation was mandatory. Plaintiff further failed to disclose any other required information regarding designated experts, pursuant to the Federal Rules of Civil Procedure, the disclosure of such information also being mandatory by the September 10 date set by this Court.

This failure to abide by the Court's scheduling order and the Civil Rules of Civil Procedure require Plaintiff' designation of experts to be stricken in its entirety. Allowing Plaintiff to disclose this mandatory information after the strict deadline makes the scheduling order irrelevant and

prejudices the Defense with respect to its designation of experts and preparation for trial.

Thus CITY DEFENDANTS pray that Plaintiff's designation of experts be stricken in its entirety and that Plaintiff be precluded from calling any expert witnesses in this case. In the alternative, CITY DEFENDANTS pray that the Court grant them at least a month extension from the time Plaintiff complies with the Federal Rules regarding his expert disclosures, in order to designate their own experts. CITY DEFENDANTS also pray for such other and further relief to which they may show themselves justly entitled.

Signed on the _20th_ day of September, 2002.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT DRINKARD
State Bar No. 24007128
Fed. Dist. No. 29288

## CERTIFICATE OF CONFERENCE
## WITH RESPECT TO MOTION TO STRIKE
## PLAINTIFF'S DESIGNATION OF EXPERT

Counsel for CITY DEFENDANTS' hereby apprizes the Court that he has attempted in good faith to confer or attempted to confer with Plaintiff'S counsel regarding this issue. Counsel for Plaintiff has not been available or has not timely returned the calls, and presumably, is therefore opposed to this motion.

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 20th day of September, 2002.

Hugo Xavier De Los Santos      **By CMRRR#: 7002 1000 0004 8591 0881**
LAW OFFICE OF HUGO XAVIER DE LOS SANTOS
6800 Park Ten Blvd. Ste. 123-N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**


Mr. Michael R. Ezell
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR CROSS-DEFENDANT LA FERIA WRECKER SERVICE**

Mr. Curtis Bonner
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR CROSS-DEFENDANT T&T TOWING SERVICE**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

EXHIBIT" _A_ "

*plongss 43*

**UNITED STATES DISTRICT COURT**                    **SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| John Ocie Roberts | § |
| | § |
| *versus* | §    CIVIL ACTION B-01-34 |
| | § |
| City of Harlingen, Texas, et al | § |

United States District Court
Southern District of Texas
**ENTERED**

**JUN 2 8 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Scheduling Order

1.   Trial: Estimate time to try: 3-5 days.      ☐ Bench    ☒ Jury

2.   New parties must be joined by:      September 10, 2002
     *Furnish a copy of this scheduling order to new parties.*

3.   The Plaintiff's experts will be named with a report furnished by:    September 10, 2002

4.   The defendant's experts must be named with a report furnished    October 8, 2002
     within 30 days of the deposition of the plaintiff's expert.

5.   Discovery must be completed by:      October 30, 2002
     *Counsel may agree discovery beyond the deadline, but there will be no intervention by the court.*
     *No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The court will provide these dates**********************

6.   Dispositive Motions will be filed by:      *11/15/02*

7.   Joint pretrial order is due:      *1/22/03*

     The plaintiff is responsible for filing the pretrial order on time.

8.   Docket Call and final pretrial conference is set for 1:30 p.m. on:      *2/6/03*

9.   Jury Selection is set for 9:00 a.m. on:      *2/10/03*    *Calendared ND*

The case will remain on standby until tried.

Signed *June 28*, 2002, at Brownsville, Texas.



CIVIL NO: B:01-34

_____
Hilda G. Tagle
UNITED STATES DISTRICT JUDGE


_____
Hugo De Los Santos
Counsel for John Ocie Roberts

_____
Ricardo J. Navarro
Counsel for City of Harlingen, Texas


_____
Michael R. Ezell
Counsel for La Feria Wrecker Service

_____
Curtis Bonner
Counsel for T&T Towing Service

EXHIBIT" _B_ "



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>　　　　　　**Plaintiff** | §<br>§<br>§ | Civil Action |
| **v.** | §<br>§ | No. B-01-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,<br>INSPECTOR DAN SERNA, INDIVIDUALLY,<br>INSPECTOR RUBEN MARES, INDIVIDUALLY,<br>INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,<br>LA FERIA WRECKER SERVICE,<br>DOUBLE A WRECKER CO.,<br>T & T TOWING SERVICE,<br>T AND T WRECKER SERVICE,<br>TIM WILKINSON IRON & METAL INC.,<br>　　　　　　**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br><br><br>JURY |

