*59*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

**OCT 0 7 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROY RODRIGUEZ | : | |
| | : | DIVISION <u>BROWNSVILLE</u> |
| VS. | : | CASE NO. <u>B-01-34</u> |
| | : | |
| JLG INDUSTRIES, INC., AND | : | |
| RENTAL INDUSTRIES, INC., | : | |
| AND RENTAL SERVICE CORPORATION | : | |

**ADR METHOD:**      Mediation      X          Arbitration          _____
                     Mini – trail   _____     Summary Jury Trial   _____

**TYPE OF CASE:** _____

1.  Please check one of the following:
    The case referred to ADR settled _____          or did not settle  ☑  .

2.  My total fee and expenses were: $ <u>475.00 PER PARTY (TWO PARTIES)</u>_____.
    **(if you had no fee and expenses, please indicate if the case settled before
    ADR, OR if the ADR processing was conducted on a no-fee basis pursuant
    to order of the court or agreement of the parties.)**

    _____
    _____

3.  Please list names, address and telephone numbers of all parties and all counsel
    of record:

Ricardo M. Adobbati                      FACSIMILE:  956/544-6883
LAW OFFICE OF RICARDO M. ADOBBATI        PHONE:  956/544-6882
134 East Price Rd.
Brownsville, Texas 78521

Kyle M. Rowley                           FACSIMILE:  713/751-0057
HOLLOWAY & ROWLEY, P.C.                  PHONE:  713/751-0055
1415 Louisiana,  Suite 2550
Houston, Texas 77002

Date: <u>October 3, 2002</u>

**ADR PROVIDER**
**Name: <u>Leo C. Salzman</u>**

Signature: *Leo C Salzman*

SDTX-ADR.5