60

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 8 2002

Micheal N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN, ET.AL. | § | |

### T & T TOWING SERVICE'S DESIGNATION OF EXPERT WITNESS

TO THE HONORABLE HILDA G. TAGLE:

    COMES NOW Jose Antonio Garcia, DBA T & T Towing Service, (hereafter T & T) a defendant in this matter and files this his initial list of potential testifying expert witness in this case, all as follows:

    The following list of testifying expert is based upon answers to discovery requests in this matter, which have heretofore been served, and the scheduling order entered by the Court. Defendant submits same without prejudice to future supplementation and/or amendment of same:

    List of potential testifying expert witness:

        Curtis Bonner
        Bonner & Bonner
        Post Office Box 288
        Harlingen, Texas 78551
        Telephone: (956) 423-9152
        Facsimile: (956) 428-0671

    Curtis Bonner is an attorney licensed to practice law in Texas and is admitted to practice before the United States District Court for Southern District of Texas, along with other courts. He will express an opinion as to the attorney's fees incurred in this matter on behalf of Defendant T & T. It is Mr. Bonner's opinion that the hourly fee being charged T & T of $200.00 per hour is reasonable, usual, customary reasonable and necessary for the representation of T & T in this matter. Mr. Bonner's Curriculum Vitae is attached as Exhibit A. Attached as Exhibit B is a report by Mr. Bonner in regard to his opinion in regard to this matter.

Dated: October 8, 2002.

                                    Respectfully submitted,

                                    BONNER & BONNER
                                    Attorneys for T & T Towing Service
                                    Post Office Box 288
                                    Harlingen, Texas 78551
                                    Telephone: (956) 423-9152
                                    Facsimile: (956) 428-0671

                                    By _____
                                    Curtis Bonner
                                    Fed ID No. 1177
                                    S.B.# 02611000

## CERTIFICATE OF SERVICE

      A true and correct copy of the above and foregoing was mailed by certified mail, return receipt requested to Mr. Hugo Xavier De Los Santos, Esq., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213 and to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804, attorney for the City of Harlingen, Texas and by regular mail to Mr. Michael R. Ezell, P. O. Box 2878, Harlingen, Texas 78551-2878 on October 8, 2002

                                    _____
                                    Curtis Bonner

## BONNER & BONNER
ATTORNEYS AT LAW
103 S. THIRD STREET
P. O. BOX 288
HARLINGEN, TEXAS 78551

NEAL BONNER (1927-1990)
CURTIS BONNER

RESUME

PHONE 956 - 423-9152
FAX 956 - 428-0671

# CURTIS BONNER

### Education:

Bachelors of Business Administration in Accounting - University of Texas at Austin in 1967

Doctor of Jurisprudence from St. Mary's University School of Law in 1969

### Experience:

I have been engaged since graduating from St. Mary's in the practice of law in Harlingen, Texas; first as an employee then as a partner and finally as a sole practitioner.

I have represented clients in cases involving contract disputes, collection suits, probate matters, landlord-tenant suits, D.T.P.A. cases, criminal cases, personal injury actions, family law, bankruptcy and land title disputes.

I am admitted to practice before all Courts of the State of Texas and in the U.S. District Courts for the Northern and Southern Districts of Texas and the U.S. Court of Appeals for the 5th Circuit. I have represented clients in municipal courts, justice of the peace courts, county courts, county courts at law, state district courts, Courts of Civil Appeals, Texas Supreme Court and Texas Court of Criminal Appeals.

I have also represented clients in U.S. District Court in the Southern and Northern Districts of Texas; U.S. Bankruptcy Courts in the Southern and Western Districts of Texas and the U.S. Court of Appeals for the 5th Circuit.

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN, ET.AL. | | |

### REPORT OF CURTIS BONNER IN REGARD TO ATTORNEY'S FEES

     I was engaged by defendant, T & T in this matter to represent him in this matter after having received notice of a motion of plaintiff for default judgment. I agreed to represent defendant for an hourly fee of $200 plus reimbursement of any out of pocket costs incurred herein. It is my opinion that this fee is usual, reasonable customary and necessary in order to represent the rights of T & T herein. Fees have been incurred from the beginning of the representation. Should this case be tried I would not be surprised to see fees incurred in representing T & T to exceed $25,000.00 through the trial of this case. In the event of an appeal to the Fifth Circuit I estimate another $7,500 will be incurred in fees with additional fees if application for writ is made to the U. S. Supreme Court.
Dated: October 8, 2002.

Respectfully submitted,

*Curtis Bonner*
Curtis Bonner
State Bar No. 02611000
Federal I.D. 1177


EXHIBIT B