UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § § | |
| vs. | § § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN, ET.AL. | | |

## LA FERIA WRECKER SERVICE'S MOTION TO STRIKE PLAINTIFF'S DESIGNATION OF EXPERTS

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW Defendant, La Feria Wrecker Service hereafter referred to as ("La Feria Wrecker ") a defendant in this matter and files this its Motion to Strike Plaintiff's Designation of Experts and for such would show unto the Court as follows:

La Feria Wrecker adopts the City Defendant's Motion to Strike Plaintiff's Designation of Experts filed herein by the City of Harlingen and its employees (City Defendants). La Feria Wrecker incorporates herein such Motion by reference. La Feria Wrecker asserts that Plaintiff's Experts should be struck and Plaintiff should be precluded from calling any expert witnesses in this case for all those reasons set forth in the City Defendants' Motion. Further that this defendant should be granted at least a month extension from the time Plaintiff complies with the Federal Rules regarding his expert disclosures, in order to designate his experts or such time as the Court might allow.

WHEREFORE, La Feria Wrecker prays that the Motion to Strike Plaintiff's Designation of Experts be granted.

Dated: October 8, 2002.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

Michael R. Ezell
State Bar No. 06764200
Fed. ID 2250

**ATTORNEY FOR DEFENDANT,
LA FERIA WRECKER SERVICE**

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to:

Mr. Hugo Xavier De Los Santos, Esq., C.P.A.
Attorney for Plaintiff
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
**Attorney for Plaintiff, John Ocie Roberts**
CM-RRR:    7002 0510 0004 1777 4906

and by 1st class U.S. mail to:

Mr. Ricardo J. Navarro
222 East Van Buren, Suite 405
Harlingen, Texas 78550-6804
**Attorney for the City of Harlingen, Texas**

Mr. Curtis Bonner
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**Attorney for T & T Towing Service, Defendant**

Michael R. Ezell