6 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, TEXAS, ET. AL. | § | |

## DEFENDANT LA FERIA WRECKER SERVICE
## DESIGNATION OF EXPERT WITNESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Defendant, La Feria Wrecker Service and submits the following initial list of potential testifying expert witness in this case, as follows:

The following list of testifying expert is based upon Defendant's answers to Plaintiff's discovery requests in this case, which have heretofore been served, and the same is submitted without prejudice to future supplementation and/or amendment of same:

*List of potential testifying expert witness:*

1.  Michael R. Ezell
    **LAW OFFICE OF MICHAEL R. EZELL**
    312 E. Van Buren
    P. O. Box 2878
    Harlingen, Texas 78551
    Telephone:   (956) 425-2000
    Facsimile:   (956) 421-4258

    Mr. Ezell is an attorney licensed to practice law in Texas and will express an opinion as to the attorney's fees incurred by and claimed by La Feria Wrecker Service in this cause. Specifically, Mr. Ezell will testify that $180.00 an hour is reasonable, necessary and customary attorney's fee for representation of a Defendant in a case such as this. Attached hereto as Exhibit "A" is a resume of Mr. Ezell. Attached hereto as Exhibit "B" is a report signed by Mr. Ezell in regard to his opinion in regard to this matter.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

By: _____
MICHAEL R. EZELL
State Bar No.: 06764200
Federal I.D. 2250

**Attorney for La Feria Wrecker Service**

**CERTIFICATE OF SERVICE**

I hereby by certify that a true and correct copy of the above was this the 8th day of October, 2002, to the following:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FACSIMILE TO:**
Hugo Xavier De Los Santos
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213-4286,
Attorney for Plaintiff

**FIRST CLASS MAIL DELIVERY TO:**
Mr. Ricardo J. Navarro
222 East Van Buren, #405
Harlingen, Texas 78550-6804
Attorney for City of Harlingen

Mr. Curtis Bonner
BONNER & BONNER
P. O. Box 288
Harlingen, Texas 78551
Attorneys for Jose A. Garcia

_____
MICHAEL R. EZELL

**MICHAEL R. EZELL**
Attorney At Law
Post Office Box 2878
312 E. Van Buren
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258
Email: mikerezell@yahoo.com

**Experience:** 2001-Present, Michael R. Ezell, Attorney at Law
1974-2000, Partner-Koppel, Ezell, Jackson & Kimball, L.L.P. Attorneys at Law (or its predecessor firms)
Board Certified-Texas State Board of Legal Specialization -Residential and Commercial Real Estate Law

1967-1971: Captain, U.S. Air Force

**Licensed:** 1974, Texas and Federal Courts

**Education:** Southwest Texas State University, San Marcos, Texas (B.S. Chemistry 1967); St. Mary's University, San Antonio, Texas (M.A. Economics, 1970); St. Mary's University, San Antonio, Texas (J.D., 1974)

**Personal Data:** Married to Sharron, 3 children

**Civic Involvement:** St. Alban's Episcopal Church -Senior Warden 2001 and 2002, Vestry Member, 1996-1998, 2000-2002, Chancellor, 1999.
1994-1995 President, Harlingen Rotary Club.
1984-1986 President, Arroyo Youth Soccer Club, Inc.

**Associations:** Cameron County Bar, State Bar of Texas, American Bar Association, Texas Association of Bank Counsel,
Fellow of the Texas Bar Foundation Bar of Texas,
Member of the College of the State Bar of Texas,
United Way of Northern Cameron County, Budget and Admissions Committee; Team Captain - Attorneys 2000-2002


EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOHN OCIE ROBERTS § § | |
| vs. § § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, TEXAS, § ET. AL. | |

**REPORT OF MICHAEL R. EZELL IN REGARD TO ATTORNEY'S FEES**

It is my opinion that $180.00 an hour is reasonable, necessary and customary attorney's fees to be charged by an attorney practicing law in Cameron County, Texas, for representation of a Defendant such as La Feria Wrecker Service, Inc. in a case such as the above-entitled and numbered cause. As of September 26, 2002, I have expended 27.1 hours in this representation and submitted invoices to La Feria Wrecker Service for a total of $5,049.16 including expenses. These fees will be continued to be incurred through the trial and if necessary, appeal of this cause. In all reasonable probability, La Feria Wrecker Service will reasonably and necessary incur attorney's fees of at least $25,000.00 through the trial of this case, $7,500.00 in the event of an appeal to the Court of Appeals and $2,500.00 in the event of a Petition for Writ of Certiorari to the United State Supreme Court.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:    (956) 421-4258

By: _____
**MICHAEL R. EZELL**
State Bar No.: 06764200
Federal I.D. 2250