**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

OCT 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § | |
| | § | |
| vs. | § | |
| | § | **CIVIL ACTION NO. B-01-034** |
| **CITY OF HARLINGEN, TEXAS, ET. AL.** | § | |

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES
AND PRODUCTION OF DOCUMENTS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Defendant, La Feria Wrecker Service and files this Motion to Compel Answers to Interrogatories and Production of Documents and would respectfully show the Court as follows:

1.

On July 24, 2002, after the commencement of the above-entitled and numbered cause, served on Plaintiff is La Feria Wrecker Service's First Set of Interrogatories and Request for Production to Plaintiff John Ocie Robert, a copy of which are attached hereto as Exhibit "A" and incorporated and hereinby referenced. Plaintiff requested additional time to respond to the discovery request which is Exhibit "A" and that was granted until September 24, 2002, by Rule 29 Agreement, a copy of which is attached hereto as Exhibit "B". At the time Exhibit "B" was executed, the undersigned counsel advised Plaintiff's counsel that no further extension would be granted due to the impending discovery deadlines in this case. No response whatsoever has been made to the discovery request which are Exhibit "A" hereto at this time. The undersigned counsel contacted the counsel for Plaintiff on September 29, 2002, at which time, such attorney's

assistance advised that discovery responses would be made within a few days. Still no response has been made.

2.

This Defendant can not prepare and defend in this case and in the absence of discovery responses from the Plaintiff.

3.

This Defendant has been required to incur attorney's fees and expenses and compelling responses to the discovery requests which are Exhibit "A" hereto which these expenses should be awarded to this Defendant.

**WHEREFORE,** Defendant moves the Court to enter an order directing and requiring Plaintiff to answer all interrogatories and produce all documents as requested in Exhibit "A" hereto and as is required by the Federal Rules of Civil Procedure, and moves the Court to enter an order awarding this Defendant reasonable attorney's fees and expenses incurred in regard to this motion.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:  (956) 425-2000
Facsimile:  (956) 421-4258

By: _____
MICHAEL R. EZELL
State Bar No.: 06764200
Federal I.D. 2250

**Attorney for La Feria Wrecker Service**

## CERTIFICATE OF SERVICE

I hereby by certify that a true and correct copy of the above was this the 8th day of October, 2002, to the following:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**AND FACSIMILE TO:**
Hugo Xavier De Los Santos
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213-4286,
Attorney for Plaintiff

**FIRST CLASS MAIL DELIVERY TO:**
Mr. Ricardo J. Navarro
222 East Van Buren, #405
Harlingen, Texas 78550-6804
Attorney for City of Harlingen

Mr. Curtis Bonner
BONNER & BONNER
P. O. Box 288
Harlingen, Texas 78551
Attorneys for Jose A. Garcia

_____
MICHAEL R. EZELL

## CERTIFICATE OF CONFERENCE WITH
## RESPECT TO THE MOTION TO COMPEL

Counsel for La Feria Wrecker Service hereby advises the Court that he has attempted in good faith to confer with Plaintiff's counsel in regard to this Motion. Plaintiff's counsel has been unavailable to speak to the undersigned attorney but a paralegal in his office has advised the undersigned attorney in a telephone conference of September 29, 2002, that discovery responses would be made within a few days. Since those responses have not made, it is assumed that this Motion is opposed.

_____
MICHAEL R. EZELL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS<br>Plaintiff | §<br>§<br>§ | |
| | § | Cause No.: B-01-34 |
| VS. | §<br>§ | |
| CITY OF HARLINGEN, TEXAS, ET AL<br>Defendants | §<br>§ | |

**DEFENDANT'S LA FERIA WRECKER SERVICE FIRST SET OF
INTERROGATORIES AND REQUEST FOR PRODUCTION TO PLAINTIFF**

**To:** **John Ocie Roberts, Plaintiff** by and through his Attorney of Record, Mr. Hugo Xavier De Los Santos, Attorney at Law, 6800 Park Ten Blvd., Ste 123-n, San Antonio, Texas 78213

NOW COMES **DEFENDANT, LA FERIA WRECKER SERVICE** and tenders this set of Interrogatories and Requests for Production to **PLAINTIFF JOHN OCIE ROBERTS**, pursuant to Federal Rules of Civil Procedure 33 and 34.

SIGNED this 24th day of July, 2002.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:   (956) 421-4258

By: _/s/ Michael R. Ezell_
**MICHAEL R. EZELL**
   State Bar No.: 06764200
   Federal I.D. 2250

**Attorney for La Feria Wrecker Service**

EXHIBIT
A

## CERTIFICATE OF SERVICE

I hereby by certify that a true and correct copy of the above was this the 24th day of July, 2002, mailed certified mail, return receipt requested and via facsimile to:

Mr. Hugo Xavier De Los Santos
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213-4286,
*Attorney for Plaintiff*

### FIRST CLASS MAIL DELIVERY TO:

Mr. Ricardo J. Navarro
222 East Van Buren, #405
Harlingen, Texas 78550-6804
*Attorney for City of Harlingen*

Mr. Curtis Bonner
BONNER & BONNER
P. O. Box 288
Harlingen, Texas 78551
*Attorneys for Jose A. Garcia*

_____
MICHAEL R. EZELL

## **INSTRUCTIONS**

1. Pursuant to the authority granted by the Federal Rules of Civil Procedure, DEFENDANT LA FERIA WRECKER SERVICE hereby serves upon you Defendant's First Discovery Requests, consisting of Interrogatories and Requests for Production.

