

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 0 9 2002

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN, ET.AL. | | |

### T & T TOWING SERVICE'S MOTION TO STRIKE PLAINTIFF'S DESIGNATION OF EXPERTS

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW Jose Antonio Garcia, DBA T & T Towing Service, (hereafter T & T) a defendant in this matter and files this his Motion to Strike Plaintiff's Designation of Experts and for such would show unto the Court as follows:

T & T adopts the City Defendant's Motion to Strike Plaintiff's Designation of Experts filed herein by the City of Harlingen and its employees (City Defendants). T & T incorporates herein such Motion by reference. T & T asserts that Plaintiff's Experts should be struck and Plaintiff should be precluded from calling any expert witnesses in this case for all those reasons set forth in the City Defendants' Motion. Further that this defendant should be granted at least a month extension from the time Plaintiff complies with the Federal Rules regarding his expert disclosures, in order to designate his experts or such time as the Court might allow.

WHEREFORE, T & T prays that the Motion to Strike Plaintiff's Designation of Experts be granted.

Dated: October 7, 2002.

Respectfully submitted,

BONNER & BONNER
Attorneys for T & T Towing Service
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
Fed ID No. 1177

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Mr. Hugo Xavier De Los Santos, Esq., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213 and by regular mail to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804, attorney for the City of Harlingen, Texas and to Mr. Michael R. Ezell, P. O. Box 2878, Harlingen, Texas 78551-2878 on October 7, 2002

_____
Curtis Bonner