IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOHN OCIE ROBERTS § | |
| PLAINTIFF § | |
| § | |
| VS. § | CAUSE NO. B-01-034 |
| § | |
| CITY OF HARLINGEN, TEXAS § | |
| ET. AL. § | |
| DEFENDANTS § | |

### PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF EXPERT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, John Ocie Roberts, and files this Plaintiff's Supplemental Designation of Expert and would show the Court the following:

I.

Plaintiff hereby submits this supplemental designation of expert to be added to the one in file that being the Plaintiff, John Ocie Roberts, having been also designated as an expert.

II.

Attached hereto is the report of Mr. Adelaido Gonzales. He is to be an expert witness. Attached to the report is his vitae.

Respectfully submitted,

HUGO XAVIER DE LOS SANTOS
Attorney At Law  By John Ocie Roberts
State Bar No. 05653300
U.S. Southern District
Id. #11259
6800 Park Ten Blvd.Ste123-N
San Antonio, Texas 78213
(210) 736-4227
(210) 737-1556 Fax
Attorney for John Ocie Roberts, Plaintiff

## CERTIFICATE OF SERVICE

I, certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the ___ day of October, 2002.

_____
Hugo Xavier De Los Santos

By John Otis Roberts

DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 East Van Buren, Suie 405
Harlingen, Texas 78550
(956) 421-4904
(956) 421-3621 Fax

Mr. Michael R. Ezell
LAW OFFICE OF MICHALE R. EZELL
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Counsel for Cross-Defendant La Feria Wrecker Service

Mr. Curtis Bonner
BONNER & BONNER
103 S. Third
P. O. Box 288
Harlingen, Texas 78551-0288
Counsel for Cross-Defendant T&T Towing Service

STATE OF TEXAS           ]

COUNTY OF CAMERON        ]

### AFFIDAVIT

Before me personally appeared Ray Gonzales who under oath stated the following to be true and correct and from his own personal knowledge.

My name is Ray Gonzales. I am over the age of 14. I am competent to testify and I have never been charged with a crime.

I am the person who administrates Mr. Adelaido Gonzales's office. We were unable to finalized Mr. Roberts' report due to the fact that we had been under staffed.

We have not consciously disregarded our duty but we were unable to timely comply due to circumstances beyond our control

_____
Ray Gonzales

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned notary, on this the ___ day of _____, 2002, which witness my hand and seal.

_____
Notary Public-State of Texas

_____
Printed Name of Notary
My commission expires:_____