United States District Court
Southern District of Texas
FILED

OCT 2 8 2002

Michael M. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| Plaintiff | § | |
| V. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, CAMERON | § | |
| COUNTY, TEXAS, ET AL | § | |
| Defendants | | |

## MOTION TO EXTEND DOCKET CONTROL ORDER

MAY IT PLEASE THE COURT:

Plaintiff, John Ocie Roberts, hereby files this his Motion To Extend Docket Control

Order in the above styled and numbered cause, pursuant to Rule 6 of the Federal Rules of Civil

Procedure, and for grounds would show the Court the following:

1.    This Court has issued the docket control order.  The discovery deadline is for October
30, 2002.

2.    However, there has been scheduling problems as to the availability dates between the
attorneys and the Plaintiff's expert witness.

3.    The expert has already written his report and opposing counsel has received a copy.

4.    It is Plaintiff's opinion that sixty (60) days would be an appropriate time for the
extension needed.

5.    This motion is brought in the interest of justice and not for the purpose of delay.

Request for relief

WHEREFORE, Plaintiff prays that this Court grant if necessary, hold an evidentiary

hearing for this motion or grant this motion and extend the docket control order sixty days

from the date of October 30, 2002.

Plaintiff prays for general relief.

Respectfully submitted,

Hugo Xavier De Los Santos
Attorney At Law *By John Ocie Roberts*
State Bar No. 05653300
U. S. Southern District Id. #11259
6800 Park Ten Blvd. Suite 123-N
San Antonio, Texas 78213
(210) 736-4227
(210) 737-1556 Fax
Attorney for John Ocie Roberts, Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| Plaintiff | § | |
| I. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, CAMERON | § | |
| COUNTY, TEXAS, ET AL | § | |
| Defendants | | |

## VERIFICATION

BEFORE ME, undersigned authority, personally appeared John Ocie Roberts, known to me to be the person whose name is subscribed below, and upon being duly sworn he deposed and said:

My name is John Ocie Robert, I am the Plaintiff the above entitled and numbered cause. I am over the age of 18, of sound mind and competent in all respects to make this affidavit.

I have personal knowledge of the facts stated herein and all facts are true and correct.

_John Ocie Roberts_

SUBSCRIBED AND SWORN to be before me on the 28th day of October, 2002.

_Charlene R Glenn_
Notary Public-State of Texas

Charlene R Glenn
Printed Name
My commission expires 2/14/03

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 28TH day of OCTOBER 2002.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually, Inspector Sam Gutierrez, Individually, Defendants:*

c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method:*

HAND DELIVERED

*La Feria Wrecker Service, Inc., Defendant:*

Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method:*

HAND DELIVERED

*La Feria Wrecker Service, Inc., Defendant:*

Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method:*

HAND DELIVERED

Hugo Xavier De Los Santos
Attorney At Law   By John Ocie Roberts
State Bar No. 05653300
6800 Park Ten Blvd. Suite 123-N
San Antonio, Texas 78213
(210) 736-4227
(210) 737-1556 Fax
Attorney for John Ocie Roberts, Plaintiff