71

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

JOHN OCIE ROBERTS §

vs. § Civil Action B: 01-34

CITY OF HARLINGEN, et al §

United States District Court
Southern District of Texas
ENTERED

OCT 29 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __3-5__ days.   ☐ Bench  ■ Jury

2. New parties must be joined by: __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's *revised designation* of experts will be named with a report furnished by: __11/1/02__

4. The defendant's experts must be named with a report furnished by: __11/27/02__

5. Discovery must be completed by: __12/20/02__
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by: __1/10/03__

7. Joint pretrial order is due: __2/20/03__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __3/6/03__

9. Jury Selection is set for 9:00 a.m. on: __3/10/03__
   *(The case will remain on standby until tried)*

Signed __October 29__, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge