IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 29 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN ET AL., | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on October 29, 2002, the Court considered Plaintiff's "Motion to Extend Docket Control Order" [Dkt. No. 70]. On October 18, 2002, this Court issued an order in which it reset the discovery deadlines [Dkt. No. 67]. As per this order, the Court set December 20, 2002, as the date by which the parties must complete discovery. In addition, the Court has entered an amended scheduling order, which outlines all other pertinent deadlines leading to trial. As a result, Plaintiff's motion to extend the discovery deadline is **MOOTED**.

DONE at Brownsville, Texas, this 29th day of October, 2002.

Hilda G. Tagle
United States District Judge

1