United States District Court
Southern District of Texas
FILED

NOV 0 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>Plaintiff | § | Civil Action |
| v. | § | No. B-01-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,<br>INSPECTOR DAN SERNA, INDIVIDUALLY,<br>INSPECTOR RUBEN MARES, INDIVIDUALLY,<br>INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,<br>LA FERIA WRECKER SERVICE,<br>DOUBLE A WRECKER CO.,<br>T & T TOWING SERVICE,<br>T AND T WRECKER SERVICE,<br>TIM WILKINSON IRON & METAL INC.,<br>Defendants | § | JURY |

## PLAINTIFF JOHN OCIE ROBERTS' SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, plaintiff JOHN OCIE ROBERTS, and submits the following supplemental list of potential testifying expert witnesses in this case, as follows:

The following list of potential testifying experts is based upon plaintiff's answers to defendant's discovery requests in this case, which have heretofore been served, and the same is submitted without prejudice to future supplementation and/or amendment of same:

*List of potential testifying expert witnesses:*

1. **HERNAN ORELLANO**

   5914 Sunrise Blvd.
   Harlingen, Texas 78552
   (956) 792-6490

   Mr. Orellano is an expert in the appraisal and evaluation of businesses and he is also an expert in evaluating lost profits of a business that has been damaged like Mr. Roberts' business was damaged by the wrongful taking of Mr. Roberts' property by the City of Harlingen and the other defendants in this action. Mr. Orellano is expected to testify concerning Mr. Roberts' lost profits and the fair market value of the assets that were taken by the defendants from Mr. Roberts' place of business known as the Bargain Barn that was located at 1726 North Commerce Street, Harlingen, Texas.

ROBERTS' SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES    B-01-34

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date: November 1, 2002

By: _____  By John Ocie Robert
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227     FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

ROBERTS' SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES    B-01-34

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of the PLAINTIFF JOHN OCIE ROBERTS'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES on November 1, 2002, in a manner consistent with the Texas Rules of Civil Procedure as designated hereinbelow.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually and Inspector Sam Gutierrez, Individually, Defendants*:
c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:   Telephonic Document Transfer
            To (956) 421-3621

*La Feria Wrecker Service, Inc., Defendant*:
c/o Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method*:   Telephonic Document Transfer
            To (956) 421-4258

*Double A Wrecker Co., T & T Towing Service, T and T Wrecker Service, Defendant(s)*:
c/o Mr. Curtis Bonner, Esq.
P.O. Box 288
Harlingen, Texas 78551-0288

*Method*:   Telephonic Document Transfer
            To (956) 428-0671

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date: November 1, 2002

By: _____
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
(210) 736-4227    FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

*******************************************************************