75

United States District Court
Southern District of Texas
FILED

NOV 2 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>     Plaintiff | §<br>§<br>§ | CIVIL ACTION |
| vs | §<br>§<br>§ | NO. B-001-34 |
| CITY OF HARLINGEN, CAMERON COUNTY,<br>TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY,<br>CHIEF OF POLICE MICHAEL BLAKE,<br>INDIVIDUALLY, ACTING CITY MANAGER<br>ROY RODRIGUEZ, INDIVIDUALLY,<br>INSPECTOR DAN SERNA, INDIVIDUALLY,<br>LT. JIM SCHEOPNER, INDIVIDUALLY,<br>INSPECTOR RUBEN MARES, INDIVIDUALLY,<br>INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,<br>LA FERIA WRECKER SERVICE, DOUBLE A<br>WRECKER CO., T & T TOWING SERVICE,<br>T AND T WRECKER SERVICE, TIM WILKINSON<br>IRON & METAL INC.,<br>     Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br><br><br><br><br><br><br>JURY |

## LA FERIA WRECKER SERVICE'S SUPPLEMENTAL
## DESIGNATION OF EXPERT WITNESS

TO THE HONORABLE JUDGE HILDA G. TAGLE:

COMES NOW, La Feria Wrecker Service, (hereafter "La Feria Wrecker") a defendant in this matter and files this its supplemental list of potential testifying expert witnesses in this case, all as follows:

The following list of testifying expert is based upon answers to discovery requests in this matter, which have heretofore been served, and the scheduling order entered by the

Court.  Defendant submits same without prejudice to future supplementation and/or amendment of same:

List of potential testifying expert witnesses:

> Harold K. Waite
> P.O. Box 1131
> Mercedes, Texas 78570
> (956) 797-2123

Mr. Waite is a party herein.  He is experienced in the repair of motor vehicles and has knowledge of the value of used vehicles such as those hauled off by his firm.  It is his opinion that the vehicles his firm pulled from the property of John Ocie Roberts were junk. These vehicles were not economically repairable and their sole value is as a "parts car" or salvage.

Mr. Waite's Curriculum Vitae is attached as Exhibit "A".  Attached as Exhibit "B" is a report by Mr. Waite's in regard to his opinion in regard to this matter.

Defendant adopts the designation of George Tovar, an expert designated by the City of Harlingen, et al herein and the designation of experts by co-defendant, T & T Towing Service. The "City Defendants' Designation of Expert Witnesses" of November 27, 2002 is incorporated herein by reference.

WHEREFORE PREMISES CONSIDERED, this Defendant requests that Plaintiff's Motion for Default Judgment be denied in all things and that it have general relief.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile:   (956) 421-4258

2

Michael R. Ezell
State Bar No. 06764200
Fed. ID 2250

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was on this the 27th day of November 2002, sent via the indicated methods to:

Hugo Xavier de los Santos, Esq.                    Via Fax: (210) 737-1556
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
**Attorney for John Ocie Roberts, Plaintiff**


Ricardo J. Navarro                                 Via Fax:421-3621
DENTON, NAVARRO & BERNAL
222 East Van Buren, Suite 405
Harlingen, Texas 78550-6804
**Attorney for the City of Harlingen, Texas, Defendant**


Curtis Bonner                                      Via Fax:428-0671
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**Attorney for T & T Towing Service, Defendant**

Michael R. Ezell

**RESUME**

**HAROLD K. WAITE**
**P.O. Box 1131**
**La Feria, Texas 78570**

**EDUCATION:**

Graduated from La Feria High School 1985.

**EXPERIENCE:**

Employed by Chuck's Auto Parts, Alamo, Texas for six (6) months beginning in 1985 in parts sales and for the next eight (8) month as body shop manager.

1986-Present   LaFeria Wrecker Service

Grew up around wrecker and automobile sale and repair businesses.

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>    **Plaintiff** | §<br>§<br>§ | CIVIL ACTION |
| vs | §<br>§ | NO. B-001-34 |
| CITY OF HARLINGEN, ET AL | §<br>§<br>§ | |

## REPORT OF HAROLD K. WAITE

I have been in the wrecker business since 1986 and I have been involved in the repair, sale and salvage of vehicles for all of those years. My company towed five (5) vehicles from the property of John Ocie Roberts which are at issue in this case. I examined those vehicles and I have one of them in my possession. Each of those vehicles was old and in very poor condition. They were badly rusted and some did not have engines. It would not have been economically feasible to repair these vehicles. None of these, if restored, would have had a value of not more than a few thousand dollars each and the cost of repair would be greater than that amount. The sale value of these vehicles was as parts or salvage value.

Respectfully submitted,

Harold K. Waite
P.O. Box 1131
Mercedes, Texas 78570

*Harold K Waite*

EXHIBIT "B"