United States District Court
Southern District of Texas
FILED

DEC 0 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | Civil Action |
| Plaintiff | § | |
| | § | |
| v. | § | No. B-01-34 |
| | § | |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, | § | |
| INSPECTOR DAN SERNA, INDIVIDUALLY, | § | |
| INSPECTOR RUBEN MARES, INDIVIDUALLY, | § | |
| INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, | § | |
| LA FERIA WRECKER SERVICE, | § | |
| DOUBLE A WRECKER CO., | § | |
| T & T TOWING SERVICE, | § | |
| T AND T WRECKER SERVICE, | § | |
| TIM WILKINSON IRON & METAL INC., | § | |
| Defendants | § | JURY |

## PLAINTIFF JOHN OCIE ROBERTS' FIRST AMENDED DESIGNATION OF EXPERT WITNESSES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, plaintiff JOHN OCIE ROBERTS, and submits the following first amended list of potential testifying expert witnesses in this case, as follows:

The following list of potential testifying experts is based upon plaintiff's answers to defendant's discovery requests in this case, which have heretofore been served, and the same is submitted without prejudice to future supplementation and/or amendment of same:

*List of potential testifying expert witnesses*:

1.  JOHN OCIE ROBERTS
    c/o 6800 Park Ten Blvd, Ste. 123-N
    San Antonio, Texas 78213
    (210) 736-4227

    Mr. Roberts is an expert in the business of buying, selling and restoring antiques and one-of-a-kind items, and in their valuation. Mr. Roberts has an opinion concerning the value of the inventories and assets, consisting largely of antiques and one-of-a-kind items that were taken from his business lot by the defendants without his consent. Specifically, Mr. Roberts has the opinion the items of personalty stolen by the defendants from him are set forth in the schedule report he has heretofore produced to the defendants. Mr. Roberts is further of the opinion that the fair market value of each item is also reflected in the attached schedule under the column entitled "fair market

FIRST AMENDED DESIGNATION OF EXPERT WITNESSES   Case No. B-01-34

value each". Mr. Roberts is further of the opinion that the total fair market value of the property stolen from him by the defendants is equal to $692,140.00 as of August 2000.[1]

    2.    **ROBERT BASFORD**

Mr. Basford is an expert in the business of buying, selling and restoring heavy machinery, oil field equipment and logging equipment and other assets like those that were at Mr. Roberts' place of business which the defendants took without Mr. Roberts' consent, and in their valuation. Mr. Basford is believed to have an opinion concerning the value of the inventories and assets that were taken from Mr. Roberts' business lot by the defendants without Mr. Roberts' consent.

    3.    HERNAN ARELLANO
            5914 Sunrise Blvd.
            Harlingen, Texas 78552
            (956) 792-6490

Mr. Arellano is an expert in the appraisal and evaluation of businesses and he is also an expert in evaluating lost profits of a business that has been damaged like Mr. Roberts' business was damaged by the wrongful taking of Mr. Roberts' property by the City of Harlingen and the other defendants in this action. Mr. Gonzales is expected to testify concerning Mr. Roberts' lost profits and the fair market value of the assets that were taken by the defendants from Mr. Roberts' place of business known as the Bargain Barn that was located at 1726 North Commerce Street, Harlingen, Texas.

    4.    Dr. Robert Summerville
            And His Records Custodian
            712 N. 77 Sunshine Strip
            Harlingen, Texas 78550
            (956) 428-0757

    5.    Dr. Miles (head surgeon)
            And His Records Custodian

    6.    Mercedes Medical Center
            And Its Records Custodian
            109 South Texas Boulevard
            Mercedes, Texas 78570
            (956) 514-1643

    7.    Valley Diagnostic Clinic
            And Its Records Custodian
            2200 Haine Drive
            Harlingen, Texas 78550
            (956) 421-5180/425-7200

--------------------

1.    Copies of Mr. Roberts's valuation schedule report, and his curriculum vita are attached hereto, marked Exhibit "1" and incorporated herein by reference.

