United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS                §
      Plaintiff        §
                   §
vs.                              §          CAUSE NO. B-01-034
                   §
CITY OF HARLINGEN, TEXAS,        §
ET.AL.                           §
      Defendants       §

CITY DEFENDANTS' SUPPLEMENTAL MOTION TO STRIKE
PLAINTIFF'S DESIGNATION OF EXPERTS AND
PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

MAY IT PLEASE THE COURT:

COMES NOW CITY OF HARLINGEN, TEXAS, INSPECTOR DAN SERNA, INSPECTOR RUBEN MARES, and INSPECTOR SAM GUTIERREZ (collectively "CITY DEFENDANTS"), in their Individual capacities, and file this their Supplemental Motion to Second Motion to Strike Plaintiff's Designation of Experts and Motion to Strike Plaintiff's Supplemental Designation of Expert Witnesses and would show the Court as follows:

I.
NATURE OF THE CASE

This controversy arises out of the CITY OF HARLINGEN's (hereafter "CITY") enforcement of two environmental ordinances, one related to clean up of trash, debris, and rubbish (Chap. 93), and another related to clean up of junked vehicles (Chap. 94), after a fire devastated the structure on the lot in question.

Plaintiff, a lessee of the lot on which the fire occurred, and which was cleaned up under the direction of the

Environmental Health Department of the CITY, contends that the CITY and several individual City employees deprived him of his personal property in violation of his state and federal rights without due process of law.

## II.
## ARGUMENT & AUTHORITIES

The CITY DEFENDANTS previously filed a Motion to Strike Plaintiff's Designation of Experts on September 20, 2002, Motion to Strike Expert John Roberts on October 18, 2002 and a Second Motion to Strike Plaintiff's Designation of Experts and Supplemental Designation of Experts on November 6, 2002, for the reasons that Plaintiff's purported designations of expert witnesses did not comply with either the Federal Rules of Civil Procedure, and *two* Court orders, or that such were not qualified.

CITY DEFENDANTS still urge and rely on said Motions and refer to such and incorporate them herein for all purposes. Despite the fact that every single one of Plaintiff's attempted Designation of Expert witnesses has failed to follow the Federal Rules of Civil Procedure or this Court's order, CITY DEFENDANTS, subject to said Motions and without waiving such, attempted to take the deposition of an expert designated by Plaintiff, Mr. Hernan Arellano. Such deposition was to be taken after the discovery deadline, pursuant to agreement between counsel, as he was out of the country until after the discovery deadline. See Exhibit "A". CITY DEFENDANTS properly noticed said deposition, however, Plaintiff failed to produce his designated "expert" Mr. Arellano for his deposition, and a certificate of non-appearance was taken. See Exhibit "B" & "C". Plaintiff never moved to quash said deposition and at no time did Defendants agree to

move said deposition, in fact even informing Plaintiff in advance through correspondence that the deposition was proceeding on that date. See Exhibit H.

Furthermore, Plaintiff has designated himself as an expert in this matter, which is also subject to previous Motions to Strike. However, in Plaintiff's deposition, before he had even attempted to designate himself as an expert, Plaintiff's counsel pulled his client out of a properly noticed deposition in the middle of the deposition, in violation of the Federal Rules of Civil Procedure and without any of the Defendants having a chance to complete the deposition. See Exhibits "D" & "E". Upon agreement of counsel, City Defendants properly noticed the continuation of Plaintiff's deposition after the discovery deadline. See Exhibits "A" & "F". However, Plaintiff did not appear for this deposition and a certificate of non-appearance was taken. Exhibit "G". Again, Plaintiff did not move to quash said deposition continuation and at no time did Defendants agree to move said deposition. See Exhibit H.

Given Plaintiff's failure to comply with the multiple deadlines for expert disclosures, willful failure to follow the Federal Rules of Civil Procedure and Local Rules and failure to appear at depositions, City Defendants again move the Court to strike each of the expert designations of Plaintiff, and Plaintiff should be precluded from calling any expert witnesses to testify in this action.

Given the lack of adequate information supplied by Plaintiff, including the specific opinions, and basis and reasons for such opinions, of Plaintiff's supposed experts, CITY DEFENDANTS' are unable to meet the Court's deadline and designate their own experts and properly prepare for trial.

Plaintiff's has continuously willfully failed to abide by this Court's order and the Rules of Civil Procedure, and now has even failed to produce any such people for deposition. It is impossible for Defendants to adequately comply with this Court's order regarding its own expert disclosure, and trial is scheduled for one month from now.

### III.
### CONCLUSION & PRAYER

The Court's previous Orders clearly required Plaintiff to revise designation of experts by certain dates and comply with the Federal Rules of Civil Procedure and the Local Rules. Plaintiff failed to do such. Further, Plaintiff has failed to produce the expert he has attempted to designate for deposition, and has failed to appear for the completion of his deposition, despite having designated himself as an expert. Due to Plaintiff's failure to disclose the required information regarding designated experts, pursuant to the Federal Rules of Civil Procedure and in conformance with the Local Rules, and failure to appear at depositions, CITY DEFENDANTS pray that Plaintiff's designation of experts and supplemental designation of experts be stricken in their entirety and that Plaintiff be precluded from calling any expert witnesses in this case.

CITY DEFENDANTS also pray for such other and further relief to which they may show themselves justly entitled.

Signed on the 4th day of February, 2003.

Respectfully submitted,

**DENTON, NAVARRO, ROCHA & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____

RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT DRINKARD
State Bar No. 24007128
Fed. Dist. No. 29288


### CERTIFICATE OF CONFERENCE
### WITH RESPECT TO SUPPLEMENTAL MOTION TO STRIKE
### PLAINTIFF'S DESIGNATION OF EXPERTS

Counsel for CITY DEFENDANTS' hereby apprizes the Court that he has attempted in good faith to confer with Plaintiff'S counsel's office regarding this issue. Counsel for Plaintiff is opposed to this motion.

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the ___4th___ day of February, 2003.


