United States District Court
Southern District of Texas
FILED

FEB 1 3 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, ET. AL. | § | |

### DEFENDANT LA FERIA WRECKER SERVICE'S SUPPLEMENTAL MOTION TO STRIKE PLAINTIFF'S DESIGNATION OF EXPERT WITNESS

TO THE HONORABLE HILDA G. TAGLE:

**COMES NOW,** La Feria Wrecker Service a Defendant in this matter and files this its Supplemental Motion to Strike Plaintiff's Designation of Experts, and for such would show unto the Court as follows:

La Feria Wrecker Service adopts the City Defendants' Supplemental Motion to Strike Plaintiff's Designation of Experts filed herein by the City of Harlingen and its employees (City Defendants). La Feria Wrecker Service incorporates herein such Motion by reference. La Feria Wrecker Service asserts that Plaintiff's Experts should be struck, and Plaintiff should be precluded from calling any expert witnesses in this case for all those reasons set forth in the City Defendants' Motion.

**WHEREFORE,** La Feria Wrecker Service prays that the Supplemental Motion to Strike Plaintiff's Designation of Experts be granted.

Dated this February 11, 2003.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**

312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

By: _____
MICHAEL R. EZELL
   State Bar No.: 06764200
   Federal I.D. 2250

**Attorney for La Feria Wrecker Service**

## CERTIFICATE OF SERVICE

I hereby by certify that a true and correct copy of the above was this the 11th day of February, 2003, to the following:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO:**
Hugo Xavier De Los Santos
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213-4286,
Attorney for Plaintiff

**FIRST CLASS MAIL DELIVERY TO:**
Mr. Ricardo J. Navarro
222 East Van Buren, #405
Harlingen, Texas 78550-6804
Attorney for City of Harlingen

Mr. Curtis Bonner
BONNER & BONNER
P. O. Box 288
Harlingen, Texas 78551
Attorneys for T & T Towing Service

_____
MICHAEL R. EZELL