UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § | |
| vs. | § § | CIVIL ACTION NO. B-001-34 |
| CITY OF HARLINGEN, ET.AL. | § | |

## T & T TOWING SERVICE'S RESPONSE TO PLAINTIFF'S MOTION FOR ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE HILDA G. TAGLE:

  T & T TOWING SERVICE (hereafter T & T) files this Response to Plaintiff's Motion for Alternative Dispute Resolution and would show the Court as follows:

  1. There is pending before the Court Motions for Summary Judgment. I ask the Court to rule on these pending Motions before addressing Plaintiff's Motion. This Defendant is a small business man who picked up one car for which a modest fee would be payable. His fee for this service is probably less than the hourly rate being charged in this matter by any of the attorneys involved.

  2. I would also ask the Court to rule on the Motions on Discovery which are pending. Plaintiff has caused the wasting of a lot of time (and making the defendants herein incur additional expenses) in failing to respond to the discovery and in failing to appear for depositions and in abruptly terminating his deposition.

  3. Should the Court consider and grant the Plaintiff's Motion then I ask the Court to order the expenses of Alternate Dispute Resolution be paid by Plaintiff, since he is asking for it, or by the Plaintiff and the City of Harlingen. This defendant and La Feria Wrecker are involved in this matter because they responded to a request of the City of Harlingen to perform what they believed to be a lawful order and tow some junk vehicles. The wrecker services' role in this matter is minimal and they should not be burdened with additional expenses.

  4. Should the Court grant the Plaintiff's Motion then this defendant would request that the Court consider Mr. Leo Salzman. Further that the mediations be ordered conducted in the City of Harlingen so as to lessen the amount of time involved in the mediation process.

5. As regards the Certificate of Conference there was no attempt to contact any of the counsel for the defendants of which this party is aware. There was no contact made with this defendant's counsel.

T & T requests that the Court deny or delay consideration of Plaintiff's Motion in accordance with the allegations herein.

Respectfully submitted,

BONNER & BONNER
Attorneys for T & T Towing Service
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
Fed ID No. 1177

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Hugo Xavier De Los Santos, Esq., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213, and sent by telefax to him at 210-737-1556 and hand delivered to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804 and to Mr. Michael R. Ezell, P. O. Box 2878, Harlingen, Texas 78551-2878 on March 5, 2003.

_____
Curtis Bonner