UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-034 |
| **CITY OF HARLINGEN, TEXAS, ET. AL.** | § § § | |

## LA FERIA WRECKER SERVICE'S RESPONSE TO PLAINTIFF'S MOTION FOR ALTERNATIVE DISPUTE RESOLUTION

**TO THE HONORABLE HILDA TAGLE:**

**Comes now,** La Feria Wrecker Service and files this its Response to Plaintiff's Motion for Alternative Dispute Resolution, and would show the Court as follows:

**1.**

There is pending before the Court Motions for Summary Judgment. I ask the Court to rule on these pending Motions before addressing Plaintiff's Motion. This Defendant is a small business who picked up five vehicles for which a modest fee would be payable.

**2.**

I would also ask the Court to rule on the Motions on Discovery which are pending. Plaintiff has caused the wasting of a lot of time (and making the Defendants herein incur additional expenses) in failing to respond to the discovery and in failing to appear for depositions and in abruptly terminating his deposition.

**3.**

Should the Court consider and grant the Plaintiff's Motion, then I ask the Court to order the expenses of Alternate Dispute Resolution be paid by Plaintiff, since he is asking for it, or by the Plaintiff and the City of Harlingen. This Defendant and T & T Towing Service are involved in this matter because they responded to a request of the City of Harlingen to perform what they believed to be a lawful order and tow some junk vehicles. The wrecker services' role in this matter is minimal and they should not be burdened with additional expenses.

**4.**

Should the Court grant the Plaintiff's Motion, then this Defendant would request that the Court consider Mr. Leo Salzman as the mediator. Further, that the mediations be ordered conducted in the City of Harlingen so as to lessen the amount of time involved in the mediation process.

**5.**

In regard to the Certificate of Conference, there was no attempt to contact any of the counsel for the Defendants of which this party is aware. There was no contact made with this Defendant's counsel.

La Feria Wrecker Service requests that the Court deny or delay consideration of Plaintiff's Motion in accordance with the allegations herein.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:    (956) 421-4258

By: _____
MICHAEL R. EZELL
State Bar No.: 06764200
Federal I.D. 2250

**Attorney for Defendant,
La Feria Wrecker Service**

## CERTIFICATE OF SERVICE

I hereby by certify that a true and correct copy of the above was this the 5th day of March, 2003, sent to the following:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FACSIMILE (210) 737-1556 TO:**
Hugo Xavier De Los Santos
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213-4286,
Attorney for Plaintiff, John Ocie Roberts

**FIRST CLASS MAIL DELIVERY TO:**
Mr. Ricardo J. Navarro
222 East Van Buren, #405
Harlingen, Texas 78550-6804
Attorney for Defendant, City of Harlingen

Mr. Curtis Bonner
BONNER & BONNER
P. O. Box 288
Harlingen, Texas 78551
Attorneys for Defendant, T & T Towing Services

_____
MICHAEL R. EZELL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-01-034 |
| **CITY OF HARLINGEN, ET. AL.** | § | |

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE DISPUTE RESOLUTION

Plaintiff's Motion for Alternate Dispute Resolution was heard by this Court on _____, 2003.

(Select One)

The Court determines that it would be appropriate at this time to deny the motion.

IT IS ORDERED that Plaintiff's Motion For Alternate Dispute Resolution is denied.

OR

The Court determined that it would be appropriate to grant such Motion.

IT IS ORDERED that this is referred to Alternate Dispute Resolution and the parties are ordered to mediate this case with a mediator in Harlingen, Cameron County, Texas. Plaintiff is ordered to pay all the costs of mediation.

Signed at Brownsville, Texas on _____, 2003.

_____
Hilda Tagle
United States District Judge

Copies to:
Hugo Xavier de los Santos
Mr. Ricardo J. Navarro
Mr. Curtis Bonner
Mr. Michael R. Ezell