United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN ET AL., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 5, 2003, the Court having granted summary judgment on all causes of action for Defendants City of Harlingen et al., the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 5th day of March, 2003.

Hilda G. Tagle
United States District Judge

1