United States District Court
Southern District of Texas
FILED

MAR 18 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-01-034 |
| | § | |
| CITY OF HARLINGEN, TEXAS, ET. AL. | § | |
| Defendants | § | |

### CITY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR NEW TRIAL

May it Please the Court:

COMES NOW CITY DEFENDANTS and file this their Response to the Plaintiff's Motion for New Trial and would show the Court as follows:

### I.
### NATURE OF THE CASE

The controversy involves the CITY OF HARLINGEN'S (hereafter "CITY") efforts to enforce environmental ordinances, related to the clean up of trash, debris, rubbish, and junked vehicles, after a fire devastated the structure on the lot in question. Plaintiff, the lessee of the lot on which the fire occurred, and which was cleaned up under the direction of the Environmental Health Department of the CITY, contends that the CITY deprived him of his personal property in violation of his state and federal rights without due process of law, as a result of the cleanup.

On March 5, 2003, the Court issued an Order granting the City Defendants' Motion for Summary Judgment and denying the Plaintiff's Motion for Summary Judgment. Thus Plaintiff's

causes of action have been dismissed in their entirety. Plaintiff has now requested a new trial.

## II.
## LEGAL ARGUMENT & ANALYSIS

The CITY DEFENDANTS would request that Plaintiff's Motion for New Trial be denied in its entirety. First, there was no trial of which Plaintiff can complain. This case was disposed of on Summary Judgment, and thus there is no basis for a new trial. Plaintiff's request is thus not a proper request.

Secondly, it is not even clear from the Motion itself what grounds Plaintiff seeks a new "trial". Although difficult to follow, the Motion does not appear to spell out what grounds for which a new trial is even sought. From CITY DEFENDANTS' reading of the Motion for New Trial, Plaintiff raises absolutely no new issues or evidence from that which has already been considered and ruled on by this Court in its Order. In fact, Plaintiff appears to make all of the same arguments in his Motion for New Trial as he does in his Response to the City's Motion for Summary Judgment. Each of Plaintiff's "arguments" has been previously addressed in the City Defendants' Reply to the Plaintiff's Response to the City Defendants Motion for Summary Judgment. Additionally, Plaintiff makes no new arguments with respect to his constitutionality argument, which has been considered and ruled on by this Court.

Lastly, although Plaintiff's affidavit raises no new issues or grounds to merit a new "trial", to the extent Plaintiff is attempting to raise new fact issues or present new facts not in evidence, Plaintiff's affidavit is void and cannot be considered. The testimony in the affidavit must be sworn and made under penalty of perjury. *Hayes v. Marriott*, 70 F.3d 1144, 1147-48 (10th Cir.1995); *Pfeil v. Rogers*, 757 F.2d 850, 859 (7th

Cir.1985). Plaintiff's affidavit is not signed or notarized and as such is not valid.

## CONCLUSION & PRAYER

Therefore, based on the foregoing reasons, CITY DEFENDANTS request and pray that this Court deny Plaintiff's Motion for New Trial in its entirety.

CITY DEFENDANTS also pray for their costs and attorney fees and for such other and further relief to which they may show themselves justly entitled.

Signed on the 18th day of March, 2003.

Respectfully submitted,

**DENTON, NAVARRO, ROCHA & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT DRINKARD
State Bar No. 24007128
Fed. Dist. No. 29288

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the **18th** day of March, 2003.

Hugo Xavier De Los Santos          **By CMRRR#: 7002 0860 0004 8101 6737**
LAW OFFICE OF HUGO XAVIER DE LOS SANTOS
6800 Park Ten Blvd. Ste. 123-N
San Antonio, Texas 78213
**COUNSEL FOR PLAINTIFF**


Mr. Michael R. Ezell
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
**COUNSEL FOR DEFENDANT LA FERIA WRECKER SERVICE**


Mr. Curtis Bonner
BONNER & BONNER
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288
**COUNSEL FOR DEFENDANT T&T TOWING SERVICE**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD