United States District Court
Southern District of Texas
FILED

MAR 2 5 2003

Michael N. Milby
Clerk of Court

89

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-01-034 |
| CITY OF HARLINGEN, TEXAS, | § | |
| ET. AL. | § | |

DEFENDANTS, JOSE A. GARCIA AND LA FERIA WRECKER SERVICES'
MOTION FOR RECONSIDERATION OR MOTION FOR NEW TRIAL

TO THE HONORABLE OF SAID COURT:

COMES NOW JOSE A. GARCIA, AND LA FERIA WRECKER SERVICE hereinafter "Defendants" and presents their Motion and for such would show into the Court as follows:

**I.**

Defendant shall refer to the parties as follows:

Plaintiff, John Ocie Roberts, as "Plaintiff" or "Roberts".

Defendant, City of Harlingen, as "City".

**II.**

This Court issued its Order granting the Motions for Summary Judgment of the Defendants. It has also issued a Final Judgment. Unfortunately the Court in its Order and Judgment dismissed these Defendants and Cross-Plaintiffs' cross claims for indemnity and contribution against the City of Harlingen. Such claims arise out of the suit by Roberts against these Defendants.

There was no Motion by the City of Harlingen or by Mr. Garcia or by La Feria Wrecker Service which addressed Mr. Garcia's cross claims or La Feria Wrecker Service's cross claims. So the Court has dismissed these claims without any basis to do so.

**III.**

Mr. Garcia and La Feria Wrecker Service ask the Court to modify its previous Order and Final Judgment so as to restore these causes of action to active status on the docket of this Court.

WHEREFORE PREMISES CONSIDERED Defendants and Cross Plaintiffs, Jose A. Garcia and La Feria Wrecker Service, move the Court to GRANT this Motion and restore the Cross Claims of Jose A. Garcia and La Feria Wrecker Service to active status.

Respectfully submitted,

Bonner & Bonner
Attorney for Defendant, Jose A. Garcia
P. O. Box 288
Harlingen, Texas 78551-0288
telephone: (956) 423-9152
facsimile: (956) 428-0671

By: Curtis Bonner
State Bar No. 02611000
Cameron County ID. 3701

Michael R. Ezell
Law Office of Michael R. Ezell
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
telephone: (956) 425-2000
facsimile: (956) 421-4258

Michael R. Ezell
State Bar No. 06764200
Fed ID 2250

## CERTIFICATE OF SERVICE

A true and correct copy of the above was delivered to the following attorneys by regular mail to: Hugo Xavier De Los Santos at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213-4286, Attorney for Plaintiff, and was hand delivered to Mr. Ricardo J. Navarro at 222 East Van Buren, #405, Harlingen, Texas 78550-6804 on March 24, 2003.

Curtis Bonner                    Michael R. Ezell