United States District Court
Southern District of Texas
FILED

MAR 2 5 2003

Michael N. Milby
Clerk of Court

90

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS<br>**Plaintiff** | §<br>§<br>§ | **CIVIL ACTION No.: B-01-034** |
| VS. | §<br>§ | |
| CITY OF HARLINGEN, TEXAS, ET AL<br>**Defendants** | §<br>§ | |

**LA FERIA WRECKER SERVICE AND JOSE A. GARCIA'S MOTION
FOR SEPARATE TRIAL, OR SEVERANCE AND TO ABATE,
OR IN THE ALTERNATIVE, MOTION TO DISMISS WITHOUT PREJUDICE**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, LA FERIA WRECKER SERVICE and JOSE A. GARCIA, Defendants and Cross Plaintiffs in this cause and move the Court to grant a separate trial or a severance as to its claims against the Defendant and Cross Defendant, City of Harlingen, for indemnity and contribution and attorney's fees or in the alternative, Motion to Dismiss and would show the Court as follows:

1.

Cross Plaintiffs have pending "La Feria Wrecker Services' Cross Claim" and "Cross Action of Jose A. Garcia against the City of Harlingen" for indemnity or contribution and for attorney's fees based on the fact that they acted solely in response to a request from the City of Harlingen to remove vehicles from the property of the Plaintiff in good faith and as an independent contractor. Without any fault on the part of Cross Plaintiffs and with no allegation by the Plaintiff of such fault except for having acted in response to the

request of the City of Harlingen, Cross Plaintiffs were brought into this action and required to defend the same at their expense after their request for indemnity and the defense of this claim was refused by the City of Harlingen.

2.

On March 5, 2003, the Court entered its ORDER granting a summary judgment in favor of all Defendants as to all claims of the Plaintiff and denying Plaintiff's Motion for Summary Judgment. The City's Motion for Summary Judgment did not address the claims for indemnity or contribution of Cross Plaintiffs against the City and therefore these claims are left undisposed of at this time or improperly disposed of. The Court states in its Order of March 5, 2003 that it is entering a "Final Judgment". However, having failed to address the claims of this Cross Plaintiffs, these Cross Plaintiffs would assert that the judgment cannot in fact be final as to such claims.

3.

Cross Plaintiffs therefore request that the Court sever the claims against the City of Harlingen or in the alternate grant a separate trial of the same and that the Court abate trial of such claims until the conclusion of any appeal by the Plaintiff in this case. In the event that Plaintiff does not appeal the case or is unsuccessful upon such appeal, then Cross Plaintiffs' claims will be limited to attorney's fees. In the event that Plaintiff is successful on any appeal of this case, a determination may be made as to whether to consolidate Cross Plaintiffs' claims for trial with the main cause.

4.

In the alternative, Cross Plaintiffs request that their claims be dismissed without

prejudice to their right to refile the same.

WHEREFORE Cross Plaintiffs pray that their claims against the City of Harlingen be severed or set for trial separately and that the trial of such issues be abated pending resolution of the claims of the Plaintiff against the City of Harlingen or in the alternative, that such claims be dismissed without prejudice.

>                       Respectfully submitted,
>
>                       Michael R. Ezell
>                       **LAW OFFICE OF MICHAEL R. EZELL**
>                       312 E. Van Buren
>                       P.O. Box 2878
>                       Harlingen, Texas 78551
>                       Telephone: (956) 425-2000
>                       Facsimile:  (956) 421-4258
>
>                       _____
>                       Michael R. Ezell
>                       State Bar No. 06764200
>                       Fed. ID 2250
>
>                       Curtis Bonner
>                       **BONNER & BONNER**
>                       103 S. Third
>                       P.O. Box 288
>                       Harlingen, Texas 78551-0288
>                       Telephone: (956) 423-9152
>                       Facsimile:  (956) 428-0671
>
>                       _____
>                       Curtis Bonner
>                       State Bar No. 02611000
>                       Federal ID No. 1177

**VIA 1st Class U.S. Mail:**

Hugo Xavier de los Santos, Esq.
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
**Attorney for John Ocie Roberts, Plaintiff**

**VIA Hand Delivery:**
Ricardo J. Navarro
DENTON, NAVARRO & BERNAL
222 East Van Buren, Suite 405
Harlingen, Texas 78550-6804
**Attorney for the City of Harlingen, Texas, Defendant**


_____
Michael R. Ezell