Case 1:01-cv-00034 Document 93 Filed in TXSD on 04/22/2003 Page 1 of 7

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

93

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS,<br>　　　　Plaintiff | § § § | CIVIL ACTION |
| vs | § § § | NO. B-001-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, CONNIE DE LA GARZA, INDIVIDUALLY, CHIEF OF POLICE MICHAEL BLAKE, INDIVIDUALLY, ACTING CITY MANAGER ROY RODRIGUEZ, INDIVIDUALLY, INSPECTOR DAN SERNA, INDIVIDUALLY, LT. JIM SCHEOPNER, INDIVIDUALLY, INSPECTOR RUBEN MARES, INDIVIDUALLY, INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, LA FERIA WRECKER SERVICE, DOUBLE A WRECKER CO., T & T TOWING SERVICE, T AND T WRECKER SERVICE, TIM WILKINSON IRON & METAL INC.,<br>　　　　Defendants | § § § § § § § § § § § § § § | JURY |

---

## RESPONSE TO CITY OF HARLINGEN'S MOTION FOR SUMMARY JUDGMENT AS TO LA FERIA WRECKER SERVICE AND JOSE GARCIA'S CROSS CLAIMS

---

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, La Feria Wrecker Service and Jose Garcia (jointly called "Cross Plaintiffs") and file this their *Response to the Motion for Summary Judgment filed by Cross Defendant City of Harlingen* as to the Cross Claims filed by them. As to such response Cross Plaintiffs would show the Court as follows:

1.

Cross Plaintiffs filed Cross Claims against Cross Defendant on the grounds that the

of their costs expended in this matter.

However, these parties believe it best for the Court to abate their cause of action and await what Mr. Roberts does with the main case and thereafter proceed with this cause of action depending on what occurs with the Roberts causes of action.

3.

Cross Plaintiffs rely on the Affidavit of Harold Waite and Jose Garcia, a copy of which are attached hereto as Exhibit "A" and "B" respectively. The original of these affidavits were filed in the papers of this cause and in support of Motions for Summary Judgment filed by them in this cause previously. The facts in regard to this matter are not in dispute and are, in fact, reflected by the pleadings of the parties. In any event, under the undisputed facts, in the event that liability is established against Cross Plaintiffs it could only be because of their actions taken innocently and in accordance with Cross Defendant's requests.

4.

Cross Defendant argues that it has been absolved of liability in this case as to its conduct with respect to Plaintiff. In the event that that Order becomes final and as a result of either such Order not being appealed or the appellate court finally upholding the actions of trial court in that regard, then the Cross Claim of Cross Plaintiffs will become moot. Until a final judicial determination that the Cross Defendant and Cross Plaintiffs are not liable to Plaintiff, it would be premature to absolve Cross Defendant of potential liability to Cross Plaintiffs in that Cross Plaintiffs would then be deprived of any remedy in the event of a final determination of liability of Cross Defendant and Cross Plaintiffs to the Plaintiff, an obvious unjust result.

WHEREFORE PREMISES CONSIDERED, Cross Plaintiffs pray that Cross Defendant's Motion for Summary Judgment be in all things denied.

Respectfully submitted,

Curtis Bonner
**BONNER & BONNER**
103 S. Third
P.O. Box 288
Harlingen, Texas 78551-0288

_/s/ Curtis Bonner by_

Curtis Bonner
State Bar No. 02611000
Federal ID No. 3701

_by permission_

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

_/s/_

Michael R. Ezell
State Bar No. 06764200
Fed. ID 2250

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was on this the 21st day of April 2003, sent via the indicated methods to:

Hugo Xavier de los Santos, Esq. Via CM-RRR: 7002 2410 0002 3598 6951
6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
**Attorney for John Ocie Roberts, Plaintiff**

Ricardo J. Navarro     Via CM-RRR:7002 2410 0002 3598 6968
DENTON, NAVARRO & BERNAL
222 East Van Buren, Suite 405
Harlingen, Texas 78550-6804
**Attorney for the City of Harlingen, Texas, Defendant**

_/s/ Curtis Bonner_           _/s/ Michael R. Ezell_
Curtis Bonner                 Michael R. Ezell
_by permission_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. B-01-034** |
| **CITY OF HARLINGEN, TEXAS,** | § | |
| **ET. AL.** | § | |

### AFFIDAVIT OF HAROLD K. WAITE

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF CAMERON** | § |

**BEFORE ME,** the undersigned authority, this day appeared HAROLD K. WAITE, who by me being sworn stated as follows:

"My name is HAROLD K. WAITE. I am the owner La Feria Wrecker Service which is a sole proprietorship and which is a Defendant in this case. La Feria Wrecker Service performs wrecker services for the general public and also has a state licensed storage lot to which automobiles are occasionally towed and stored.

