**NOTICE OF APPEAL TO A COURT OF APPEALS**
**FROM AN ORDER OF A DISTRICT COURT**

United States District Court
Southern District of Texas
FILED

JUN 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, <br>     Plaintiff <br> V. <br><br> CITY OF HARLINGEN, CAMERON <br> COUNTY, TEXAS, ET AL <br>     Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § | NO. B-001-34 |

NOTICE OF APPEAL

    Notice is hereby given that John Ocie Roberts, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order denying motion to reconsider summary judgment order dismissing case,
    In that Plaintiff has not received any communique as to the procedural status of this case, and in the unlikely event that this case is not set for trial, Plaintiff in an abundance of caution hereby files his notice of appeal.

    Entered in this action on the _2ND_ day of _JUNE_, 2003.

/s/ Hugo Xavier De Los Santos
Hugo Xavier De Los Santos
Attorney At Law
State Bar No. 05653300
U. S. Southern District Id. #11259
6800 Park Ten Blvd. Suite 123-N
San Antonio, Texas 78213
(210) 736-4227
(210) 737-1556 Fax
Attorney for John Ocie Roberts, Plaintiff

BY /s/ John Ocie Roberts

**CERTIFICATE OF SERVICE**

    I, certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the ___2nd___ day of ___JUNE___, 2003.

_____
Hugo Xavier De Los Santos
By _____

DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
(956) 421-4904
(956) 421-3621 Fax

Mr. Michael R. Ezell
LAW OFFICE OF MICHALE R. EZELL
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Counsel for Cross-Defendant La Feria Wrecker Service

Mr. Curtis Bonner
BONNER & BONNER
103 S. Third
P. O. Box 288
Harlingen, Texas 78551-0288
Counsel for Cross-Defendant T&T Towing Service