IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-40819

JOHN OCIE ROBERTS

    Plaintiff - Appellant

v.

CITY OF HARLINGEN; ET AL

    Defendants

CITY OF HARLINGEN; DAN SERNA, Individually and Officially;
RUBEN MARES, Inspector, Individually and Officially; JOSE A
GARCIA; LA FERIA WRECKER SERVICE; DOUBLE A WRECKER CO; T & T
TOWING SERVICE; TIM WILKINSON IRON & METAL INC

    Defendants - Appellees

U.S. COURT OF APPEALS
**FILED**
JUL 9 2003
CHARLES R. FULBRUGE III
CLERK

CAB-01-34

United States District Court
Southern District of Texas
FILED
JUL 3 1 2003
Michael N. Milby
Clerk of Court

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 9, 2003, for want of prosecution. The appellant failed to timely pay the docketing fee.

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _____
    James deMontluzin, Deputy Clerk
    FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy   JUL 2 2 2002
New Orleans, Louisiana

# United States Court of Appeals

## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 9, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
~~RECEIVED~~ Filed

JUL 3 1 2003

Michael N. Milby, Clerk

No. 03-40819 Roberts v. City of Harlingen
    USDC No.  B-01-CV-34

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

cc: w/encl:
    Mr Hugo Xavier de los Santos
    Mr Ricardo Jimenez Navarro
    Mr Stephen C Bonner Jr
    Mr Michael R Ezell

MDT-1