United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-34 |
| | § | |
| CITY OF HARLINGEN ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 19, 2004, having granted summary judgment in favor of Defendant City of Harlingen on all cross claims, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 19th day of March, 2004.

Hilda G. Tagle
United States District Judge

1