IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | |
| Plaintiff | § | |
| | § | |
| v | § | CIVIL ACTION NO. B-01-34 |
| | § | |
| CITY OF HARLINGEN ET AL. | § | |
| Defendants, | § | |

## NOTICE OF APPEAL
## TO UNITED STATE COURT OF APPEALS FOR THE FIFTH CIRCUIT

John Ocie Roberts, the Plaintiff appeals to the United States Court of Appeals for the Fifth Circuit from the final order of the district court for the southern district of Texas circuit, entered in this case on 19th day of March 2004, summary judgment and denied for new trial.

The parties to the appealed from and the names and addresses of their respective attorneys are as follows:

City of Harlingen, Texas

Dated MARCH 28, 2004
Signed John Ocie Roberts

**Hand Delivered to:**

**Copies to:**
Mr. Ricardo J. Navarro
Mr. Michael R. Ezell - 312 E. Van Buren Harlingen, Tx.
Mr. Curtis Bonner - 103 S. 3rd St. Harlingen, Tx.