United States District Court
Southern District of Texas
FILED

MAR 29 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, <br> Plaintiff | § § § | Civil Action |
| v. | § § | No. B-01-34 |
| CITY OF HARLINGEN, CAMERON COUNTY, TEXAS, <br> INSPECTOR DAN SERNA, INDIVIDUALLY, <br> INSPECTOR RUBEN MARES, INDIVIDUALLY, <br> INSPECTOR SAM GUTIERREZ, INDIVIDUALLY, <br> LA FERIA WRECKER SERVICE, <br> DOUBLE A WRECKER CO., <br> T & T TOWING SERVICE, <br> T AND T WRECKER SERVICE, <br> TIM WILKINSON IRON & METAL INC., <br> Defendants | § § § § § § § § § § | JURY |

## PLAINTIFF JOHN OCIE ROBERTS' NOTICE OF APPEAL

**TO THE HONORABLE U.S. DISTRICT JUDGE HILDA G. TAGLE:**

NOW COMES, Plaintiff JOHN OCIE ROBERTS, who considers himself aggrieved by the March 19, 2004, judgment of this court, in favor of defendants, and hereby give notice of appeal from said judgment and all portions thereof to the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, at New Orleans, Louisiana.

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date:  March 26, 2004

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300
    U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227     FAX# (210) 737-1556
Attorney for John Ocie Roberts, Plaintiff

PLAINTIFF'S NOTICE OF APPEAL                                              No. B-01-34

## CERTIFICATE OF SERVICE

    I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for John Ocie Roberts, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of PLAINTIFF JOHN OCIE ROBERTS' NOTICE OF APPEAL in a manner consistent with the Fed.R.Civ.P. on March 26, 2004.

    Further, this is to certify that all service via mail was by certified mail, return receipt requested [RRR], by depositing this document in an official depository of the United States Postal Service after enclosing this document in a postpaid, properly addressed envelope. In addition, all service by telephonic document transfer was accomplished before 5:00 o'clock p.m. on the aforesaid date.

*City of Harlingen, Cameron County, Texas, Inspector Dan Serna, Individually, Inspector Ruben Mares, Individually, Inspector Sam Gutierrez, Individually, Defendants*:

c/o Mr. Ricardo J. Navarro, Esq.
222 E. Van Buren, Suite 405
Harlingen, Texas 78550-6804

*Method*:    U.S. Certified Mail, Return Receipt Requested
              USPS Postal Receipt #7001 0320 0000 5008 1072


*La Feria Wrecker Service, Inc., Defendant*:

Mr. Michael R. Ezell, Esq.
312 East Van Buren/P.O. Box 2878
Harlingen, Texas 78551

*Method*:    U.S. Certified Mail, Return Receipt Requested
              USPS Postal Receipt #7001 0320 0000 5008 1058


*Double A Wrecker Co., T & T Towing Service, T and T Wrecker Service, Defendant(s)*:

Mr. Curtis Bonner, Esq.
P.O. Box 288
Harlingen, Texas 78551-0288

*Method*:    U.S. Certified Mail, Return Receipt Requested
              USPS Postal Receipt #7001 0320 0000 5008 1065

<u>PLAINTIFF'S NOTICE OF APPEAL</u>                                <u>No. B-01-34</u>

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: _____
     HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
         Texas Bar Identification #05653300
         U.S. Southern District Id. #11259

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227         FAX# (210) 737-1556

Attorney for John Ocie Roberts, Plaintiff

**************************************************************************