UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 31 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS. | § § | |
| vs. | § § | CIVIL ACTION NO. B-01-34 |
| CITY OF HARLINGEN, ET.AL. | § | |

### NOTICE OF APPEAL OF JOSE A. GARCIA AND LA FERIA WRECKER SERVICE

COMES NOW Jose A. Garcia and La Feria Wrecker Service and files this Notice of Appeal from the final orders of the District Court denying them the indemnity and attorneys fees sought from the City of Harlingen by reason of the suit against them by Plaintiff. Such final judgment was pronounced by the Court on March 19, 2004 and docketed and served on them on March 22, 2004. This Notice of Appeal is conditioned that Plaintiff pursue his Appeal and is filed to protect the issues of these parties regarding claims of indemnity sought herein.

Respectfully submitted,

BONNER & BONNER
Attorneys for Jose A. Garcia
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
State Bar No. 02611000
Federal I.D. #1177

LAW OFFICE OF MICHAEL R. EZELL
Attorneys for La Feria Wrecker Service
Post Office Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

By _____
Michael R. Ezell
State Bar No. 06764200
Federal I.D. #2250

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was mailed certified mail, return receipt requested to Hugo Xavier De Los Santos, Esq., C.P.A., Attorney for Plaintiff, at 6800 Park Ten Blvd., Suite 123-N, San Antonio, Texas 78213, and by hand delivery to Mr. Ricardo J. Navarro, at 222 East Van Buren, Suite 405, Harlingen, Texas 78550-6804 on March 30, 2004

Curtis Bonner