04- 40411 ~~40413~~

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

MAY 1 9 2004

Michael N. Milby, Clerk

---------------

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 12, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

MAY 1 9 2004

Michael N. Milby, C...

      No. 04-40411 Roberts v. City of Harlingen
      USDC No. 1:01-CV-34

Enclosed is a certified copy of the judgment issued as the mandate for the Notice of Appeal filed 3/29/04 (District Court document #101). The Notices of Appeal filed 3/29/04 (District Court document #100) and 3/31/04 remain pending before this court.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

      By: _____
            James deMontluzin, Deputy Clerk
            504-310-7679

cc: w/encl:
    Mr Hugo Xavier de los Santos
    Mr Stephen C Bonner Jr
    Mr Michael R Ezell
    Mr Ricardo Jimenez Navarro

P.S. to Mr. Milby: The record on appeal is being retained as it pertains to the appeals that remain pending.

MDT-1

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-40411

JOHN OCIE ROBERTS

    Plaintiff - Appellant

v.

CITY OF HARLINGEN; ET AL

    Defendants

CITY OF HARLINGEN; DAN SERNA, Inspector, Individually and Officially; RUBEN MARES, Inspector, Individually and Officially; SAM GUTIERREZ, Inspector, Individually and Officially; JOSE A GARCIA; LA FERIA WRECKER SERVICE; DOUBLE A WRECKER CO; T & T TOWING SERVICE; TIM WILKINSON IRON & METAL INC

    Defendants - Appellees

---

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal filed March 29, 2004 (District Court document #101) is dismissed as of May 12, 2004, for want of prosecution. The appellant failed to timely pay the docketing fee.

                            CHARLES R. FULBRUGE III
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                        By: _____
                             James deMontluzin, Deputy Clerk

              ENTERED AT THE DIRECTION OF THE COURT

U.S. COURT OF APPEALS
FILED
MAY 12 2004
CHARLES R. FULBRUGE III
CLERK

DIS-2

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
          Deputy
New Orleans, Louisiana MAY 11 2004