IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, § | | |
| Plaintiff § | | |
| V. § | | CAUSE NO. B-01-034 |
| § | | |
| CITY OF HARLINGEN, CAMERON § | | |
| COUNTY, TEXAS, ET AL § | | |
| Defendants § | | |

## DESIGNATION OF RECORD FOR APPEAL

TO THE CLERK AND COURT REPORTER

Plaintiff, John Ocie Roberts, hereby respectfully requests the preparation of record for appeal in the above styled and numbered cause, to include the following items in record and requesting he be advised of the cost hereof:

1. Amended complaint by John Ocie Roberts, amending adding La Feria Wrecker, Double A Wrecker Co, T & T Towing Service, Tim Wilkinson Iron, filed.

2. Amended Answer to complaint by City of Harlingen et al, Connie DeLa Garza, Roy Rodriguez, Michael Black, Jim Scheopner, Dan Serna, Ruben Mares, Sam Gutierrez: amends, filed.

3. Answer to Complaint by La Feria Wrecker.

4. Answer to Complaint by T & T Towing Service.

5. Amended Answer to Complaint by La Feria Wrecker.

6. Order granting joint motion for nonsuit, entered; It is Ordered that the Dfts Connie De La Garza, Micahel Blake, Roy Rodriguez and Jim Scheopner are hereby non-suited from this cause of action. Parties modified.

7. Motion for summary judgment by Jose A. Garcia. Stephen Curtis Bonner for defendant.

8. Response by John Ocie Roberts in opposition to motion for summary judgment. filed. Affidavit and exhibits attached.

9. Motion for summary judgment by La Feria Wrecker.

10. Supplement to his motion for summary judgment and reply to pft's response by Jose A. Garcia. filed.

11. Motion for partial summary judgment by John Ocie Roberts

12. Amended motion for partial summary judgment by John Ocie Roberts

13. Brief and memorandum by John Ocie Roberts in support of motion for partial summary judgment.

14. Response by City of Harlingen to amended motion for partial summary judgment.

15. Response by John Ocie Roberts to motion for summary judgment assertion of qualified & individual immunity filed.

16. Designation of expert witness list by John Ocie Roberts .

17. Response by John Ocie Roberts to motion to strike designation of expert witness list.

18. Supplement to designation of expert witness list by John Ocie Roberts.

19. Order denying motion for partial summary judgment denying motion for partial summary judgment granting motion for summary judgment granting motion for summary judgment assertion of qualified & individual immunity denying.

20. Order, entered; Court granted summary judgement on all causes of action for dfts City of Harlingen, et al

21. Motion for new trial by John Ocie Roberts.

22. Response by City of Harlingen to motion for new trial.

23. Response by City of Harlingen to motion for reconsideration of order motion for new trial.

24. Notice of appeal.

25. Order be it remembered that on March 19, 2004 having granted summary judgment

in favor of Defendant City of Harlingen on all cross claims, the Court enters a final judgment pursuant to Federal Rule of Civil Procedure entered

26. Notice of Appeal order by John Ocie Roberts, filed, fee status paid $255.00.

27. This request.

                                              Respectfully submitted,

                                              John Ocie Roberts
                                              P. O. Box 1167
                                              La Feria, Texas 78559

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Designation of Record for Appeal had been hand delivered on this the ___ day of _May_, 2004 to

                                              John Ocie Roberts