IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
OCT 12 2004
Michael N. Milby, Clerk of Court

No. 04-40411

JOHN OCIE ROBERTS

    Plaintiff - Appellant

v.

CITY OF HARLINGEN; ET AL

    Defendants

CITY OF HARLINGEN

    Defendant-Cross-Defendant-Appellee

DAN SERNA, Inspector, Individually and
Officially; RUBEN MARES, Inspector, Individually and
Officially; SAM GUTIERREZ, Inspector, Individually and
Officially; DOUBLE A WRECKER CO; T & T TOWING SERVICE;
TIM WILKINSON IRON & METAL INC

    Defendants - Appellees

v.

JOSE A. GARCIA; LA FERIA WRECKER SERVICE

    Defendants-Cross Claimaints-Appellees-Appellants

United States Court of Appeals
Fifth Circuit
FILED
October 5, 2004
Charles R. Fulbruge III
Clerk

---

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal for John Ocie Roberts is dismissed as of October 5, 2004, for want of prosecution. The appellant failed to timely file a brief in compliance with the rules.

                      CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
    Jodi Rodrigue, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**

DIS-2

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy
New Orleans, Louisiana  OCT 15 2004

04-40411

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

---------------

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 5, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-40411 Roberts v. City of Harlingen
      USDC No. 1:01-CV-34

Enclosed is a certified copy of the judgment issued as the mandate for John Ocie Roberts.

The appeal of Jose A Garcia and La Feria Wrecker Service remains pending before this Court.

All further correspondence should reference appeal No 04-40460.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _____
      Jodi Rodrigue, Deputy Clerk
      504-310-7718

cc: w/encl:
    Mr Hugo Xavier de los Santos
    Mr Stephen C Bonner Jr
    Mr Michael R Ezell
    Mr Ricardo Jimenez Navarro

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

MDT-1