*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

United States District Court
Southern District of Texas
FILED

MAR 3 1 2005

Michael N. Milby
Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 28, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-40460 Roberts v. City of Harlingen
    USDC No. 1:01-CV-34

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 4 ) Volumes    ( 1 ) Envelopes    (   ) Boxes

              Sincerely,

              CHARLES R. FULBRUGE III, Clerk

              By: _____
                  James deMontluzin, Deputy Clerk
                  504-310-7679

cc: w/encl:
    Mr Stephen C Bonner Jr
    Mr Michael R Ezell
    Mr Ricardo Jimenez Navarro

MDT-1