United States District Court
Southern District of Texas
FILED

B-01CV 034     MAR 3 1 2005

Michael N. Milby
Clerk of Court

No.04-40460

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**F I L E D**

MAR 2 5 2005

CHARLES R. FULBRUGE III
CLERK

JOHN OCIE ROBERTS,
               Plaintiff - Appellant
v.
CITY OF HARLINGEN, ET. AL.
               Defendants – Cross-Defendant-Appellee

CITY OF HARLINGEN
               Defendant-Cross-Defendant-Appellee
v.
JOSE A. GARCIA AND LA FERIA WRECKER SERVICE
Defendants-Cross Claimants-Appellees-Appellants

Appeal from the United States District Court
for the Southern District of Texas, Brownsville Division

JOINT MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT:

Jose A. Garcia and La Feria Wrecker Service, Appellants, and City of Harlingen, Texas, Appellee, respectfully move the Court to dismiss this appeal with prejudice with costs adjudged against the party incurring same for the reason that none of the parties desire to proceed further with this appeal. The Court has previously dismissed the appeal of John Ocie Roberts (No. 04-40411) on October 5, 2004 and with the dismissal of this appeal all matters will have been disposed as between the parties.

DATED on March 24, 2005.

MR. CURTIS BONNER
BONNER & BONNER
POST OFFICE BOX 288
HARLINGEN, TX 78551-0288
956-423-9152, FAX 956-428-0671
Counsel for Mr. Jose A. Garcia

MR. MICHAEL R. EZELL
312 EAST VAN BUREN
HARLINGEN, TX 78550
956-425-2000, FAX 956-421-4258
Counsel for La Feria Wrecker Service

By Curtis Bonner
Texas Bar No. 02611000

Denton, Navarro, Rocha & Bernal
222 East Van Buren, Suite 405
Harlingen, Texas 78550-6804
956-421-4904
956-421-3621 Fax
Counsel for City of Harlingen, Texas

By Ricardo J. Navarro

```
------------------
      No. 04-40460
------------------
```

JOHN OCIE ROBERTS, ET AL

        Plaintiffs

  v.

CITY OF HARLINGEN, ET AL

        Defendants

CITY OF HARLINGEN

        Defendant - Cross Defendant - Appellee

  v.

JOSE A GARCIA; LA FERIA WRECKER SERVICE

        Defendants - Cross Claimants - Appellants

## ENTRY OF DISMISSAL

Pursuant to the joint motion of the parties this appeal is dismissed this 28th day of March, 2005, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
    James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
              Deputy

New Orleans, Louisiana    MAR 2 8 2005