## PLAINTIFF JOHN OCIE ROBERTS'S
## DESIGNATION OF EXPERT WITNESSES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, plaintiff JOHN OCIE ROBERTS, and submits the following initial list of potential testifying expert witnesses in this case, as follows:

The following list of potential testifying experts is based upon plaintiff's answers to defendant's discovery requests in this case, which have heretofore been served, and the same is submitted without prejudice to future supplementation and/or amendment of same:

*List of potential testifying expert witnesses*:

1. **JOHN OCIE ROBERTS**
   c/o 6800 Park Ten Blvd, Ste. 123-N
   San Antonio, Texas 78213
   (210) 736-4227

   Mr. Roberts is an expert in the business of buying, selling and restoring antiques and one-of-a-kind items, and in their valuation. Mr. Roberts has an opinion concerning the value of the inventories and assets, consisting largely of antiques and one-of-a-kind items that were taken from his business lot by the defendants without his consent. Specifically, Mr. Roberts has the opinion the items of personalty stolen by the defendants from him are set forth in the schedule report he has heretofore produced to the defendants. Mr. Roberts is further of the opinion that the fair market value of each item is also reflected in the attached schedule under the column entitled "fair market

value each". Mr. Roberts is further of the opinion that the total fair market value of the property stolen from him by the defendants is equal to $692,140.00 as of August 2000.[1]

2.    ROBERT BASFORD

Mr. Basford is an expert in the business of buying, selling and restoring heavy machinery, oil field equipment and logging equipment and other assets like those that were at Mr. Roberts' place of business which the defendants took without Mr. Roberts' consent, and in their valuation. Mr. Basford is believed to have an opinion concerning the value of the inventories and assets that were taken from Mr. Roberts' business lot by the defendants without Mr. Roberts' consent.

3.    ADELAIDO GONZALES
State Certified General Appraiser
302 E. Jackson, Suite 107
Harlingen, Texas 78550
(956) 412-1357

Mr. Gonzales is an expert in the appraisal and evaluation of properties and he is also an expert in evaluating lost profits of a business that has been damaged like Mr. Roberts' business was damaged by the wrongful taking of Mr. Roberts' property by the City of Harlingen and the other defendants in this action. Mr. Gonzales is expected to testify concerning Mr. Roberts' lost profits and the fair market value of the assets that were taken by the defendants from Mr. Roberts' place of business known as the Bargain Barn that was located at 1726 North Commerce Street, Harlingen, Texas.

4.    Dr. Robert Summerville
And His Records Custodian
712 N. 77 Sunshine Strip
Harlingen, Texas 78550
(956) 428-0757

5.    Dr. Miles (head surgeon)
And His Records Custodian

6.    Mercedes Medical Center
And Its Records Custodian
109 South Texas Boulevard
Mercedes, Texas 78570
(956) 514-1643

7.    Valley Diagnostic Clinic
And Its Records Custodian
2200 Haine Drive
Harlingen, Texas 78550
(956) 421-5180/425-7200



---

1.    Copies of Mr. Roberts's valuation schedule report, and his curriculum vita are attached hereto, marked Exhibit "1" and incorporated herein by reference.

8.   Dr. Savvac Poulos
     And His Records Custodian
     1601 Treasure Hills Boulevard
     Harlingen, Texas 78550
     (956) 421-2663

9.   Dr. Cynthia Garcia
     And Her Records Custodian
     1205 N. Ed Carey Drive, Ste 2B
     Harlingen, Texas
     (956) 412-2200

10.  Dr. Frank Morales
     Heart Clinic
     And Its Records Custodian
     Progresso, Mexico
     Phone Number Unknown

11.  Dr. Jim Lowery
     And His Records Custodian
     636 N. Ed Carey Drive
     Harlingen, Texas 78550
     (956) 440-8704

The above health care providers may be called upon to testify as to the nature of the stress, mental anguish and emotional distress injuries suffered by the plaintiff, the health care rendered for the treatment, the dates of treatment, the various diagnostic tests and studies done, histories, evaluation and diagnosis of the injuries, the disability or incapacity caused the plaintiff, the reasonable and customary charges for such health care services, the amounts of the reasonable bills for health care services necessarily rendered for the treatment of such injuries and all other related aspects of health care as it may pertain to the plaintiff, the injuries plaintiff suffered and/or plaintiff's claim.  The various opinions of these experts is reflected in the medical records involved in this action.  In addition, x-rays, MRI films, CT-Scans, and other radiographic films and the medical records may be made available for defendants' inspection at the plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice.  Moreover, the medical and health care expenses necessitated and caused by the injuries plaintiff has suffered are of a continuing nature.  Accordingly, additional bills for health care services will be made available for defendants' inspection at plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice.