2. You are to respond to these discovery requests in accordance with the Federal Rules of Civil Procedure and applicable case law.

3. In responding to these discovery requests, furnish all information available to you including that available from your investigators, servants, agents, employees, attorneys, and all persons or entities in your company or organization or acting on your behalf or at your request or by your direction.

4. The Interrogatories and Requests for Production which follow are considered as continuing and you are requested to provide by way of supplemental answers any additional information as you or anyother person or entity acting on your behalf may hereafter obtain which will augment or otherwise modify your answers given to the Interrogatories and Requests for Production below. A supplemental response must be served upon Defendants immediately upon learning of any new information.

5. If you claim any privilege or immunity in connection with any of these Interrogatories or Requests for Production, state your claim in detail and provide all information that is relevant to an evaluation by the Court of the claim of privilege or immunity or to the waiver of the privilege or immunity.

## DEFINITIONS

In responding to these discovery requests, you should rely on the definitions provided below;

**Bargain Barn** - means the business owned and operated by Plaintiff on the premises of 1726 North Commerce.

**City** - means the City of Harlingen, its agents, representatives and employees.

**La Feria Wrecker** - means Defendant La Feria Wrecker Service.

**City Defendants** - City of Harlingen and Defendants Dan Serna, Ruben Mares, and Sam Gutierrez, in their individual capacities.

**Communication** - refers to the transmission or exchange of information, regardless of its nature, and regardless of whether the communication is verbal or by some other written or recorded medium.

**Concerning** - means relating to, referring to, describing, evidencing or constituting or bearing on.

**Document** - refers to all writings of every kind, source and authorship, both originals and non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective whether the writing is one intended for or transmitted internally by you, or intended for or transmitted to any other person or entity. The terms shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter.

**Health care provider** - refers to any nurse, doctor, hospital, clinic, psychologist, psychiatrist, therapist, druggist, and/or chiropractor and any of their agents and employees involved in the delivery of health care services.

**Identify (With Respect to Persons)** - means to give the person's full name, present or last known address, and home and business telephone numbers and any such additional information that will facilitate communication with the person identified.

**Identify (With Respect to Documents)** - means to provide the following information: (i) the type of document; (ii) the general subject matter of the document; (iii) the date of the document; and (iv) the author(s), addressees, and recipients of the document.

**Incident** - refers to the occurrence or occurrences that serves as the basis of this lawsuit.

**Parties** - refers to the "plaintiffs" and "defendants" as well as a party's full or abbreviated name or pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

**Person** - refers to any natural person or to any legal entity, whether public or private in nature.

**Plaintiff** - refers to John Ocie Roberts, Plaintiff in the present lawsuit.

**Premises** - refers to the premises of 1726 North Commerce, Harlingen, Texas.

**You and Your** - refers to the party to whom these questions are directed as well as agents, employees, attorneys, investigators and all other "persons" acting for said party.

**Defendant's La Feria Wrecker Service First Set of Interrogatories**

**INTERROGATORY NO. 1:** Please state all damages which you are seeking from La Feria Wrecker describing the total amount of damages being sought and what portion of those damages is for value of any personal property that you claim to have lost; what amount is for physical pain, mental anguish or any other category of damages which you are claiming.

**ANSWER:**

**INTERROGATORY NO. 2:** Please identify each item of personal property which you claim to have been removed from the Bargain Barn by La Feria Wrecker and with respect to each such item, please state the price you paid for this item, what you claim the value of the item to be and what if any changes or improvements you made to the item after your purchase of the same.

**ANSWER:**

**INTERROGATORY NO. 3:** If you are suing La Feria Wrecker for any claim other than loss of personal property removed from the Bargain Barn, please state the factual basis for each such claim and the legal theory on which you are suing. This interrogatory specifically inquires as to whether or not you are making a claim against La Feria Wrecker for assault and/or battery, for engaging in conspiracies with any entity to injure or arrest you or any other theories not related to the removal of your personal property from Bargain Barn.

**ANSWER:**

**INTERROGATORY NO. 4:** Please describe in detail all dealings between La Feria Wrecker and its employees and agents and yourself and/or your agents or employees in regard to the subject matter of this lawsuit.

**ANSWER:**


**INTERROGATORY NO. 5:** With respect to all persons whom you will or may call as a witness in the trial of this lawsuit, please identify each such person and provide a summary of the substance of the facts to which each such person is expected to testify to.

**ANSWER:**


**INTERROGATORY NO. 6:** State and identify which of the persons in interrogatory number five (5) above have made written statements to you or any of your representatives, insurers, or agents or employees, concerning the subject matter of this lawsuit, and further state in whose custody each such written statement reposes.