FIRST AMENDED DESIGNATION OF EXPERT WITNESSES    Case No. B-01-34

8. Dr. Savvac Poulos
   And His Records Custodian
   1601 Treasure Hills Boulevard
   Harlingen, Texas 78550
   (956) 421-2663

9. Dr. Cynthia Garcia
   And Her Records Custodian
   1205 N. Ed Carey Drive, Ste 2B
   Harlingen, Texas
   (956) 412-2200

10. Dr. Frank Morales
    Heart Clinic
    And Its Records Custodian
    Progresso, Mexico
    Phone Number Unknown

11. Dr. Jim Lowery
    And His Records Custodian
    636 N. Ed Carey Drive
    Harlingen, Texas 78550
    (956) 440-8704

The above health care providers may be called upon to testify as to the nature of the stress, mental anguish and emotional distress injuries suffered by the plaintiff, the health care rendered for the treatment, the dates of treatment, the various diagnostic tests and studies done, histories, evaluation and diagnosis of the injuries, the disability or incapacity caused the plaintiff, the reasonable and customary charges for such health care services, the amounts of the reasonable bills for health care services necessarily rendered for the treatment of such injuries and all other related aspects of health care as it may pertain to the plaintiff, the injuries plaintiff suffered and/or plaintiff's claim. The various opinions of these experts is reflected in the medical records involved in this action. In addition, x-rays, MRI films, CT-Scans, and other radiographic films and the medical records may be made available for defendants' inspection at the plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice. Moreover, the medical and health care expenses necessitated and caused by the injuries plaintiff has suffered are of a continuing nature. Accordingly, additional bills for health care services will be made available for defendants' inspection at plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice.

<u>FIRST AMENDED DESIGNATION OF EXPERT WITNESSES</u>   Case No. B-01-34

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

By: _____   Date:   November 25, 2002
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227       FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

**FIRST AMENDED DESIGNATION OF EXPERT WITNESSES     Case No. B-01-34**

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of the PLAINTIFF JOHN OCIE ROBERTS' FIRST AMENDED DESIGNATION OF EXPERT WITNESSES on November 26, 2002, in a manner consistent with the Texas Rules of Civil Procedure as designated hereinbelow.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually and Inspector Sam Gutierrez, Individually, Defendants*:
c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:     U.S. Certified Mail, Return Receipt Requested
              USPS Postal Receipt #7001 0320 0000 5008 3007

*La Feria Wrecker Service, Inc., Defendant*:
c/o Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method*:     U.S. Certified Mail, Return Receipt Requested
              USPS Postal Receipt #7001 0320 0000 5008 3014

*Double A Wrecker Co., T & T Towing Service, T and T Wrecker Service, Defendant(s)*:
c/o Mr. Curtis Bonner, Esq.
P.O. Box 288
Harlingen, Texas 78551-0288

*Method*:     U.S. Certified Mail, Return Receipt Requested
              USPS Postal Receipt #7001 0320 0000 5008 3021

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date:   November 26, 2002

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227     FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for John Ocie Roberts, Plaintiff

*****************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>Plaintiff | § § § | Civil Action |
| v. | § § | No. B-01-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,<br>INSPECTOR DAN SERNA, INDIVIDUALLY,<br>INSPECTOR RUBEN MARES, INDIVIDUALLY,<br>INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,<br>LA FERIA WRECKER SERVICE,<br>DOUBLE A WRECKER CO.,<br>T & T TOWING SERVICE,<br>T AND T WRECKER SERVICE,<br>TIM WILKINSON IRON & METAL INC.,<br>Defendants | § § § § § § § § § § § | JURY |

**PLAINTIFF JOHN OCIE ROBERTS'
FIRST AMENDED DESIGNATION OF EXPERT WITNESSES**

# EXHIBIT "1"

## DAMAGES REPORT / FAIR MARKET VALUE SCHEDULE

## OF

## STOLEN ITEMS

## and

## CURRICULUM VITAE OF JOHN OCIE ROBERTS

**JOHN OCIE ROBERTS**
**P.O. Box 1167**
**La Feria, Texas 78559**

    I am an expert in the location, appraisal, and evaluation of antiques, heavy machinery, trucks, trucking equipment, oilfield equipment and the location of hard to find replacement parts for all of the above.

    My experience entails over 40 years of hands-on experience as an owner, reseller and auctioneer of heavy machinery and hard to find items for antique cars and trucks.

    From 1976-1982, I dealt with the purchase and resale of heavy equipment and machinery with the Revolucion Verde program in Mexico, a program which was established to develop new farmland from undeveloped land, thereby increasing the country's production of fruits and vegetables.

    I also worked as a Field Manager for two trucking company operations, H.B. Zachary in San Antonio, Texas, and The Transport Company of Texas, in Corpus Christi, Texas.

    I have also been employed in several key positions by King Ranch, Inc. in Kingsville, Texas.

    I was co-owner of Denatiques, an auction company which bought, sold and restored antiques of all types, and imported and exported merchandise from Scotland, England and all over the United States. For several years, Denatiques handled all the auction sales for the Small Business Administration office in Harlingen, Texas, in which I served as the Ring Master for all such events.