Hugo Xavier De Los Santos    **By CMRRR#: 7002 0860 0004 8101 6447**
LAW OFFICE OF HUGO XAVIER DE LOS SANTOS
6800 Park Ten Blvd. Ste. 123-N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**

Mr. Michael R. Ezell
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR CROSS-DEFENDANT LA FERIA WRECKER SERVICE**


Mr. Curtis Bonner
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR CROSS-DEFENDANT T&T TOWING SERVICE**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS        §
            Plaintiff        §
                            §
vs.                         §        CAUSE NO. B-01-034
                            §
CITY OF HARLINGEN, TEXAS,   §
ET.AL.                      §
            Defendants       §

ORDER ON CITY DEFENDANTS' SECOND MOTION TO STRIKE
PLAINTIFF'S DESIGNATION OF EXPERTS
AND MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL
DESIGNATION OF EXPERT WITNESSES

_____

On this day the Court considered the CITY DEFENDANTS' Second Motion to Strike Plaintiff's Designation of Experts and Motion to Strike Plaintiff's Supplemental Designation of Expert Witnesses. After due consideration of matters raised in that motion, any responses thereto, and the pleadings in this cause, the Court is of the opinion that the motion is meritorious and should be GRANTED.

It is, therefore ORDERED, ADJUDGED, and DECREED that the CITY DEFENDANTS Motion to Strike Plaintiff's Designation of Experts and Motion to Strike Plaintiff's Supplemental Designation of Experts are hereby GRANTED. Pursuant to such order, Plaintiff is prohibited from calling any expert witnesses to testify in this action.

SIGNED ON this the _____ day of _____, 2003.


_____
HON. HILDA G. TAGLE
U.S. DISTRICT COURT

EXHIBIT" *A* "

de los Santos Law Firm   (210) 737-1556   12/12/02 04:34P   P.002
Case 1:01-cv-00034   Document 77   Filed in TXSD on 02/05/2003   Page 9 of 66
Dec 11 02 05:16p   :AMPAGE LAW RGV   (   ) 421-3621   p.2

# DENTON, NAVARRO & BERNAL

A Professional Corporation
**ATTORNEYS AND COUNSELORS**

| SAN ANTONIO OFFICE | Bank of America Building | LAREDO OFFICE |
|---|---|---|
| 1700 Tower Life Building | 222 East Van Buren, Suite 405 | 1102 Scott, Suite 4-B |
| 310 South St. Mary's Street | HARLINGEN, TEXAS 78550-6804 | Laredo, Texas 78040 |
| San Antonio, Texas 78205-3111 | (956) 421-4904 | (956) 726-6018 |
| (210) 227-3243 | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Fax (210) 225-4481 | ftrm@rampage-rgv.com | |

December 11, 2002

Mr. Hugo X. De Los Santos
ATTORNEY AT LAW                    Via Fax: 210/737-1556
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213

      Re: *John Ocie Roberts vs City of Harlingen, et al*
          C.A. No. B-001-34
          (S. D. Tex.- Brownsville Division)

Dear Mr. De Los Santos:

    This is a Rule 29 letter intended to memorialize our agreement regarding the deposition schedule in the above-referenced case.

    At the present time, the court-ordered discovery deadline in this case is set for December 20, 2002. It is our understanding that Plaintiff's designated expert Hernan Arellano is out of the country until after the discovery deadline period. As a result, all parties to this agreement hereby agree that the depositions of Plaintiff's designated expert Hernan Arellano and defendant City of Harlingen's expert George Tovar will be taken after the discovery deadline of December 20. Each party agrees to produce the respective expert for deposition at a date after the discovery deadline and neither party will object to the taking of such deposition after this deadline. This agreement is made subject to the Defendant City of Harlingen's Motion to Strike Arellano as an expert.

    Further, it is agreed that Plaintiff John Ocie Roberts will be produced for the continuation of his deposition after the discovery deadline and no party will object to the continuation

Mr. Hugo DeLos Santos
December 11, 2002
Page -2-

of his previously started deposition after the discovery
deadline of December 20.

Very truly yours,

Robert Drinkard

AGREED & APPROVED:

Mr. Hugo delos Santos
COUNSEL FOR PLAINTIFF

Mr. Michael Ezell
COUNSEL FOR DEFENDANT LAFERIA WRECKER SERVICE

Mr. Curtis Bonner
COUNSEL FOR DEFENDANT T&T TOWING SERVICE

Mr. Hugo DeLos Santos
December 11, 2002
Page -2-

of his previously started deposition after the discovery
deadline of December 20.

Very truly yours,

Robert Drinkard

**AGREED & APPROVED:**

_____
Mr. Hugo delos Santos
COUNSEL FOR PLAINTIFF

_____
Mr. Michael Ezell
COUNSEL FOR DEFENDANT LAFERIA WRECKER SERVICE

Mr. Curtis Bonner
COUNSEL FOR DEFENDANT T&T TOWING SERVICE

EXHIBIT" _B_ "

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
|      Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. B-01-34 |
| | § | |
| CITY OF HARLINGEN, TEXAS, | § | |
| et al., | § | |
|      Defendants | § | |

## CITY DEFENDANTS NOTICE OF INTENT TO TAKE ORAL/VIDEO DEPOSITION OF HERNAN ORELLANO

TO:  Plaintiff JOHN OCIE ROBERTS,
    by and through his attorney of record:
    Mr. Hugo Xavier De Los Santos
    6800 Park Ten Blvd. Ste. 123N
    San Antonio, Texas 78213

Pursuant to the Federal Rules of Civil Procedure, CITY DEFENDANTS, through counsel, intend to take and continue the oral stenographic and/or video deposition of the following person:

1.  HERNAN ORELLANO

The continuation of said deposition will commence on WEDNESDAY, JANUARY 22,2003, at 2:30 P.M. at the law offices of DENTON, NAVARRO, ROCHA & BERNAL, 222 E. VAN BUREN #405, HARLINGEN, TEXAS 78550, before a Certified Court Reporter. The deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

SIGNED on the 10th day of January, 2003.

                              Respectfully submitted,

                              **DENTON, NAVARRO & BERNAL**
                              A Professional Corporation
                              Bank of America Building
                              222 East Van Buren, Suite 405
                              Harlingen, Texas 78550
                              956/421-4904
                              956/421-3621 (Fax)

                    By: _____
                              RICARDO J. NAVARRO
                              ATTORNEY IN CHARGE
                              State Bar No. 14829100
                              So. Dist. ID No. 5953
                              ROBERT L. DRINKARD
                              State Bar No. 24007128
                              So. Dist. ID No. 29288


                    **CERTIFICATE OF SERVICE**

     I certify that a true copy of this document has been sent
by regular U.S. Mail, unless otherwise indicated, to the persons
listed below on the 10th day of January 2003.