My firm was called to supply wrecker services by the City of Harlingen to a lot at 1726 North Commerce Street in Harlingen. There I was directed to tow off five (5) junk vehicles. I was requested to accept the salvage value of these vehicles in lieu of my usual fee for towing such vehicles and I agreed to accept that arrangement.

These vehicles were towed by my firm only because the City of Harlingen called because my turn had come up on the rotation list maintained by the City for those wrecker

C:\General\Mike\La Feria Wrecker.Affidavit of Harold Waite

EXHIBIT "A"

Page 1

firms that desire to provide wrecker services to the general public. I get calls to go to the scenes of automobile collisions and other occasions when vehicles are not capable of being operated and must be removed to another location whether to a repair facility or a storage lot. Other than the request to go and provide wrecker services and to tow and dispose of these vehicles, no other instructions were given to me by City of Harlingen officials. This is a standard procedure in the City of Harlingen and other cities throughout Texas.

The vehicles I removed were specifically identified to me by City employees to be removed. I had no direct contact with John Ocie Roberts during or before the time of the removal of said vehicles in regard to the same. I did not open the gate on this property. I assumed that the City had taken all actions necessary to be in a position to lawfully remove the vehicles in question and to request to me to remove vehicles as the City had many times in the past requested me to remove vehicles from other locations.

FURTHER AFFIANT SAYETH NOT.

_____
HAROLD K. WAITE

**THE STATE OF TEXAS** §

**COUNTY OF CAMERON** §

SWORN TO, SUBSCRIBED, AND ACKNOWLEDGED by HAROLD K. WAITE before me on June 27, 2002.



SARAH H. SANCHEZ
Notary Public, State of Texas
My Commission Expires
APRIL 14, 2006

_____
Notary Public, State of Texas

## AFFIDAVIT OF JOSE A. GARCIA

STATE OF TEXAS

COUNTY OF CAMERON

"My name is JOSE A. GARCIA. I am the owner of T & T Car Care Center which is a sole proprietorship owned by myself and my wife. T & T performs wrecker services for the general public and also has a state licensed storage lot to which automobiles are occasionally towed and stored. I have worked in the business of repairing automobiles all of my adult life. I started with Easterling Van Tine Pontiac, Inc., a new car dealer in Harlingen, in the 1950's. I perform repair services of all nature on automobiles.

My firm was called to supply wrecker services by the City of Harlingen to a lot at the corner of Markowsky and North Commerce Street in Harlingen. There I was directed to tow off a Ford Thunderbird which was done and the car was brought to T & T's storage lot where it has remained. The photos attached to this Motion marked Ex. A accurately depict the Thunderbird on my lot. It looked similar to this when it was picked up by my wrecker. It might have a little more rust on it but it is in the same basic condition as when it was removed from North Commerce Street.

In my opinion it is not in a restorable condition because of the amount of rust damage on the body. It might be used for parts to restore another similar car but I believe the car itself is beyond economical repair. I recognize that certain automobiles are regarded as desirable collector's cars but I do not believe this is one of them.

This automobile was towed by my firm only because the City of Harlingen called because our turn had come up on the rotation list maintained by the city for those wrecker firms that desire to provide wrecker services to the general public. We get calls to go to the scenes of automobile collisions and other occasions when automobiles are not capable of being operated and must be removed to another location whether to a repair facility or a storage lot. Other than the request to go and provide wrecker services and tow an automobile, no other instructions or conversations were engaged in to my memory. This is a standard procedure in the City of Harlingen and other cities throughout Texas.

Within a couple of days of towing the car John Ocie Roberts came by my facility and viewed the car. He has failed and refused to pick up the car even though he knew where it was and could have taken possession of it at any time.

FURTHER AFFIANT SAYETH NOT.

_____
JOSE A. GARCIA

**THE STATE OF TEXAS** §
**COUNTY OF CAMERON** §

SWORN TO, SUBSCRIBED, AND ACKNOWLEDGED by Jose A. Garcia before me on May 28, 2002.

_____
Notary Public, State of Texas



IRMA M GONZALEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-23-2005

EXHIBIT "B"