**ROBERTS'S DESIGNATION OF EXPERT WITNESSES      Case No. B-01-34**

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date:   September 10, 2002

By: _____
      HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas   78213
(210) 736-4227      FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

ROBERTS'S DESIGNATION OF EXPERT WITNESSES        Case No. B-01-34

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of the PLAINTIFF JOHN OCIE ROBERTS'S DESIGNATION OF EXPERT WITNESSES on September 10, 2002, in a manner consistent with the Texas Rules of Civil Procedure as designated hereinbelow.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually and Inspector Sam Gutierrez, Individually, Defendants*:
c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:        U.S. Certified Mail, Return Receipt Requested
               USPS Postal Receipt #7001 2510 0009 2698 2262

*La Feria Wrecker Service, Inc., Defendant*:
c/o Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method*:        U.S. Certified Mail, Return Receipt Requested
               USPS Postal Receipt #7001 2510 0009 2698 2255

*Double A Wrecker Co., T & T Towing Service, T and T Wrecker Service, Defendant(s)*:
c/o Mr. Curtis Bonner, Esq.
P.O. Box 288
Harlingen, Texas 78551-0288

*Method*:        U.S. Certified Mail, Return Receipt Requested
               USPS Postal Receipt #7001 2510 0009 2698 2248

Respectfully submitted,

**HUGO XAVIER DE LOS SANTOS**
**Attorney at Law & C.P.A.**

COPY          Date:   September 10, 2002

By:   _____
      HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas   78213
(210) 736-4227        FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

*****************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>　　　　　　Plaintiff | §<br>§<br>§ | Civil Action |
| **v.** | §<br>§ | No. B-01-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,<br>INSPECTOR DAN SERNA, INDIVIDUALLY,<br>INSPECTOR RUBEN MARES, INDIVIDUALLY,<br>INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,<br>LA FERIA WRECKER SERVICE,<br>DOUBLE A WRECKER CO.,<br>T & T TOWING SERVICE,<br>T AND T WRECKER SERVICE,<br>TIM WILKINSON IRON & METAL INC.,<br>　　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br><br><br>JURY |