**ANSWER:**


**INTERROGATORY NO. 7:** With respect to all witnesses whom you may call as experts to give opinion testimony in the trial of this matter and with respect to any person whom you may have consulted as an expert or for an opinion whose work product has been reviewed by an expert who may be called as a witness, please:
- a. identify each such witness and state the name and address of his employer or the organization with which he is associated in any professional capacity;
- b. state the field in which each such witness is to be offered as an expert, along with a summary of his qualifications within the field in which he/she is expected to testify;
- c. state the substance of the facts to which each such witness is expected to testify;
- d. state the substance of the opinions to which each such witness is expected to testify, along with the mental impressions and opinions held by such expert, a summary of the grounds for each opinion, the dates and addresses of all reports rendered by such expert(s), and the facts known to the expert, regardless of when the factual information was acquired, which relates to or forms the basis of the mental impressions and opinions held by the expert;
- e. provide disclosure of any materials prepared by any expert used or to be used for consultation, even if it was prepared in anticipation of litigation, if it has been reviewed by an expert who may be called as a witness; and
- f. provide disclosure of any materials prepared for or presented to any such expert witness for his review in connection with this action or matter related to this action.

(Your answer to this interrogatory should provide all information that is discoverable pursuant to Rules 26(a)(2), 26(b)(1), 26(b)(4)(B) of the Federal Rules of Civil Procedure, and Rule CV-33(c)(2)(b), of the Local Court Rules.)

**ANSWER:**



**INTERROGATORY NO. 8:** To the extent not already identified, identify all documents to which reference was made in the course of preparing answers to these interrogatories.

**ANSWER:**


**INTERROGATORY NO. 9:** Please identify each and every person or entity who you believe or contend is a potential party to this lawsuit and state the complete factual basis for your belief or contention that the individuals or entities listed are potential parties to this lawsuit.

**ANSWER:**

## Defendant's La Feria Wrecker Service
## Request for Production to Plaintiff

**REQUEST FOR PRODUCTION NO. 1:** All documents served or attempted to be served by you on La Feria Wrecker in regard to the subject matter of this case excluding only documents filed with the Clerk of the Court in this case or discovery or citations in this case.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 2:** All correspondence between yourself and La Feria Wrecker at anytime from January 1, 1998 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** As to all claims being asserted by you against La Feria Wrecker please produce all documents which relate to or support any such claim.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 4:** All documents which reflect or relate to the purchase of or any repairs or improvements to the vehicles removed by La Feria Wrecker Service from the premises.

**RESPONSE:**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF CAMERON** | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared John Ocie Roberts, Affiant, who being by me duly sworn on his oath, deposed and said:

1. "That he is the Plaintiff in the above-entitled, styled and numbered action;
2. "That he is duly qualified and authorized in all respects to make this affidavit;
3. "That he has read and made the above and foregoing answers to DEFENDANT'S LA FERIA WRECKER SERVICE FIRST SET OF INTERROGATORIES TO LA FERIA WRECKER SERVICE; and that each and every answer and statement contained therein is within his personal knowledge and is true and correct.

_____
JOHN OCIE ROBERTS

| | |
|---|---|
| **THE STATE OF TEXAS** | § |
| | § |
| **COUNTY OF CAMERON** | § |

SWORN TO, SUBSCRIBED, AND ACKNOWLEDGED by JOHN OCIE ROBERTS before me on the _____ day of July, 2002.

[SEAL]

_____
Notary Public, State of Texas

DE LOS SANTOS LAW FIRM TEL:210-737-1556     Aug 19 02    12:21 No.003 P.02



# HUGO XAVIER DE LOS SANTOS
*Attorney at Law*
*Certified Public Accountant*



6800 Park Ten Boulevard, Suite 123 N.            Rio Grande Valley Office
San Antonio, Texas 78213                        229 South Texas Avenue, Suite 1000
(210) 736-4227 • (210) 737-1556 Fax            Mercedes, Texas 78570 • (956) 565-0007

August 19, 2002

Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

Re: John Ocie Roberts v. City of Harlingen, Et. Al.

     Case No. B-01-34, United States District Court for the Southern District of Texas, Brownsville Division

     Our File No.: 66952.0E052

Dear Mr. Ezell:

This letter is to confirm your agreement to extend the due date for my client's answers, responses and objections to your client's first set of interrogatories and first request for production, such that the due date for my client's said responses and objections is now September 24, 2002. If this is correct, please sign below and fax a copy of this letter back to me so that I may file it with the court as our Rule 29 Agreement.

Thank you for your professional courtesies in this matter.

Very truly yours,

HUGO XAVIER DE LOS SANTOS
Attorney at Law

By: _____
     HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

Attorney for John Ocie Roberts

HXDLS / rd
cc: Mr. John Ocie Roberts
cc: Southern District Court for Filing in Cause No. B-01-34

         **** SENT VIA FACSIMILE TO (956) 421-4258 ****

AGREED: _____
           Mr. Michael R. Ezell, Esq.

EXHIBIT B