    It is therefore my opinion, based on my extensive prior experience and expertise in the purchase and resale of similiar types of merchandise, vehicles, equipment and machinery, that the itemized inventory list submitted with my report is an accurate fair market valuation for the damages caused in this case as a result of the property stolen and destroyed by the defendants in this action. The fair market value for each of the items on this list reflects what the item would actually have sold for at the time of loss on the open market. Each such value is based on my personal knowledge of the resale and fair market value for each item.

Respectfully,

*/s/ John Ocie Roberts*

# John Ocie Roberts
# The Bargain Barn -- Stolen Inventory

1726 North Commerce
Harlingen, Texas

| Ref No. | Quantity | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 1  | 1  | 1966 International Bus | $15,000.00 | $15,000.00 |
| 2  | 1  | 1974 Dodge Box Van | $1,800.00 | $1,800.00 |
| 3  | 1  | 1974 Ford Wench Truck | $5,500.00 | $5,500.00 |
| 4  | 1  | 1962 Falcon Station Wagon | $3,500.00 | $15,000.00 |
| 5  | 1  | 1949 Chevy Cabover Wench Truck | $3,500.00 | $12,000.00 |
| 6  | 1  | 1974 Ford Car Carrier | $1,200.00 | $6,000.00 |
| 7  | 1  | 1972 Toyota Pickup | $1,200.00 | $2,500.00 |
| 8  | 1  | 1978 Plymouth | $2,500.00 | $2,500.00 |
| 9  | 1  | 1963 Ford T-Bird | $9,000.00 | $12,000.00 |
| 10 | 1  | 1969 Buick | $1,000.00 | $1,000.00 |
| 11 | 1  | 1950 Studebaker Pickup | $8,000.00 | $25,000.00 |
| 12 | 1  | 1948 Dodge Truck With Loader Frame | $4,500.00 | $4,500.00 |
| 13 | 1  | 1862 Church Bell | $20,000.00 | $20,000.00 |
| 14 | 1  | 15 Fishnets (Hoopnets) | $800.00 | $800.00 |
| 15 | 1  | 35 Truck (Semi) Tires | $40.00 | $1,400.00 |
| 16 | 1  | 1200 Pounds of Aluminum | Spot Price | |
| 17 | 1  | 2000 Pounds of Copper Wire | Spot Price | |
| 18 | 1  | 2 Metal Farm Gates (12-Foot) | $90.00 | $90.00 |
| 19 | 1  | 5 Wire Gates | $200.00 | $200.00 |
| 20 | 1  | 19 Antique Iron Farm Machinery Wheels | $200.00 | $3800.00 |
| 21 | 4  | Lightplants | $3,500.00 | $3,500.00 |
| 22 | 7  | Trailers | $7,500.00 | $7,500.00 |
| 23 | 1  | Tank Prototype Trailer | $10,000.00 | $10,000.00 |
| 24 | 2  | Highrise Electric Rig Up Machines | $20,000.00 | $20,000.00 |
| 25 | 2  | Boats and Trailers | $1,500.00 | $1,500.00 |
| 26 | 1  | Cadillac Cowboy Pickup | $3,500.00 | $3,500.00 |
| 27 | 3  | High Volume Blowers | $17,000.00 | $17,000.00 |
| 28 | 1  | Fleco Feller Buntcher | $10,000.00 | $10,000.00 |
| 29 | 1  | Fleco Blush Rake | $10,000.00 | $10,000.00 |
| 30 | 1  | Miscellaneous Farm Equipment | $2,500.00 | $2,500.00 |
| 31 | 1  | Truck Winchbed Complete | $3,500.00 | $3,500.00 |
| 32 | 1  | Steam Cleaner | $1,200.00 | $1,200.00 |
| 33 | 1  | Onan Air Cooled Diesel Engine | $2,400.00 | $2,400.00 |
| 34 | 2  | Toyota Diesel Engines | $1,200.00 | $1,200.00 |
| 35 | 1  | Misc. Gas Engines | $1,500.00 | $1,500.00 |
| 36 | 1  | 1964 Malibu Chevrolet | $3,500.00 | $3,500.00 |
| 37 | 1  | 1946 Ford Car | $3,500.00 | $3,500.00 |
| 38 | 1  | 1964 Chevrolet Pickup | $2,500.00 | $2,500.00 |
| 39 | 1  | 1979 Dodge Pickup | $800.00 | $800.00 |
| 40 | 12 | Antique Bathtubs | $3,600.00 | $3,600.00 |
| 41 | 1  | Lawn Mowers and Parts | $1,200.00 | $1,200.00 |
| 42 | 1  | Walk-in Cooler | $800.00 | $800.00 |
| 43 | 1  | Portable Car Sprayer | $500.00 | $500.00 |
| 44 | 1  | Portable Acoustic Sprayer | $750.00 | $750.00 |