Mr. Hugo Xavier De Los Santos          **By Fax: (210) 737-1556**
Attorney At Law
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**


Mr. Michael R. Ezell                   **By Fax: (956)421-4258**
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**

Mr. Curtis Bonner                          By Fax: (956) 428-0671
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR DEFENDANT T&T TOWING SERVICE**

Bryant & Stingley Reporters                By Fax: (956) 428-7133
2010 E. Harrison
Harlingen, Texas 78550

RICARDO J. NAVARRO
ROBERT L. DRINKARD

Defendant's Notice of Deposition-Hernan Orellano                    Page 3

EXHIBIT"___*C*___"

```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION

JOHN OCIE ROBERTS              X
                               X
                               X
                               X
VS.                            X   CASE NO. B-01-34
                               X
                               X
CITY OF HARLINGEN, TEXAS,      X
ET AL.                         X
```

_____

```
        CERTIFICATION OF NON-ATTENDANCE
     TO THE DEPOSITION OF HERNON ORELLANO
                JANUARY 22, 2003
```

_____

**ORIGINAL**

FOR THE DEFENDANT CITY OF HARLINGEN:
   ROBERT L. DRINKARD
   DENTON, NAVARRO, ROCHA & BERNAL
   Bank of America Building
   222 East Van Buren, Suite 405
   Harlingen, Texas  78550

FOR THE DEFENDANT T&T TOWING SERVICE:
   CURTIS BONNER
   BONNER & BONNER
   103 South Third
   Harlingen, Texas  78550

FOR THE DEFENDANT LA FERIA WRECKER SERVICE:
   MICHAEL R. EZELL
   LAW OFFICE OF MICHAEL R. EZELL
   312 East Van Buren
   Harlingen, Texas  78550

ALSO PRESENT:
   Paul Toscano, Videographer

14:45 1          MR. DRINKARD:  This is Robert Drinkard on

14:46 2  behalf of the City of Harlingen and the individual City

14:46 3  Defendants.  We are here for the deposition of

14:46 4  Mr. Hernon Orellano, which was noticed for today,

14:46 5  January 22nd, 2003, at 2:30 p.m.  It is presently

14:46 6  2:45 p.m.  There are two other attorneys present.

14:46 7          MR. BONNER:  Curtis Bonner representing

14:46 8  Jose Antonio Garcia doing business as T&T.

14:46 9          MR. EZELL:  Michael Ezell for La Feria

14:46 10  Wrecker.

14:46 11          MR. DRINKARD:  We have marked as Orellano

14:46 12  Exhibit No. 1, and would like to offer that into the

14:46 13  deposition record, the notice of deposition which is

14:46 14  setting the deposition for today, January 22nd, at

14:46 15  2:30 p.m.

14:46 16          I would just like the record to note that

14:47 17  Mr. Orellano has failed to appear for the deposition,

14:47 18  and we have got no phone call or anything from him or

14:47 19  the plaintiff's attorney regarding this.

14:47 20          MR. BONNER:  No questions.

14:47 21          MR. EZELL:  No questions.

22          (Statement concluded)

23

24

25

1          I, MAUREEN STINGLEY, a Certified Court

2     Reporter in and for the State of Texas, do hereby

3     certify that I appeared to take the oral deposition of

4     HERNON ORELLANO in the above-named cause on JANUARY 22,

5     2003, at the offices of Denton, Navarro, Rocha &

6     Bernal, Bank of America Building, 222 East Van Buren,

7     Suite 405, Harlingen, Texas, that the aforementioned

8     attorneys were present, and that neither said witness

9     nor his attorney appeared for the deposition, and that

10    the foregoing statement is a true and correct

11    transcription of the proceedings.

12

13          WITNESS MY HAND on this the _23rd_ day of

14    _January_____ 2003.

15

16

17          _Maureen Stingley_ by: ROX
             MAUREEN STINGLEY, Texas CSR 691

18           Expiration Date:  12-31-04
             Bryant & Stingley, Inc.

19           2010 East Harrison
             Harlingen, Texas  78550

20           (956) 428-0755

21

22

23

24

25

EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,          §
      Plaintiff          §
              §
vs.                         §          Civil Action No. B-01-34
              §
CITY OF HARLINGEN, TEXAS,   §
et al.,                     §
      Defendants         §

## CITY DEFENDANTS NOTICE OF INTENT TO TAKE ORAL/VIDEO DEPOSITION OF HERNAN ORELLANO

TO:  Plaintiff JOHN OCIE ROBERTS,
     by and through his attorney of record:
     Mr. Hugo Xavier De Los Santos
     6800 Park Ten Blvd. Ste. 123N
     San Antonio, Texas 78213

Pursuant to the Federal Rules of Civil Procedure, CITY DEFENDANTS, through counsel, intend to take and continue the oral stenographic and/or video deposition of the following person:

1.  **HERNAN ORELLANO**

The continuation of said deposition will commence on **WEDNESDAY, JANUARY 22, 2003,** at 2:30 P.M. at the law offices of **DENTON, NAVARRO, ROCHA & BERNAL, 222 E. VAN BUREN #405, HARLINGEN, TEXAS 78550,** before a Certified Court Reporter. The deposition will continue from day to day until completed.

Defendant's Notice of Deposition-Hernan Orellano                Page 1



Orellano
EXHIBIT NO. 1
1-22-03
Bryant & Stingley, Inc.

You are invited to attend and cross-examine.

SIGNED on the 10th day of January, 2003.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____

RICARDO J. NAVARRO
ATTORNEY IN CHARGE
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist. ID No. 29288

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 10th day of January 2003.

Mr. Hugo Xavier De Los Santos        By Fax: (210) 737-1556
Attorney At Law
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**

Mr. Michael R. Ezell                  By Fax: (956)421-4258
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**

Defendant's Notice of Deposition-Hernan Orellano                Page 2

Mr. Curtis Bonner                   By Fax: (956) 428-0671
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR DEFENDANT T&T TOWING SERVICE**


Bryant & Stingley Reporters        By Fax: (956) 428-7133
2010 E. Harrison
Harlingen, Texas 78550

RICARDO J. NAVARRO
ROBERT L. DRINKARD

Defendant's Notice of Deposition-Hernan Orellano            Page 3

EXHIBIT"____"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,                §
      Plaintiff         §
                                  §
vs.                               §         Civil Action No. B-01-34
                                  §
CITY OF HARLINGEN, TEXAS,         §
et al.,                           §
      Defendants        §

## CITY DEFENDANTS FOURTH AMENDED NOTICE OF INTENT TO TAKE ORAL/VIDEO DEPOSITION OF JOHN OCIE ROBERTS

TO:  Plaintiff JOHN OCIE ROBERTS,
    by and through his attorney of record:
    Mr. Hugo Xavier De Los Santos
    6800 Park Ten Blvd. Ste. 123N
    San Antonio, Texas 78213

Pursuant to the Federal Rules of Civil Procedure, CITY DEFENDANTS, through counsel, intend to take and continue the oral stenographic and/or video deposition of the following person:

1.   JOHN OCIE ROBERTS

The continuation of said deposition will commence on **TUESDAY, JUNE 25, 2002, at 1:30 P.M.** at the law offices of **DENTON, NAVARRO & BERNAL, 222 E. VAN BUREN #405, HARLINGEN, TEXAS 78550,** before a Certified Court Reporter. The deposition will continue from day to day until completed.