**PLAINTIFF JOHN OCIE ROBERTS'S
DESIGNATION OF EXPERT WITNESSES**

# EXHIBIT "1"

## DAMAGES REPORT / FAIR MARKET
## VALUE SCHEDULE
## OF
## STOLEN ITEMS

## and

## CURRICULUM VITAE OF
## JOHN OCIE ROBERTS

# John Ocie Roberts

## The Bargain Barn -- Stolen Inventory

### 1726 North Commerce
### Harlingen, Texas

| Ref No. | Quantity | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 1 | 1 | 1966 International Bus | $15,000.00 | $15,000.00 |
| 2 | 1 | 1974 Dodge Box Van | $1,800.00 | $1,800.00 |
| 3 | 1 | 1974 Ford Wench Truck | $5,500.00 | $5,500.00 |
| 4 | 1 | 1962 Falcon Station Wagon | $3,500.00 | $15,000.00 |
| 5 | 1 | 1949 Chevy Cabover Wench Truck | $3,500.00 | $12,000.00 |
| 6 | 1 | 1974 Ford Car Carrier | $1,200.00 | $6,000.00 |
| 7 | 1 | 1972 Toyota Pickup | $1,200.00 | $2,500.00 |
| 8 | 1 | 1978 Plymouth | $2,500.00 | $2,500.00 |
| 9 | 1 | 1963 Ford T-Bird | $9,000.00 | $12,000.00 |
| 10 | 1 | 1969 Buick | $1,000.00 | $1,000.00 |
| 11 | 1 | 1950 Studebaker Pickup | $8,000.00 | $25,000.00 |
| 12 | 1 | 1948 Dodge Truck With Loader Frame | $4,500.00 | $4,500.00 |
| 13 | 1 | 1862 Church Bell | $20,000.00 | $20,000.00 |
| 14 | 1 | 15 Fishnets (Hoopnets) | $800.00 | $800.00 |
| 15 | 1 | 35 Truck (Semi) Tires | $40.00 | $1,400.00 |
| 16 | 1 | 1200 Pounds of Aluminum | Spot Price | |
| 17 | 1 | 2000 Pounds of Copper Wire | Spot Price | |
| 18 | 1 | 2 Metal Farm Gates (12-Foot) | $90.00 | $90.00 |
| 19 | 1 | 5 Wire Gates | $200.00 | $200.00 |
| 20 | 1 | 19 Antique Iron Farm Machinery Wheels | $200.00 | $3800.00 |
| 21 | 4 | Lightplants | $3,500.00 | $3,500.00 |
| 22 | 7 | Trailers | $7,500.00 | $7,500.00 |
| 23 | 1 | Tank Prototype Trailer | $10,000.00 | $10,000.00 |
| 24 | 2 | Highrise Electric Rig Up Machines | $20,000.00 | $20,000.00 |
| 25 | 2 | Boats and Trailers | $1,500.00 | $1,500.00 |
| 26 | 1 | Cadillac Cowboy Pickup | $3,500.00 | $3,500.00 |
| 27 | 3 | High Volume Blowers | $17,000.00 | $17,000.00 |
| 28 | 1 | Fleco Feller Buntcher | $10,000.00 | $10,000.00 |
| 29 | 1 | Fleco Blush Rake | $10,000.00 | $10,000.00 |
| 30 | 1 | Miscellaneous Farm Equipment | $2,500.00 | $2,500.00 |
| 31 | 1 | Truck Winchbed Complete | $3,500.00 | $3,500.00 |
| 32 | 1 | Steam Cleaner | $1,200.00 | $1,200.00 |
| 33 | 1 | Onan Air Cooled Diesel Engine | $2,400.00 | $2,400.00 |
| 34 | 2 | Toyota Diesel Engines | $1,200.00 | $1,200.00 |
| 35 | 1 | Misc. Gas Engines | $1,500.00 | $1,500.00 |
| 36 | 1 | 1964 Malibu Chevrolet | $3,500.00 | $3,500.00 |
| 37 | 1 | 1946 Ford Car | $3,500.00 | $3,500.00 |
| 38 | 1 | 1964 Chevrolet Pickup | $2,500.00 | $2,500.00 |
| 39 | 1 | 1979 Dodge Pickup | $800.00 | $800.00 |
| 40 | 12 | Antique Bathtubs | $3,600.00 | $3,600.00 |
| 41 | 1 | Lawn Mowers and Parts | $1,200.00 | $1,200.00 |
| 42 | 1 | Walk-in Cooler | $800.00 | $800.00 |
| 43 | 1 | Portable Car Sprayer | $500.00 | $500.00 |
| 44 | 1 | Portable Acoustic Sprayer | $750.00 | $750.00 |