*John Ocie Roberts* (signature)

Page #1 of 3

John Ocie Roberts
Bargain Barn -- Stolen Inventory

| Quantity | | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 45 | 1 | Hydraulic Lift | $350.00 | $350.00 |
| 46 | 1 | Frontend Lift | $1,200.00 | $1,200.00 |
| 47 | 105 | Steel Forklift Racks | $21,000.00 | $21,000.00 |
| 48 | 1 | 1 Tiltbed Flat Trailer | $3,500.00 | $3,500.00 |
| 49 | 10 | Wire Forklift Baskets | $2,500.00 | $2,500.00 |
| 50 | 5 | Cyclone Fence Gates | $400.00 | $400.00 |
| 51 | 1 | Wisconsin Engine | $1,500.00 | $1,500.00 |
| 52 | 1 | Misc. Antique Corn Shellers & Iron Pieces | $800.00 | $800.00 |
| 53 | 2 | Complete Silver Ware Serving Sets | $5,000.00 | $5,000.00 |
| 54 | 6 | Bulldozer Points | $1,200.00 | $1,200.00 |
| 55 | 1 | 28 Ft. Shrimp Boat and Gray Trailer and Marine Motor | $25,000.00 | $25,000.00 |
| 56 | 1 | 1400 Ft. Chainlength Fence In Place | $8,400.00 | $8,400.00 |
| 57 | 1 | Antique Farm Machinery | | |
| 58 | 20 | Sweepstocks Circa 1920-1940 | $250.00 | $5,000.00 |
| 59 | 5 | Ford Cultivators 11 Point | $300.00 | $1,500.00 |
| 60 | 26 | 1945 Antique Kiddie Car Motor Turnstile-Tent and Rail | $20,000.00 | $20,000.00 |
| 61 | 20 | Antique Ice Saws (Cross-Cut) | $100.00 | $2,000.00 |
| 62 | 5 | Antique Cross Cut Saw | $150.00 | $750.00 |
| 63 | 1 | Antique 10 Ft. Flower Pot Ferris Wheel | $1,000.00 | $1,000.00 |
| 64 | 1 | Large Antique Bottle Collection consisting of many thousands of bottles collected on the King Ranch and other areas of Texas and Mexico, Including Two complete collections sold to me by other collectors | $20,000.00 | $25,000.00 |
| 65 | 1 | Collection of Antique Pewter Gate and Fence Ornaments | $1,000.00 | $1,000.00 |
| 66 | 1 | Complete Woodshop with Plainers, Saws and Knives | $10,000.00 | $10,000.00 |
| 67 | 18 | Antique Upright Scales | $7,200.00 | $7,200.00 |
| 68 | 25 | Antique Steel Beds | $5,000.00 | $5,000.00 |
| 69 | 9 | Antique Cider Press | $450.00 | $450.00 |
| 70 | 5 | Antique Corn Grinders | $50.00 | $250.00 |
| 71 | 300 | Collection of Deer Antlers, Collected from King Ranch | $75.00 | $22,500.00 |
| 72 | 5 | 100% Pure Silver Dinner Sets | $2,300.00 | $11,500.00 |
| 73 | 1 | Hundreds of Aztec Indian Artifacts and Thousands of Indian Arrowheads | $13,000.00 | $13,000.00 |
| 74 | 2 | Water Pump Windmills - Brand Aero Motor | $2,500.00 | $5,000.00 |
| 75 | 12 | High Volume Transfer Blowers | $1,200.00 | $14,400.00 |
| 76 | 1 | 1922 Slate Pool Table | $6,500.00 | $6,500.00 |
| 77 | 1 | Antique Parts to 1960 Edsel | $2,500.00 | $2,500.00 |
| 78 | 1 | 1917 Ford Car Model T | $5,000.00 | $5,000.00 |
| 79 | 1 | 1926 Ford Car Model TT | $3,000.00 | $3,000.00 |
| 80 | 1 | 1962 American Rambler Convertible | $2,500.00 | $2,500.00 |
| 81 | 1 | 1973 Buick Convertible | $2,500.00 | $2,500.00 |

*John Ocie Roberts* (signature)