You are invited to attend and cross-examine.    SIGNED on the ___ day of June, 2002.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____

RICARDO J. NAVARRO
ATTORNEY IN CHARGE
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist. ID No. 29288

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the ___ day of June, 2002.

Mr. Hugo Xavier De Los Santos          **By Fax: (210) 737-1556**
Attorney At Law
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**

Mr. Michael R. Ezell                    **By Fax: (956)421-4258**
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**

Defendant's Fourth  Notice of Deposition                          Page 2

Mr. Curtis Bonner                          **By Fax: (956) 428-0671**
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR DEFENDANT T&T TOWING SERVICE**


Bryant & Stingley Reporters                **By Fax: (956) 428-7133**
2010 E. Harrison
Harlingen, Texas 78550

_____

RICARDO J. NAVARRO
ROBERT L. DRINKARD

Defendant's Fourth  Notice of Deposition                          Page 3

**EXHIBIT"___*E*___"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,        )(
      Plaintiff       )(
                     )(
VS.                       )(    CIVIL ACTION NO. B-01-34
                     )(
CITY OF HARLINGEN, TEXAS, )(
ET AL.,                   )(
      Defendants       )(

---

ORAL AND VIDEOTAPED DEPOSITION OF
JOHN OCIE ROBERTS
JUNE 25, 2002
VOLUME 2

---



      ORAL AND VIDEOTAPED DEPOSITION OF JOHN OCIE

ROBERTS, produced as a witness at the instance of the

DEFENDANTS CITY OF HARLINGEN, TEXAS, DAN SERNA, RUBEN

MARES AND SAM GUTIERREZ, taken in the above styled and

numbered cause on JUNE 25, 2002, reported by RHONDA A.

MARTIN, Certified Court Reporter No. 4297, in and for

the State of Texas, at the offices of Denton, Navarro &

Bernal, Bank of America Building, 222 East Van Buren,

Suite 405, Harlingen, Texas, pursuant to the Federal

Rules of Civil Procedure.

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366    (956)428-0755    (956)542-1020

<u>APPEARANCES</u>

COUNSEL FOR PLAINTIFF:

    HUGO XAVIER DE LOS SANTOS
    ATTORNEY AT LAW
    6800 Park Ten Boulevard, Suite 123 N.
    San Antonio, Texas 78213

COUNSEL FOR DEFENDANTS CITY OF HARLINGEN, TEXAS, DAN
SERNA, RUBEN MARES AND SAM GUTIERREZ:

    ROBERT DRINKARD
    DENTON, NAVARRO & BERNAL
    Bank of America Building
    222 East Van Buren, Suite 405
    Harlingen, Texas 78550-6804

COUNSEL FOR DEFENDANT JOSE A. GARCIA:

    CURTIS BONNER
    BONNER & BONNER
    103 South 3rd Street
    Harlingen, Texas 78551

COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE:

    MICHAEL R. EZELL
    LAW OFFICE OF MICHAEL R. EZELL
    312 East Van Buren
    Harlingen, Texas 78551

ALSO PRESENT:

    Dan Serna
    Rene Ortiz, Videographer

BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956)618-2366   (956)428-0755   (956)542-1020

INDEX

| | PAGE |
|---|---|
| Appearances ..................................... | 108 |

JOHN OCIE ROBERTS
| | |
|---|---|
| Examination by Mr. Drinkard .................... | 110 |
| Examination by Mr. Bonner ...................... | 163 |
| Examination by Mr. Ezell ....................... | 203 |
| | |
| Errata Sheet/Signature Page .................... | 219 |
| | |
| Reporter's Certificate ......................... | 220 |

Attached to the end of the transcript:  Stipulations

EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN. |
|---|---|---|
| 10 | City of Harlingen, Notice of Citation, Health Department ....................... | 116 |
| 11 | Partial list of items formerly located at 1726 North Commerce ................... | 144 |
| 12 | Photographs ............................ | 161 |
| 13 | Photograph ............................. | 180 |
| 14 | Photograph ............................. | 180 |
| 15 | Photograph ............................. | 180 |
| 16 | Photograph ............................. | 180 |

CERTIFIED QUESTIONS

| NUMBER | PAGE/LINE |
|---|---|
| 3 | 121/6 |
| 4 | 121/22 |
| 5 | 136/6 |
| 6 | 140/3 |
| 7 | 141/11 |

17:07:07 1   deposition exhibits.

17:07:08 2       A.  If I understand your question, you want to know

17:07:12 3   where it is on this list?

17:07:12 4       Q.  Yes, sir.

17:07:13 5              THE VIDEOGRAPHER:  Can I take a quick

17:07:14 6   break?  I need to swap tapes.

17:07:16 7              MR. DE LOS SANTOS:  I'm going to warn you,

17:07:17 8   gentlemen, it's after 5:00 already, so while he's

17:07:20 9   taking his break, I'd like to discuss that issue at

17:07:20 10  this time.

17:07:25 11             THE WITNESS:  Let's go to midnight.

17:07:26 12             THE VIDEOGRAPHER:  Off the record.

17:07:26 13             (Brief recess)

17:11:28 14             MR. DE LOS SANTOS:  Gentlemen, I'm going

17:11:28 15  to let you know it's after 5:00, and I explained to you

17:11:32 16  previously tomorrow is my son's birthday, and I have

17:11:41 17  already made arrangements in Edinburg to change a court

17:11:41 18  hearing there so that I could be in San Antonio with my

17:11:42 19  boy tomorrow, and I'm certainly not going to miss my

17:11:45 20  flight back this evening, and I told you that.

17:11:47 21             You had told us the last time you had an

17:11:49 22  estimate of time for the city of 30 to 45 minutes, and

17:11:54 23  each of the two individual defendants, counsel each

17:11:57 24  represented that they had about half an hour or so.

17:11:59 25  That would have been about an hour and 45 minutes, two

17:12:03  1    hours tops.