John Ocie Roberts
Bargain Barn -- Stolen Inventory

| Quantity | | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 45 | 1 | Hydraulic Lift | $350.00 | $350.00 |
| 46 | 1 | Frontend Lift | $1,200.00 | $1,200.00 |
| 47 | 105 | Steel Forklift Racks | $21,000.00 | $21,000.00 |
| 48 | 1 | 1 Tiltbed Flat Trailer | $3,500.00 | $3,500.00 |
| 49 | 10 | Wire Forklift Baskets | $2,500.00 | $2,500.00 |
| 50 | 5 | Cyclone Fence Gates | $400.00 | $400.00 |
| 51 | 1 | Wisconsin Engine | $1,500.00 | $1,500.00 |
| 52 | 1 | Misc. Antique Corn Shellers & Iron Pieces | $800.00 | $800.00 |
| 53 | 2 | Complete Silver Ware Serving Sets | $5,000.00 | $5,000.00 |
| 54 | 6 | Bulldozer Points | $1,200.00 | $1,200.00 |
| 55 | 1 | 28 Ft. Shrimp Boat and Gray Trailer and Marine Motor | $25,000.00 | $25,000.00 |
| 56 | 1 | 1400 Ft. Chainlength Fence In Place | $8,400.00 | $8,400.00 |
| 57 | 1 | Antique Farm Machinery | | |
| 58 | 20 | Sweepstocks Circa 1920-1940 | $250.00 | $5,000.00 |
| 59 | 5 | Ford Cultivators 11 Point | $300.00 | $1,500.00 |
| 60 | 26 | 1945 Antique Kiddie Car Motor Turnstile-Tent and Rail | $20,000.00 | $20,000.00 |
| 61 | 20 | Antique Ice Saws (Cross-Cut) | $100.00 | $2,000.00 |
| 62 | 5 | Antique Cross Cut Saw | $150.00 | $750.00 |
| 63 | 1 | Antique 10 Ft. Flower Pot Ferris Wheel | $1,000.00 | $1,000.00 |
| 64 | 1 | Large Antique Bottle Collection consisting of many thousands of bottles collected on the King Ranch and other areas of Texas and Mexico, Including Two complete collections sold to me by other collectors | $20,000.00 | $25,000.00 |
| 65 | 1 | Collection of Antique Pewter Gate and Fence Ornaments | $1,000.00 | $1,000.00 |
| 66 | 1 | Complete Woodshop with Plainers, Saws and Knives | $10,000.00 | $10,000.00 |
| 67 | 18 | Antique Upright Scales | $7,200.00 | $7,200.00 |
| 68 | 25 | Antique Steel Beds | $5,000.00 | $5,000.00 |
| 69 | 9 | Antique Cider Press | $450.00 | $450.00 |
| 70 | 5 | Antique Corn Grinders | $50.00 | $250.00 |
| 71 | 300 | Collection of Deer Antlers, Collected from King Ranch | $75.00 | $22,500.00 |
| 72 | 5 | 100% Pure Silver Dinner Sets | $2,300.00 | $11,500.00 |
| 73 | 1 | Hundreds of Aztec Indian Artifacts and Thousands of Indian Arrowheads | $13,000.00 | $13,000.00 |
| 74 | 2 | Water Pump Windmills - Brand Aero Motor | $2,500.00 | $5,000.00 |
| 75 | 12 | High Volume Transfer Blowers | $1,200.00 | $14,400.00 |
| 76 | 1 | 1922 Slate Pool Table | $6,500.00 | $6,500.00 |
| 77 | 1 | Antique Parts to 1960 Edsel | $2,500.00 | $2,500.00 |
| 78 | 1 | 1917 Ford Car Model T | $5,000.00 | $5,000.00 |
| 79 | 1 | 1926 Ford Car Model TT | $3,000.00 | $3,000.00 |
| 80 | 1 | 1962 American Rambler Convertible | $2,500.00 | $2,500.00 |
| 81 | 1 | 1973 Buick Convertible | $2,500.00 | $2,500.00 |

John Ocie Roberts
Bargain Barn -- Stolen Inventory

| Quantity | | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 82 | 1 | 1974 Cadillac Convertible | $2,500.00 | $2,500.00 |
| 83 | 1 | 1950 Desoto | $4,500.00 | $4,500.00 |
| 84 | 1 | 1956 Citereon Station Wagon | $3,500.00 | $3,500.00 |
| 85 | 1 | 1956 Crown Victoria Ford | $3,500.00 | $3,500.00 |
| 86 | 1 | 1956 Batman Boat and Trailer | $4,500.00 | $4,500.00 |
| 87 | 1 | 1-2 Plane Solar Tracker | $43,000.00 | $43,000.00 |
| 88 | 1 | Hundreds of Model A & Motel T Ford parts, fenders, motors, boxes, bolts, seats and doors | $8,500.00 | $8,500.00 |
| 89 | 1 | 1725 Stradivarius Violin in a fireproof container | $15,000.00 | $15,000.00 |
| 90 | 1 | Solar Kilm for Mesquite Lumbar | $7,500.00 | $7,500.00 |
| 91 | 28 | Antique Refrigerator on 29 Ft. Trailer | $200.00 | $5,600.00 |
| 92 | 1 | 29 Foot Trailer | $4,500.00 | $4,500.00 |
| 93 | 1 | Oilfield Prototype Tank Hauler that Pivots in the middle | $25,000.00 | $25,000.00 |
| 94 | 1 | Meadows Model A Sawmill with a 36" Blade | $8,500.00 | $8,500.00 |
| 95 | 1 | Tree Slasher with a 42" Blade | $12,000.00 | 12,000.00 |
| 96 | 1 | Vermeer Stump Grinder | $7,500.00 | $7,500.00 |
| 97 | 6 | Steamer Trunks (upright) | $400.00 | $$2,400.00 |
| 98 | 1 | Water Purification Plant (Navy Design) used by City of Harlingen to purify their water for many years | $2,500.00 | $2,500.00 |
| 99 | 1 | A-Frame to Fit Large Rig-up | | |
| 100 | | Oilfield Truck | $2,500.00 | $2,500.00 |
| 101 | 10 | Heavy Antique Cast Iron Bathtubs from year 1928 | $100.00 | $1,000.00 |
| 102 | 30 | Bathroom Sinks | $25.00 | $750.00 |
| 103 | 40 | Bath Commodes | $25.00 | $1,000.00 |
| 104 | 5 | Heavy Duty Towbars | $125.00 | $625.00 |
| 105 | 1 | Hydynamo Transmission Tester year 1900 | $4,500.00 | $4,500.00 |
| 106 | 5000 | Feet Antique Barbwire @ $1.00/ft, | $1.00 | $5,000.00 |
| 107 | 300 | Antique Cast Iron Window Weights | $150.00 | $4,500.00 |
| 108 | 50 | Antique Pine Panel Doors | $125.00 | $7,500.00 |
| 109 | 105 | Antique Wood-Glass Windows | $25.00 | $2,625.00 |
| 110 | 75 | Antique Steel Traps for Large Predators | $100.00 | $7,500.00 |
| 111 | 1 | Antique Bedpan Washer (one of a kind) | $2,500.00 | $2,500.00 |
| 112 | 1 | Marble Collection | $500.00 | $500.00 |
| 113 | 1 | Set of Heavy Duty Scales | $2,500.00 | $2,500.00 |
| 114 | 400 | Yards of Rock-Calishe Black Top | $10.00 | $4,000.00 |
| 115 | 1 | Steel Bander-Machine | $1,500.00 | $1,500.00 |
| 116 | 1 | Shrimping Equipment - Nets | $1,200.00 | 1,200.00 |
| 117 | 5 | Large Cement Fish Tanks and Motors | $400.00 | $2,000.00 |
| | | TOTAL | | $692,140.00 |