Page #2 of 3

John Ocie Roberts
Bargain Barn -- Stolen Inventory

| Quantity | | Description | Fair Market Value Each | Extended Total |
|---|---|---|---|---|
| 82 | 1 | 1974 Cadillac Convertible | $2,500.00 | $2,500.00 |
| 83 | 1 | 1950 Desoto | $4,500.00 | $4,500.00 |
| 84 | 1 | 1956 Citereon Station Wagon | $3,500.00 | $3,500.00 |
| 85 | 1 | 1956 Crown Victoria Ford | $3,500.00 | $3,500.00 |
| 86 | 1 | 1956 Batman Boat and Trailer | $4,500.00 | $4,500.00 |
| 87 | 1 | 1-2 Plane Solar Tracker | $43,000.00 | $43,000.00 |
| 88 | 1 | Hundreds of Model A & Motel T Ford parts, fenders, motors, boxes, bolts, seats and doors | $8,500.00 | $8,500.00 |
| 89 | 1 | 1725 Stradivarius Violin in a fireproof container | $15,000.00 | $15,000.00 |
| 90 | 1 | Solar Kilm for Mesquite Lumbar | $7,500.00 | $7,500.00 |
| 91 | 28 | Antique Refrigerator on 29 Ft. Trailer | $200.00 | $5,600.00 |
| 92 | 1 | 29 Foot Trailer | $4,500.00 | $4,500.00 |
| 93 | 1 | Oilfield Prototype Tank Hauler that Pivots in the middle | $25,000.00 | $25,000.00 |
| 94 | 1 | Meadows Model A Sawmill with a 36" Blade | $8,500.00 | $8,500.00 |
| 95 | 1 | Tree Slasher with a 42" Blade | $12,000.00 | 12,000.00 |
| 96 | 1 | Vermeer Stump Grinder | $7,500.00 | $7,500.00 |
| 97 | 6 | Steamer Trunks (upright) | $400.00 | $$2,400.00 |
| 98 | 1 | Water Purification Plant (Navy Design) used by City of Harlingen to purify their water for many years | $2,500.00 | $2,500.00 |
| 99 | 1 | A-Frame to Fit Large Rig-up | | |
| 100 | | Oilfield Truck | $2,500.00 | $2,500.00 |
| 101 | 10 | Heavy Antique Cast Iron Bathtubs from year 1928 | $100.00 | $1,000.00 |
| 102 | 30 | Bathroom Sinks | $25.00 | $750.00 |
| 103 | 40 | Bath Commodes | $25.00 | $1,000.00 |
| 104 | 5 | Heavy Duty Towbars | $125.00 | $625.00 |
| 105 | 1 | Hydynamo Transmission Tester year 1900 | $4,500.00 | $4,500.00 |
| 106 | 5000 | Feet Antique Barbwire @ $1.00/ft, | $1.00 | $5,000.00 |
| 107 | 300 | Antique Cast Iron Window Weights | $150.00 | $4,500.00 |
| 108 | 50 | Antique Pine Panel Doors | $125.00 | $7,500.00 |
| 109 | 105 | Antique Wood-Glass Windows | $25.00 | $2,625.00 |
| 110 | 75 | Antique Steel Traps for Large Predators | $100.00 | $7,500.00 |
| 111 | 1 | Antique Bedpan Washer (one of a kind) | $2,500.00 | $2,500.00 |
| 112 | 1 | Marble Collection | $500.00 | $500.00 |
| 113 | 1 | Set of Heavy Duty Scales | $2,500.00 | $2,500.00 |
| 114 | 400 | Yards of Rock-Calishe Black Top | $10.00 | $4,000.00 |
| 115 | 1 | Steel Bander-Machine | $1,500.00 | $1,500.00 |
| 116 | 1 | Shrimping Equipment - Nets | $1,200.00 | 1,200.00 |
| 117 | 5 | Large Cement Fish Tanks and Motors | $400.00 | $2,000.00 |
| TOTAL | | | | $692,140.00 |

*********************************************************** *John Ocie Roberts* (signature)

## JOHN OCIE ROBERTS

## GRADUATED HIGH SCHOOL
## 1954

1. Basketball scholarship

2. Several sports honors

| | |
|---|---|
| 1954 | Attended Sam Houston State - Basketball Scholarship |
| 1954-1955 | Attended Allen Military Academy<br>Obtained Associate in Arts Degree |
| 1955-1957 | Attended Baylor University<br>26 Hour Major - Speech Radio & Television |
| 1951-1954 | School Bus Driver<br>Timber Industry |
| 1954-1955 | Sold Furniture<br>Lab Tec International Rubber Co. |
| 1955-1957 | Waco, Texas<br>Contract Refueling - James Connally A.F.B<br>Assistant Field Manager for H. B. Zacary Refueling Division |
| 1957-1959 | Manager Contract Refueling<br>Naval Airstation - Pensacola, Fla. |
| 1959-1960 | Contractor in Texas Timber Industry |
| 1960-1962 | School Teacher Rio Grande Valley |
| 1962-1969 | District Manager 13 South Texas Counties for Fish and Wildlife Service. |
| 1969-1976 | King Ranch Incorp. Kleberg County, Texas As a Wildlife Manager<br>King Ranch Incorp., Kleberg County, Texas Observation Pilot |