17:12:04  2            We've been here since 1:30.  We've taken

17:12:06  3    minimal breaks insofar as length of time in each break

17:12:09  4    and we've been ready to go, and you have had ample

17:12:14  5    opportunity to depose Mr. Roberts and prepare

17:12:17  6    yourselves for your motions.  And unfortunately,

17:12:19  7    gentlemen, I'm leaving, and so is my client, and thank

17:12:23  8    you-all very much for this afternoon.

17:12:24  9            If you want to continue this deposition,

17:12:26  10   we'll have to discuss that at another time, but as far

17:12:28  11   as I'm concerned, it's adjourned.

17:12:32  12           MR. EZELL:  For the record, I will need to

17:12:33  13   continue the deposition at some point in time.  I'll

17:12:36  14   proceed to file my dispositive motions without further

17:12:41  15   deposition.  But -- but I'm -- I'm in the middle of

17:12:43  16   what I'm doing and all this stuff has come up today and

17:12:48  17   I -- I've come on late in the day, so I don't think

17:12:51  18   I've done anything out of order in the proceedings.

17:12:51  19           MR. DE LOS SANTOS:  I understand.

17:12:54  20           MR. DRINKARD:  Okay.  I, too, would like

17:12:55  21   to say I am going to have a few follow-up questions, so

17:12:59  22   I would like to continue the deposition at some point,

17:13:01  23   but we will go ahead and also file our dispositive

17:13:02  24   motion.  I assume that we can't get the deposition in

17:13:06  25   before that, which I guess that's the way it's going to

17:13:10   1    be, but we would like to continue the deposition at

17:13:14   2    some point.

17:13:15   3                    MR. BONNER:   Curtis Bonner.   I represent

17:13:20   4    Mr. Garcia.   I believe that the deposition should

17:13:21   5    continue until it has ended today, in accordance with

17:13:23   6    the notice.

           7                    (Deposition recessed)

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

ERRATA SHEET/SIGNATURE PAGE

PAGE LINE   CHANGE                                REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   I, JOHN OCIE ROBERTS, have read the foregoing
transcript and hereby affix my signature that same is
true and correct, except as noted above.

                        _____
                        JOHN OCIE ROBERTS


THE STATE OF TEXAS

COUNTY OF CAMERON

        SUBSCRIBED AND SWORN TO BEFORE ME, the

undersigned authority on this the _____ day of

_____, 2002.


                        _____
                        Notary Public in and for
                        The State of Texas

BRYANT & STINGLEY, INC.
    McAllen          Harlingen          Brownsville
(956)618-2366    (956)428-0755    (956)542-1020

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,           ) (
        Plaintiff            ) (
                             ) (
VS.                          ) (   CIVIL ACTION NO. B-01-34
                             ) (
CITY OF HARLINGEN, TEXAS,    ) (
ET AL.,                      ) (
        Defendants           ) (
```

REPORTER'S CERTIFICATION

I, RHONDA A. MARTIN, Certified Court Reporter, certify that the witness, JOHN OCIE ROBERTS, was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on JUNE 25, 2002; that the deposition was reported by me in stenograph and was subsequently transcribed by me or under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the 26th day of June, 2002.

_Rhonda Martin_

RHONDA A. MARTIN, Texas CSR 4297
Expiration Date:  12-31-03
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755

EXHIBIT" _F_ "

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,              §
          Plaintiff             §
                                §
vs.                             §        Civil Action No. B-01-34
                                §
CITY OF HARLINGEN, TEXAS,       §
et al.,                         §
          Defendants            §

### CITY DEFENDANTS FIFTH AMENDED NOTICE OF INTENT TO TAKE ORAL/VIDEO DEPOSITION OF JOHN OCIE ROBERTS

TO:  Plaintiff JOHN OCIE ROBERTS,
     by and through his attorney of record:
     Mr. Hugo Xavier De Los Santos
     6800 Park Ten Blvd. Ste. 123N
     San Antonio, Texas 78213

Pursuant to the Federal Rules of Civil Procedure, CITY DEFENDANTS, through counsel, intend to take and continue the oral stenographic and/or video deposition of the following person:

1.  JOHN OCIE ROBERTS

The continuation of said deposition will commence on WEDNESDAY, JANUARY 22, 2003, at 10:30 A.M. at the law offices of DENTON, NAVARRO, ROCHA & BERNAL, 222 E. VAN BUREN #405, HARLINGEN, TEXAS 78550, before a Certified Court Reporter. The deposition will continue from day to day until completed.

Defendant's Fifth Notice of Deposition                              Page 1

You are invited to attend and cross-examine.

SIGNED on the 10th day of January, 2003.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
ATTORNEY IN CHARGE
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist. ID No. 29288


<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 10th day of January 2003.


Mr. Hugo Xavier De Los Santos          **By Fax: (210) 737-1556**
Attorney At Law
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**


Mr. Michael R. Ezell                   **By Fax: (956)421-4258**
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**

Mr. Curtis Bonner                          By Fax: (956) 428-0671
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
COUNSEL FOR DEFENDANT T&T TOWING SERVICE

Bryant & Stingley Reporters               By Fax: (956) 428-7133
2010 E. Harrison
Harlingen, Texas 78550

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

Defendant's Fifth  Notice of Deposition                    Page 3

EXHIBIT"___G___"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | X | |
| | X | |
| | X | |
| | X | |
| VS. | X | CASE NO. B-01-34 |
| | X | |
| | X | |
| CITY OF HARLINGEN, TEXAS, | X | |
| ET AL. | X | |

---

CERTIFICATION OF NON-ATTENDANCE
TO THE DEPOSITION OF JOHN OCIE ROBERTS
JANUARY 22, 2003

---

FOR THE DEFENDANT CITY OF HARLINGEN:      ORIGINAL
    ROBERT L. DRINKARD
    DENTON, NAVARRO, ROCHA & BERNAL
    Bank of America Building
    222 East Van Buren, Suite 405
    Harlingen, Texas  78550

FOR THE DEFENDANT T&T TOWING SERVICE:
    CURTIS BONNER
    BONNER & BONNER
    103 South Third
    Harlingen, Texas  78550

FOR THE DEFENDANT LA FERIA WRECKER SERVICE:
    MICHAEL R. EZELL
    LAW OFFICE OF MICHAEL R. EZELL
    312 East Van Buren
    Harlingen, Texas  78550

ALSO PRESENT:
    Paul Toscano, Videographer

10 51:08 1              MR. DRINKARD:  This is Robert Drinkard.  I

10:51:09 2      represent the City of Harlingen, along with several

10:51:16 3      individual city defendants.  If you-all want to go

10:51:18 4      ahead and --

10:51:20 5              MR. BONNER:  Curtis Bonner.  I represent

10:51:21 6      Jose Antonio Garcia, Doing Business as T&T.

10:51:27 7              MR. EZELL:  Michael Ezell for La Feria

10:51:29 8      Wrecker.

10:51:31 9              MR. DRINKARD:  Okay, it's January 22,

10 51:34 10     2003.  We had noticed the continuation of the plaintiff

10:51:38 11     Mr. Roberts' deposition for today at 10:30 a.m.  He has

10 51:43 12     not shown up.

10:51:44 13             If I could, I would like to offer into the

10:51:47 14     deposition record Roberts Exhibit No. 17, which is the

10:51:52 15     original notice of deposition for June 20th.  The

10:51:59 16     deposition was to go day to day, as in the notice.

10.52 02 17     Plaintiff's attorney agreed that he needed to be

10:52:05 18     somewhere.  We all agreed to meet again on

10:52:08 19     June 25, 2002.

10:52:11 20             Exhibit No. 18 is a true and correct copy

10:52:14 21     of the notice of deposition for that date.  It also --

10 52:19 22     the deposition was to continue from day to day until

10:52:21 23     completed, in accordance with that notice.  Mr. De Los

10:52:29 24     Santos decided he was going to pull his client out of

10:52:31 25     the deposition because he had to be somewhere.  The

10:52:34  1    deposition, I don't think anybody was complete --

10:52:39  2    finished with Mr. Roberts.

10:52:42  3              And Exhibit No. 19 is the amended notice

10:52:46  4    of deposition for today's date, which Mr. De Los Santos

10:52:52  5    and Mr. Roberts have failed to appear.

10:52:56  6              MR. BONNER:  So it's now five minutes

10:52:59  7    until 11:00, no appearance, no telephone call from

10:53:04  8    Mr. De Los Santos; is that correct?

10:53:06  9              MR. DRINKARD:  That's correct.

10:53:07 10              MR. EZELL:  And we have been here since

10:53:08 11    10:30, the noticed time for the deposition.

         12              (Statement complete)

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