*****************************************************************************

## JOHN OCIE ROBERTS

## GRADUATED HIGH SCHOOL
### 1954

1.     Basketball scholarship

2.     Several sports honors

1954          Attended Sam Houston State  - Basketball Scholarship

1954-1955     Attended Allen Military Academy
              Obtained Associate in Arts Degree

1955-1957     Attended Baylor University
              26 Hour Major - Speech Radio & Television

1951-1954     School Bus Driver
              Timber Industry

1954-1955     Sold Furniture
              Lab Tec International Rubber Co.

1955- 1957    Waco, Texas
              Contract Refueling - James Connally A.F.B
              Assistant Field Manager for H. B. Zacary Refueling Division

1957-1959     Manager Contract Refueling
              Naval Airstation - Pensacola, Fla.

1959-1960     Contractor in Texas Timber Industry

1960- 1962    School Teacher Rio Grande Valley

1962 -1969    District Manager 13 South Texas Counties for Fish and Wildlife Service.

1969-1976     King Ranch Incorp.  Kleberg County, Texas  As a Wildlife Manager
              King Ranch Incorp., Kleberg County, Texas  Observation Pilot

**BUSINESS RECORD**

1991-1997   Antique and Equipment Auction and Appraisal Service.

1948- 2000   Ranching

1958-2000   Heavy Equipment
Special Hard to find parts and Equipment
Logging Equipment
Oilfield Equipment
Farming Equipment
Airplane Parts
Antique Cars, Truck and Farm Tractor Equipment
Household antiques
All kinds of collectable
Boats and Barges
Real state many single family homes, 2 motels, 2 restaurants
41 lots sub-division
John Roberts sub-division, Raymondville, Texas
12 Roberts International Tampico Mexico, - Land Clearing

**BUSINESS LOCATIONS**

Timber Polk County, Texas
Heavy Machinery Farm Machinery and Antiques, San Benito, Texas
Motels, La Feria and Lyford, Texas
Restaurants, San Benito and Raymondville, Texas
Household items Antiques, Antiques Cars, Trucks, Antique Parts and Hard
to find items, San Bentio, Raymondville, La Feria, Weslaco, Texas and 2
locations fro Bargain Barn -South Commerce and 1726 North Commerce,
Harlingen, Cameron County, Texas.
Heavy Equipment Machinery, Tampico, Mexico

**AWARDS AND HONORS**

Highschool Diploma
Associate In Arts Degree
Basketball Scholarship for College
Interscholastic Awards
　　4 gold baseballs
　　2 silver basketballs
　　2 Gold Interscholastic medals
　　3 Silver interscholastic medals
　　All State Team member

Allen Military Academy
    Honor Cadet officer
    Appointment to West Point
    Alternate appointment to the Annapolis Naval Academy
Teacher certificate
    A certificate from Baylor University and the Southern Baptist connection to go into all the world and teach the gospel of our Lord and Savior Jesus Christ.