**BUSINESS RECORD**

1991-1997    Antique and Equipment Auction and Appraisal Service.

1948-2000    Ranching

1958-2000    Heavy Equipment
Special Hard to find parts and Equipment
Logging Equipment
Oilfield Equipment
Farming Equipment
Airplane Parts
Antique Cars, Truck and Farm Tractor Equipment
Household antiques
All kinds of collectable
Boats and Barges
Real state many single family homes, 2 motels, 2 restaurants
41 lots sub-division
John Roberts sub-division, Raymondville, Texas
12 Roberts International Tampico Mexico, - Land Clearing

**BUSINESS LOCATIONS**

Timber Polk County, Texas
Heavy Machinery Farm Machinery and Antiques, San Benito, Texas
Motels, La Feria and Lyford, Texas
Restaurants, San Benito and Raymondville, Texas
Household items Antiques, Antiques Cars, Trucks, Antique Parts and Hard to find items, San Bentio, Raymondville, La Feria, Weslaco, Texas and 2 locations fro Bargain Barn -South Commerce and 1726 North Commerce, Harlingen, Cameron County, Texas.
Heavy Equipment Machinery, Tampico, Mexico

**AWARDS AND HONORS**

Highschool Diploma
Associate In Arts Degree
Basketball Scholarship for College
Interscholastic Awards
    4 gold baseballs
    2 silver basketballs
    2 Gold Interscholastic medals
    3 Silver interscholastic medals
    All State Team member

       Allen Military Academy
           Honor Cadet officer
           Appointment to West Point
           Alternate appointment to the Annapolis Naval Academy
       Teacher certificate
       A certificate from Baylor University and the Southern Baptist connection to go into all the world and teach the gospel of our Lord and Savior Jesus Christ.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>    Plaintiff | § § § | Civil Action |
| v. | § § | No. B-01-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS,<br>INSPECTOR DAN SERNA, INDIVIDUALLY,<br>INSPECTOR RUBEN MARES, INDIVIDUALLY,<br>INSPECTOR SAM GUTIERREZ, INDIVIDUALLY,<br>LA FERIA WRECKER SERVICE,<br>DOUBLE A WRECKER CO.,<br>T & T TOWING SERVICE,<br>T AND T WRECKER SERVICE,<br>TIM WILKINSON IRON & METAL INC.,<br>    Defendants | § § § § § § § § § § § § | JURY |

PLAINTIFF JOHN OCIE ROBERTS'
FIRST AMENDED DESIGNATION OF EXPERT WITNESSES

# EXHIBIT "2"

DAMAGES REPORT / FAIR MARKET

VALUE SCHEDULE

OF

STOLEN ITEMS

and

CURRICULUM VITAE OF

HERNAN L. ORELLANA


Management
Assistance
Services

BROWNSVILLE M.B.D.C
3505 Boca Chica Blvd , Suite 174
Brownsville, Texas 78521
Tel/Fax (956) 546-3400, Tel (956) 792-6490
Email orellanaherman@hotmail.com

Brownsville, November 22, 2002

Hugo de Los Santos, Atty at Law
6800 Park Ten Blvd. St. #133- N
San Antonio, Texas  78213

Re:  **THE BARGAIN BARN**:

1726 N. Commerce, Harlingen, Tx. 78550

Dear Mr. De Los Santos,

Our Company prepared the Balance Sheet of Bargain Barn as of December 31, 1999 and the related Profit and Loss projected for the twelve months ending December 31, 1999.

These reports are furnished for the exclusive use of the client containing information compiled from resources which The Brownsville M.B.D.C. does not control and whose information, unless otherwise indicated in the report, has not been verified.  In furnishing these reports, the Brownsville M.B.D.C. in no way assumes any part of the user's business risk, does not guarantee the accuracy, completeness or timeliness of the information provided and shall not be liable for any loss or injury whatsoever resulting from the contingencies beyond its control or from negligence.