```
 1              I, SHELLEY STINGLEY, a Certified Court

 2   Reporter in and for the State of Texas, do hereby

 3   certify that I appeared to take the oral deposition of

 4   JOHN OCIE ROBERTS in the above-named cause on JANUARY

 5   22, 2003, at the offices of Denton, Navarro, Rocha &

 6   Bernal, Bank of America Building, 222 East Van Buren,

 7   Suite 405, Harlingen, Texas, that the aforementioned

 8   attorneys were present, and that neither said witness

 9   nor his attorney appeared for the deposition, and that

10   the foregoing statement is a true and correct

11   transcription of the proceedings.

12

13              WITNESS MY HAND on this the 23rd day of

14   January            2003.

15

16

17              _____

                 SHELLEY STINGLEY, Texas CSR 5725
18               Expiration Date:  12-31-04
                 Bryant & Stingley, Inc.
19               2010 East Harrison
                 Harlingen, Texas  78550
20               (956) 428-0755

21

22

23

24

25
```

EXHIBIT 17

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,                    §
            Plaintiff                 §
                                      §
vs.                                   §        Civil Action No. B-01-34
                                      §
CITY OF HARLINGEN, TEXAS,             §
et al.,                               §
            Defendants                §

### CITY DEFENDANTS THIRD AMENDED NOTICE OF INTENT TO TAKE ORAL/VIDEO DEPOSITION OF JOHN OCIE ROBERTS

TO:  Plaintiff JOHN OCIE ROBERTS,
     by and through his attorney of record:
     Mr. Hugo Xavier De Los Santos
     6800 Park Ten Blvd. Ste. 123N
     San Antonio, Texas 78213

     Pursuant to the Federal Rules of Civil Procedure, CITY DEFENDANTS, through counsel, intend to take the oral stenographic and/or video deposition of the following person:

     1.  JOHN OCIE ROBERTS

     Said deposition will commence on **THURSDAY, JUNE 20, 2002,** at **1:30 P.M.** at the law offices of **DENTON, NAVARRO & BERNAL, 222 E. VAN BUREN #405, HARLINGEN, TEXAS 78550,** before a Certified Court Reporter.   The deposition will continue from day to day until completed.

     You are invited to attend and cross-examine.

Defendant's Third  Notice of Deposition                              Page 1

Roberts
EXHIBIT NO. 17
1-22-03
Shelley Stingley

SIGNED on the 13th day of June, 2002.

                              Respectfully submitted,

                              **DENTON, NAVARRO & BERNAL**
                              A Professional Corporation
                              Bank of America Building
                              222 East Van Buren, Suite 405
                              Harlingen, Texas 78550
                              956/421-4904
                              956/421-3621 (Fax)

              By:   _Ricardo J. Navarro_____
                              RICARDO J. NAVARRO
                              ATTORNEY IN CHARGE
                              State Bar No. 14829100
                              So. Dist. ID No. 5953
                              ROBERT L. DRINKARD
                              State Bar No. 24007128
                              So. Dist. ID No. 29288


### CERTIFICATE OF SERVICE

    I certify that a true copy of this document has been sent
by regular U.S. Mail, unless otherwise indicated, to the persons
listed below on the 13th day of June, 2002.


Mr. Hugo Xavier De Los Santos          By Fax: (210) 737-1556
Attorney At Law
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**


Mr. Michael R. Ezell                   By Fax: (956)421-4258
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**

Mr. Curtis Bonner                           By Fax: (956) 428-0671
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR DEFENDANT T&T TOWING SERVICE**


Bryant & Stingley Reporters                 By Fax: (956) 428-7133
2010 E. Harrison
Harlingen, Texas 78550


RICARDO J. NAVARRO
ROBERT L. DRINKARD

EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,          §
          Plaintiff         §
                            §
vs.                         §        Civil Action No. B-01-34
                            §
CITY OF HARLINGEN, TEXAS,   §
et al.,                     §
          Defendants        §

### CITY DEFENDANTS FOURTH AMENDED NOTICE OF INTENT TO TAKE ORAL/VIDEO DEPOSITION OF JOHN OCIE ROBERTS

TO:  Plaintiff JOHN OCIE ROBERTS,
     by and through his attorney of record:
     Mr. Hugo Xavier De Los Santos
     6800 Park Ten Blvd. Ste. 123N
     San Antonio, Texas 78213

Pursuant to the Federal Rules of Civil Procedure, CITY DEFENDANTS, through counsel, intend to take and continue the oral stenographic and/or video deposition of the following person:

1.   JOHN OCIE ROBERTS

The continuation of said deposition will commence on TUESDAY, JUNE 25, 2002, at 1:30 P.M. at the law offices of DENTON, NAVARRO & BERNAL, 222 E. VAN BUREN #405, HARLINGEN, TEXAS 78550, before a Certified Court Reporter. The deposition will continue from day to day until completed.

Defendant's Fourth Notice of Deposition                              Page 1

EXHIBIT NO. 18
1-22-03
Shelley Stingley
Roberts

You are invited to attend and cross-examine.    SIGNED on the 21st day of June, 2002.

                                    Respectfully submitted,

                                    **DENTON, NAVARRO & BERNAL**
                                    A Professional Corporation
                                    Bank of America Building
                                    222 East Van Buren, Suite 405
                                    Harlingen, Texas 78550
                                    956/421-4904
                                    956/421-3621 (Fax)

                      By:          _____
                                    RICARDO J. NAVARRO
                                    ATTORNEY IN CHARGE
                                    State Bar No. 14829100
                                    So. Dist. ID No. 5953
                                    ROBERT L. DRINKARD