In our opinion, based on education, experience and continuous professional training, the financial reports here submitted fairly represent the financial position of the Bargain Barn for the dates previously cited.

We remain,

With kindest regards,


Hernan I. Orellana, Pres. & Project Director

. . . . . . . . . . . . . . . . . . . . .
Brownsville M.B.D.C.

# CLIENT PROFILE

| Individual ||
|---|---|
| **Name:** John Ocien Roberts | **Veteran:** U.S. Army - Texas Reserve: Honorable Discharge. 1951 - 1960 |
| **SSN:** 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 | **DOB:** 9-Feb-35 |
| **Spouse's Name:** n/a | **POB:** Sweeny, Texas |
| **SSN:** n/a | **Alien ID #:** N/A |
| **Home Address:** (Street, City, Zip) P.O.Box 1167, La Feria, Texas 78559 | **Current Bank:** |
| **Home Phone Number:** (956) 492-8951 | **Bank Rep.:** |
| **Ethnic Heritage:** Anglo-saxon | **Attorney:** Hugo de Los Santos - Attorney At Law |
| **Sex:** Male | **CPA:** n/a |

| Business ||
|---|---|
| **Business Name:** The Bargain Barn | **Gross Receipts:**  Prior year:  This year (estimate): |
| **Address** (Street, City, Zip) 1726 N. Commerce, Harlingen, Texas 78550 | **Employees:**  Minority   Non-Minority |
| **Phone & Fax:** (956) 492-8951 | **8(a) Certified:** N/A |
| **Employer ID Number:** 74- | **Fiscal Year:** December 31 |
| **Business Obtain by:**  ( x ) Current Owner  ( ) Purchase  ( ) Merge    ( ) Joint Venture | **Standard Industrial Classification** N/A |
| **Business Structure:** Inc., Partner, etc. Soleproprietorship. | **Affiliates:** N/A |
| **Type of Business:** (Retail, Service, etc.) Antique & household items bazar. | **Years Experience:** |
| **Date Established:** 1983 until fire January 1, 2000 Alaskan Motel 1979-1987. Alaskan Sales & Svcs. | **Explain:** |

| Service Requested ||
|---|---|
| **Service Requested:** (New, Expansion, etc.) Expert Witness | **Jobs Available**  Before Loan  0  After Loan |
| **Purpose:** Recovery of losses of inventory of the business taken by the City of Harlingen. | **Other information** Date of Engagement: Nov. 20, 2002. |
|  | **Brownsville MBDC Representative:** Hernan (Tito) Orellana |
| **Client Signature:** | **Representative Signature:** |

**Brownsville Minority Business Development Center**

# The Bargain Barn

## PROJECTED PROFIT & LOSS STATEMENT

## Assumption & Strategy

**ASSUMPTION:**
1. The company is confronting a litigation which needs to reconstruct the financial statement as of December 31, 1999.
2. We did interviewed Mr. John O. Roberts in order to obtain related information for the reconstruction of the Financial Statement.
3. We obtained pertinent information which we evaluated as relevant data to be included in the Financial Statement. We disregarded all information which, according to our opinion may not constitute relevant to said objective.
4. In order to make a realistic actualization of the Financial Statements, we also considered the numbers of years in the market and evaluated their market penetration. We also realized that the business was under its recovery stages.
5. We searched for similar operations in the web pages to establish a trend and its business behavior.
6. We make every possible effort to maintain our professional objectivity and kept totally independently far from undue influences.
7. We also assumed that there existed a management team with talent on this line of business. The business had an Operations Management as an interfunctional imperative. Creative concepts developed a solid reputation.
8. Finally the competition was based on Quality, time and experience in order to achieve cross-functional coordination. In addition ethics and laws were integral part of their regular business practices.

**STRATEGY:**
   Management of the company integrated sales & marketing force step by step while segmenting its consumer markets into the operation.

   The strategy was not just about concepts or numbers but a well defined equilibrium between both of them.

**GOAL:**

For Management Purposes Information Only

The operation was to achieve sale of at least 1.0 time inventory turnover within a multiple customer base.

The consumer market was targeted by two distinctive segments. Consumers that appreciated antiques items and low income people that were in need of household items. Therefore, The Bargain Barn in the performance of its business was to become the number one retail store within the community its served. .

## SALES OUTLOOK

The company will be using its core competencies to secure sales of not less than $150,000 for the next year –

### EXISTING CORE COMPETENCY
The unique resources and strengths of the company was the participation of John O Roberts with his diverse resources in this type of operation, and the ability of his personnel with their extensive experiences in coordinating all phases of business to integrate the whole concept of organization and its advantages.