                                    State Bar No. 24007128
                                    So. Dist. ID No. 29288

## CERTIFICATE OF SERVICE

    I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 21st day of June, 2002.

Mr. Hugo Xavier De Los Santos            **By Fax: (210) 737-1556**
Attorney At Law
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**


Mr. Michael R. Ezell                     **By Fax: (956)421-4258**
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**

Defendant's Fourth  Notice of Deposition                          Page 2

Mr. Curtis Bonner                          By Fax: (956) 428-0671
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR DEFENDANT T&T TOWING SERVICE**


Bryant & Stingley Reporters                By Fax: (956) 428-7133
2010 E. Harrison
Harlingen, Texas 78550


_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

EXHIBIT 19

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN OCIE ROBERTS,                §
          Plaintiff               §
                                  §
vs.                               §        Civil Action No. B-01-34
                                  §
CITY OF HARLINGEN, TEXAS,         §
et al.,                           §
          Defendants              §

CITY DEFENDANTS FIFTH AMENDED NOTICE OF INTENT TO TAKE
ORAL/VIDEO DEPOSITION OF JOHN OCIE ROBERTS

TO:  Plaintiff JOHN OCIE ROBERTS,
     by and through his attorney of record:
     Mr. Hugo Xavier De Los Santos
     6800 Park Ten Blvd. Ste. 123N
     San Antonio, Texas 78213

     Pursuant to the Federal Rules of Civil Procedure, CITY DEFENDANTS, through counsel, intend to take and continue the oral stenographic and/or video deposition of the following person:

     1.   JOHN OCIE ROBERTS

     The continuation of said deposition will commence on WEDNESDAY, JANUARY 22, 2003, at 10:30 A.M. at the law offices of DENTON, NAVARRO, ROCHA & BERNAL, 222 E. VAN BUREN #405, HARLINGEN, TEXAS 78550, before a Certified Court Reporter. The deposition will continue from day to day until completed.

Defendant's Fifth  Notice of Deposition                              Page 1



You are invited to attend and cross-examine.

SIGNED on the 10th day of January, 2003.

                                 Respectfully submitted,

                                 DENTON, NAVARRO & BERNAL
                                 A Professional Corporation
                                 Bank of America Building
                                 222 East Van Buren, Suite 405
                                 Harlingen, Texas 78550
                                 956/421-4904
                                 956/421-3621 (Fax)

                       By:       _____
                                 RICARDO J. NAVARRO
                                 ATTORNEY IN CHARGE
                                 State Bar No. 14829100
                                 So. Dist. ID No. 5953
                                 ROBERT L. DRINKARD
                                 State Bar No. 24007128
                                 So. Dist. ID No. 29288


## CERTIFICATE OF SERVICE

     I certify that a true copy of this document has been sent
by regular U.S. Mail, unless otherwise indicated, to the persons
listed below on the 10th day of January 2003.


Mr. Hugo Xavier De Los Santos          By Fax: (210) 737-1556
Attorney At Law
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213
COUNSEL FOR PLAINTIFF


Mr. Michael R. Ezell                   By Fax: (956)421-4258
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE

Defendant's Fifth Notice of Deposition                      Page 2

Mr. Curtis Bonner                          By Fax: (956) 428-0671
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
COUNSEL FOR DEFENDANT T&T TOWING SERVICE


Bryant & Stingley Reporters                By Fax: (956) 428-7133
2010 E. Harrison
Harlingen, Texas 78550

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

Defendant's Fifth  Notice of Deposition                          Page 3

EXHIBIT"____H____"

# DENTON, NAVARRO, ROCHA & BERNAL

A Professional Corporation

**ATTORNEYS AND COUNSELORS**

| SAN ANTONIO OFFICE | Bank of America Building | LAREDO OFFICE |
|---|---|---|
| 1700 Tower Life Building | 222 East Van Buren, Suite 405 | 1102 Scott, Suite 4-B |
| 310 South St. Mary's Street | HARLINGEN, TEXAS 78550-6804 | Laredo, Texas 78040 |
| San Antonio, Texas 78205-3111 | (956) 421-4904 | (956) 726-6018 |
| (210) 227-3243 | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Fax (210) 225-4481 | firm@rampage-rgv.com | |

January 17, 2003

Mr. Hugo X. De Los Santos        **By Fax: 210/737-1556**
ATTORNEY AT LAW
6800 Park Ten Blvd. Ste. 123N
San Antonio, Texas 78213

      Re: *John Ocie Roberts vs City of Harlingen, et al*
          C.A. No. B-001-34
          (S. D. Tex.- Brownsville Division)

Dear Mr. De Los Santos:

      My legal assistant advises me that your office called yesterday to reschedule the continuation of plaintiff John Ocie Roberts deposition, as well as, the deposition of your expert Hernan Orellano which have been scheduled for January 22, 2003.

      Please be advised that I intend to proceed with these depositions. Prior to noticing the depositions, I previously sent you several letters proposing dates. You failed to respond to every one of my letters to reach an agreeable date, and instead simply called and objected after I have been forced to notice the depositions. My schedule is also full and it does not appear that I am available any other date, given how close to trial we are. Therefore I am leaving John Ocie Roberts deposition for the date that I have noticed it.

      I have offered to reschedule your expert's deposition, given my understanding that he is out of the country. However, I will not do so without an agreement letter assuring the City's ability to take his deposition at least 30 days prior to trial, or you will not use him. I cannot risk not being able to take his deposition, given the claims that he has been out of the country for months now.