### COMPETITIVE PRIORITIES.

1) **COST.-** The company was lowering prices to increase demands for products and services.

2) **QUALITY-** Quality is the dimension of the product or services defined only by the customer. This attribute was dictated by consistent quality and high-personnel predisposition with a variety of products at the show room.

3) **TIME.-** Time is the essence of business. Time for preparation and time for servicing.

### COST OF GOODS SOLD

**The** Cost of Goods Sold was estimated to be about 28% to 35% of the total sales which include all other peripheral expenses like freights, damaged goods, returns, etc. In order to assume a safe position, management decided to simulate at least 35% cost of goods sold. Cost include the cost of the inventory plus the direct cost to have the inventory available for resale.

**HERNAN I. ORELLANA – "Tito"**  3905 Boca Chica Brownsville, Texas 78521
E-mail: orellanahernan@hotmail.com   Office: (956) 546-3400. Cell: (956) 792-64 90
www.MAS-Inc.org

OBJECTIVE: To assist small business entrepreneurs in their operation

RATIONALE: Providing ad-hoc support in their management, financial, and marketing needs.

## SUMMARY OF EXPERIENCES:

- Motivate people to secure project success. Our professional services achieved year after year top production nationwide during the time of operating the Center in cooperation with the U.S. Department of Commerce.
- Empowered real participation in each lunch conference with bankers, professionals and entrepreneurs. Were able to host a 13-States conference in Brownsville, Texas with a large participation from each State.
- Mastered strategic business proposals to assist small businesses in their pursuit for financial, procurement and management support.
- Innovated constantly our organizational structure with collaborative brainpower from our employees.
- Applied synergies and alliance forces to maintain team work for company development.
- Survived budget reduction until total funding elimination nationwide.
- Vast experience in about 30 countries as U.S. Government representative.
- Extensive participation in mass media seeking for support to the small business sector: TV, radio and newspapers.

## EDUCATION BACKGROUND:

1997   Universidad de Chihuahua, Mexico - Certified ISO Lead Assessor Trainer
1975   Golden Gate University, San Francisco, CA - MBA in Finance and International Business
1973   Golden Gate University, San Francisco, CA - B.A. in Accounting
1962   Instituto Superior de Comercio, Santiago, Chile – CPA
1969   University of California, Berkeley, CA – Basic Education
Training: Sensitivity Training, Management by Objective, etc at Universidad de Panama and University of Wisconsin
(While studying in California - Dean's list last four semesters and financed education 100%) All type of management training.

## PROFESSIONAL EXPERIENCE:

1996-Present
Management Assistance Services/Brownsville, Texas. The Business Development Center operated strictly under the private sector with the support of the U.S. Department of Commerce with the networking communication system. Today changes have created serious crisis to the small business's sector.

1989-1996
Corporate America Research & Associates, Project Director, Brownsville, Texas. $75 million company financing for small and medium size businesses. Achieved a 98% approval rate. Established domestic companies and secured financing and joint ventures (Korea, Europe, Africa, South America)

1982-1987
AVANTE International System, Branch Manager, Brownsville, Texas. Rated #1 in our seven state region with over $150 million in loans to small companies.

1975-1981
National Economic Development Association, Harlingen, TX. Analyst for small businesses. Concentration on financial planning, marketing research, auditing, accounting and organizational development. Developed a workable model to secure effective evaluation in the preparation of a business proposal.

CURRICULUM VITAE

1970-1971
CUNA/AID PROGRAM, based in Panama. Trained technicians for Latin American region. Responsible for the evaluation of educational programs, the development of technical (accounting, auditing, financial and organizational) Material intended for credit union development in Latin America.

1969-1979

CUNA/OEA PROGRAM, based in California. Technical Assistant for selected credit in Western Region. Assisted Credit unions by using financial and marketing strategies.   Organized four interstate conferences with intention of forming a confederation of Community Credit Unions.

1968-1969

California Credit Union League, Oakland, California - Northern office.   Auditor to small and larger credit unions.

## PERSONAL ATRIBUTE:

Flexible thinking, self-disciplined, a confident and buoyant nature, urge to be creative, a pioneer nature, analytical mind, somehow a philosopher.

## BELIEFS:

Motivation, high level of energy, character, ability to conceptualize and integrity

## AWARDS:
2001   Who is who.
1996   SBA  Award– Advocate of the year
Department of Commerce - Top Production Award (several years)
1987   Recognition Award - Caribbean Basin Program- Agency of International Development.

CURRICULUM VITAE