Mr. Hugo X. De Los Santos
ATTORNEY AT LAW
January 17, 2003
Page -2-

_____

I have been more than fair in attempting to work with you on this matter and have repeatedly bent over backwards to do so. However, given my schedule and your refusal to sign a Rule 29 letter on your expert, I will not reset the depositions. If you fail to appear, I will take a notice of non-appearance and file another motion to strike your expert as well.

Thank you for your attention to this matter.

Very truly yours,

Robert L. Drinkard

Cy:  Mr. Mike Ezell
     Mr. Curtis Bonner

# DENTON, NAVARRO, ROCHA & BERNAL

A Professional Corporation

## ATTORNEYS AND COUNSELORS

| SAN ANTONIO OFFICE | Bank of America Building | LAREDO OFFICE |
|---|---|---|
| 1700 Tower Life Building | 222 East Van Buren, Suite 405 | 1102 Scott, Suite 4-B |
| 310 South St. Mary's Street | HARLINGEN, TEXAS  78550-6804 | Laredo, Texas 78040 |
| San Antonio, Texas 78205-3111 | (956) 421-4904 | (956) 726-6018 |
| (210) 227-3243 | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Fax (210) 225-4481 | firm@rampage-rgv.com | |

January 17, 2003

**To:**       Mr. Hugo Xavier De Los Santos
             Attorney At Law

**Fax No.:**  210/737-1556

**From:**     Norma G. Delgado for Robert L. Drinkard

**Re:**       *John Ocie Roberts vs City of Harlingen, et al*
             *(C.A. No. B-01-34)*
             *In the S.D. of Texas, Brownsville Division*

**No. of pages (including cover page):**    __3___  pg(s)

**Message:**  Please see correspondence to you dated 01/17/03.
             Original will not follow by regular mail.  Thank you
             for your attention to this matter.

### CONFIDENTIALITY NOTICE

If you do not receive legible copies of all pages, please call
956/421-4904 as soon as possible and ask for the person who
transmitted the communication.  This facsimile transmission is a
privileged and confidential communication intended for the exclusive
use of the addressee.  It should not be copied or disseminated other
than at the addressee's direction.  If you should receive this
transmission in error, please notify the sender immediately by
telephone and mail the transmission to the letterhead address.

**HP Fax K1220**

**Log** for
RAMPAGE LAW RGV
(956) 421-3621
Jan 17 2003 3:41pm

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jan 17 | 3:38pm | Fax Sent | 12107371556 | 2:09 | 3 | OK |

# DENTON, NAVARRO, ROCHA & BERNAL

A Professional Corporation

## ATTORNEYS AND COUNSELORS

| | | |
|---|---|---|
| SAN ANTONIO OFFICE | Bank of America Building | LAREDO OFFICE |
| 1700 Tower Life Building | 222 East Van Buren, Suite 405 | 1102 Scott, Suite 4-B |
| 310 South St. Mary's Street | HARLINGEN, TEXAS 78550-6804 | Laredo, Texas 78040 |
| San Antonio, Texas 78205-3111 | (956) 421-4904 | (956) 726-6018 |
| (210) 227-3243 | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Fax (210) 225-4481 | firm@rampage-rgv.com | |

January 17, 2003

**To:**  Mr. Curtis Bonner
Bonner & Bonner

**Fax#:**  956/428-0671

**From:**  Norma G. Delgado for Robert Drinkard

**Re:**  *John Ocie Roberts vs City of Harlingen, et al*
Cause No. B-01-34 (S.D. Tex. - Brownsville Div.)

**Pages:**  _____3_____ (including cover page)

**Message:**  Please see correspondence to Hugo De Los Santos dated
01/17/03. Original will not follow. Thank you for
your attention to this matter.

### CONFIDENTIALITY NOTICE

If you do not receive legible copies of all pages, please call
956/421-4904 as soon as possible and ask for the person who
transmitted the communication. This facsimile transmission is a
privileged and confidential communication intended for the exclusive
use of the addressee. It should not be copied or disseminated other
than at the addressee's direction. If you should receive this
transmission in error, please notify the sender immediately by
telephone and mail the transmission to the letterhead address.

**HP Fax K1220**

**Log** for
RAMPAGE LAW RGV
(956) 421-3621
Jan 17 2003 3:42pm

<u>Last Transaction</u>

| <u>Date</u> | <u>Time</u> | <u>Type</u> | <u>Identification</u> | <u>Duration</u> | <u>Pages</u> | <u>Result</u> |
|------|------|------|----------------|----------|-------|--------|
| Jan 17 | 3:41pm | Fax Sent | 4280671 | 0:39 | 3 | OK |

# DENTON, NAVARRO, ROCHA & BERNAL

A Professional Corporation

## ATTORNEYS AND COUNSELORS

| | | |
|---|---|---|
| SAN ANTONIO OFFICE | Bank of America Building | LAREDO OFFICE |
| 1700 Tower Life Building | 222 East Van Buren, Suite 405 | 1102 Scott, Suite 4-B |
| 310 South St. Mary's Street | HARLINGEN, TEXAS 78550-6804 | Laredo, Texas 78040 |
| San Antonio, Texas 78205-3111 | (956) 421-4904 | (956) 726-6018 |
| (210) 227-3243 | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Fax (210) 225-4481 | firm@rampage-rgv.com | |

January 17, 2003

**To:**       Mr. Michael Ezell
             Attorney At Law

**Fax#:**     956/421-4258

**From:**     Norma G. Delgado for Robert Drinkard

**Re:**       *John Ocie Roberts vs City of Harlingen, et al*
             Cause No. B-01-34 (S.D. Tex. - Brownsville Div.)

**Pages:**    ___3___ (including cover page)

**Message:**  Please see correspondence to Attorney De Los Santos
             dated 01/17/03. Original will not follow. Thank you
             for your attention to this matter.

### CONFIDENTIALITY NOTICE

If you do not receive legible copies of all pages, please call
956/421-4904 as soon as possible and ask for the person who
transmitted the communication. This facsimile transmission is a
privileged and confidential communication intended for the exclusive
use of the addressee. It should not be copied or disseminated other
than at the addressee's direction. If you should receive this
transmission in error, please notify the sender immediately by
telephone and mail the transmission to the letterhead address.

**HP Fax K1220**

**Log** for
RAMPAGE LAW RGV
(956) 421-3621
Jan 17 2003 3:44pm

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jan 17 | 3:42pm | Fax Sent | 4214258 | 1:32 | 3 | OK |